NAVI SINGH DHILLON (SBN 279537)
navidhillon@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
GRAYSON A. PETERS (SBN 359997)
graysonpeters@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone:  (415) 856-7070
Facsimile:  (415) 856-7100

Attorneys for Proposed Defendant-Intervenor
GREEN DIAMOND RESOURCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>        Plaintiff<br><br>    v.<br><br>BRIAN R. NESVIK, in his official capacity as Acting Director of the U.S. Fish and Wildlife Service; and U.S. FISH AND WILDLIFE SERVICE,<br><br>        Defendants. | CASE NO. 1:25-cv-03049-JST<br><br>[PROPOSED] ORDER GRANTING GREEN DIAMOND RESOURCE COMPANY'S MOTION TO INTERVENE<br><br>Action Filed:  April 3, 2025<br>Trial Date:  none |

**[PROPOSED] ORDER**

Before the Court is a motion to intervene (Motion) filed by Green Diamond Resource Company (Green Diamond). Green Diamond seeks an order granting it leave to intervene in this action pursuant to Rule 24 of the Federal Rules of Civil Procedure. Plaintiffs and Defendants do not oppose the motion. ECF Nos. 21, 22. Having fully considered the matter and good cause appearing, the Court rules as follows:

1. The motion is granted and Green Diamond is a party to this action.

2. Green Diamond shall file and serve an Answer to the complaint in substantially the same form as attached as Exhibit A to the declaration of Christopher J. Carr within five (5) court days of entry of this order.

**IT IS SO ORDERED.**

Dated: May 5, 2025

By: _____
JON S. TIGAR
United States District Court Judge