NAVI SINGH DHILLON (SBN 279537)
navidhillon@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
LUCAS GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
GRAYSON A. PETERS (SBN 359997)
graysonpeters@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone:  (415) 856-7070
Facsimile:  (415) 856-7100

Attorneys for Defendant-Intervenor
GREEN DIAMOND RESOURCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN NESVIK, in his official capacity as Director of the U.S. Fish and Wildlife Service; and U.S. FISH AND WILDLIFE SERVICE,<br><br>Defendants. | CASE NO. 4:25-cv-03049-JST<br><br>**JOINT STIPULATION TO AMEND SCHEDULING ORDER**<br><br>Judge:        Hon. Jon S. Tigar<br><br>Action Filed: April 3, 2025<br>Trial Date:    None |

- 1 -

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Civil Local Rules 6-2 and 7-12, Plaintiff Environmental Protection Information Center (EPIC); Federal Defendants U.S. Fish and Wildlife Service and Brian Nesvik, in his official capacity as Director of the U.S. Fish and Wildlife Service; and Defendant-Intervenor Green Diamond Resource Company (Green Diamond) (collectively, the Parties) in the above-captioned matter hereby stipulate to and agree as follows:

WHEREAS, in June 2025, the Parties agreed to a schedule for these proceedings, as reflected in the Joint Case Management Plan filed by the Parties on June 17, 2025, *see* ECF No. 27 at 7–8;

WHEREAS, on July 7, 2025, the Court entered a Scheduling Order that adopted the Parties' proposed schedule, ECF No. 30;

WHEREAS, the Parties have met and conferred and agree that certain deadlines reflected in the current Scheduling Order present challenges to the Parties, including the need to review and analyze the voluminous Administrative Record (AR), and counsel for Green Diamond's trial commitments and other scheduling conflicts;

WHEREAS, the Parties contend that good cause exists to extend certain Scheduling Order deadlines as reflected in the schedule set forth below:

| Event | Current Deadline | Proposed Schedule | Comments |
|---|---|---|---|
| Motion to complete, supplement or challenge the administrative record; or to seek leave to amend the pleadings | Tuesday, November 18, 2025 | Wednesday, January 21, 2026 | EPIC's and Green Diamond's counsel shall identify all documents that they propose to complete or supplement the administrative record no later than **December 12, 2025**. If Federal Defendants agree to supplement the administrative record, they will provide the other parties with access to the supplemental record no later than **January 14, 2026**. |

| | | | |
|---|---|---|---|
| Plaintiff's Motion for Summary Judgment | Thursday, November 20, 2025 | Friday, January 23, 2026 | 35 pages |
| Federal Defendants' Combined Cross Motion for Summary Judgment and Opposition | Thursday, January 29, 2026 | Thursday, March 26, 2026 | 35 pages |
| Intervenor's Combined Cross Motion for Summary Judgment and Opposition | Thursday, February 5, 2026 | Thursday, April 2, 2026 | 35 pages |
| Plaintiff's Combined Reply in support of its Motion for Summary Judgment and Opposition to Defendants' Motions for Summary Judgment | Thursday, March 5, 2026 | Thursday, April 30, 2026 | 45 pages |
| Federal Defendants' Reply | Thursday, April 2, 2026 | Thursday, May 28, 2026 | 30 pages |
| Intervenor's Reply | Thursday, April 9, 2026 | Thursday, June 4, 2026 | 20 pages |
| Hearing on the Cross Motions for Summary Judgment | At the Court's convenience | At the Court's convenience | N/A |

WHEREAS, consistent with the Order entered by the Court on July 7, 2025, ECF No. 30, and the Parties' Joint Case Management Statement, ECF No. 27, the briefing deadlines for the cross-motions for summary judgment shall be vacated in the event any of the following motions is timely filed: a motion to augment or otherwise challenge the contents of the administrative record, a motion to dismiss, or a motion to amend the pleadings. Within 14 days of the filing of any such motion, the parties are ordered to meet and confer and submit a proposed briefing schedule for the pending motion and corresponding changes to the summary judgment briefing schedule.

NOW, THEREFORE, the Parties respectfully ask that the Court enter an order extending certain deadlines in this matter in accordance with the proposed schedule set forth above.

//

//

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

2

3    Date:  September 30, 2025

4    JON S. TIGAR
     United States District Judge

5

6

7         Respectfully submitted,

8    Dated:  September 26, 2025              PAUL HASTINGS LLP

9

10                                          */s/ Christopher J. Carr*
                                            CHRISTOPHER J. CARR
11
                                            Attorneys for Defendant-Intervenor
12                                          GREEN DIAMOND RESOURCE COMPANY

13

14
                                            ADAM R.F. GUSTAFSON
15                                          Acting Assistant Attorney General
                                            United States Department of Justice
16                                          Environment & Natural Resources Division

17
                                            */s/ Erika Furlong* *
18                                          ERIKA FURLONG

19
                                            Attorneys for Federal Defendants
20                                          U.S. FISH AND WILDLIFE SERVICE and
                                            BRIAN NESVIK
21

22

23                                          WESTERN ENVIRONMENTAL LAW
                                            CENTER
24

25                                          */s/ Sangye Ince-Johannsen* *
                                            SANGYE INCE-JOHANNSEN
26
                                            Attorneys for Plaintiff
27                                          ENVIRONMENTAL PROTECTION
                                            INFORMATION CENTER
28   *** Signature added with consent of signor.***

- 4 -