ADAM R.F. GUSTAFSON, Principal Deputy Assistant Attorney General
MEREDITH FLAX, Deputy Section Chief
MICHAEL R. EITEL, Acting Assistant Section Chief
ERIKA FURLONG, Trial Attorney (PA Bar No. 319350)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 598-9571
Email: Erika.Furlong@usdoj.gov

*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN NESVIK, in his official capacity as Director of the U.S. Fish and Wildlife Service; and, U.S. Fish and Wildlife Service,<br><br>Defendants. | No. 4:25-CV-3049-JST<br><br>JOINT STIPULATION TO AMEND SCHEDULING ORDER; ORDER<br><br>Judge:  Hon. Jon S. Tigar<br>Action Filed: April 3, 2025<br>Trial Date:  None |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Civil Local Rules 6-2 and 7-12, Federal Defendants U.S. Fish and Wildlife Service and Brian Nesvik (collectively, Federal Defendants), Plaintiff Environmental Protection Information Center (EPIC), and Defendant-Intervenor Green Diamond Resource Company (Green Diamond) (collectively, the Parties) in the above-captioned matter hereby stipulate to and agree as follows:

WHEREAS, in September 2025, the Parties agreed to an amended schedule for these proceedings, as reflected in the Joint Case Management Plan filed by the Parties on September 26, 2025, *see* ECF No. 35;

WHEREAS, on September 30, 2025, the Court entered a Scheduling Order that adopted the Parties' proposed schedule, ECF No. 36;

WHEREAS, on January 27, 2026, the Court continued the hearing on the Parties' cross motions for summary judgment from June 24, 2026 until July 16, 2026, ECF No. 42;

WHEREAS, the Parties have met and conferred and agree that the deadlines reflected in the current Scheduling Order present challenges to Federal Defendants due to (among other things) competing briefing deadlines that cannot be moved and Ms. Furlong's pregnancy, which will result in her being on parental leave during the currently scheduled argument, as further detailed in Ms. Furlong's accompanying declaration:

- Ms. Furlong is currently in the process of briefing four dispositive motions (involving five cases). Ms. Furlong attempted to modify the most challenging of these competing deadlines to avoid conflicts in this case, but these attempts were denied.

- Ms. Furlong's competing briefing deadlines and other litigation commitments have prevented her from being able to dedicate the time necessary to prepare Federal Defendants' opening brief in this matter.

- Further, Ms. Furlong will be on parental leave between early July and late November of this year. She will, therefore, be unable to attend a mid-July hearing on the Parties' cross motions for summary judgment.

WHEREAS, for the reasons described above, the Parties contend that good cause exists to extend the briefing deadlines in the Scheduling Order by three weeks and to reschedule the argument until after Ms. Furlong's parental leave, as reflected in the schedule set forth below:

| Event | Current Deadline | Proposed Deadline | Comments |
|---|---|---|---|
| Federal Defendants' Combined Cross Motion for Summary Judgment and Opposition | Thursday, March 26, 2026 | Thursday, April 16, 2026 | 35 pages |
| Intervenor's Combined Cross Motion for Summary Judgment and Opposition | Thursday, April 2, 2026 | Thursday, April 23, 2026 | 35 pages |
| Plaintiff's Combined Reply in support of its Motion for Summary Judgment and Opposition to Defendants' Motions for Summary Judgment | Thursday, April 30, 2026 | Thursday, May 21, 2026 | 45 pages |
| Federal Defendants' Reply | Thursday, May 28, 2026 | Thursday, June 18, 2026 | 30 pages |
| Intervenor's Reply | Thursday, June 4, 2025 | Thursday, June 25, 2026 | 20 pages |
| Hearing on the Cross Motions for Summary Judgment | July 16, 2026 | Thursday, December 3, 2026 (Or at the Court's convenience after November 23, 2026) | N/A |

NOW, THEREFORE, the Parties respectfully ask that the Court enter an order extending certain deadlines in this matter in accordance with the proposed schedule set forth above.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: March 9, 2026

_____

JON S. TIGAR
United States District Judge

Dated: March 6, 2026          Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Erika Furlong*
ERIKA FURLONG (PA Bar No. 319350)
Wildlife & Marine Resources Section
Trial Attorney
150 M Street NE
Washington, DC 20002
Tel: (202) 598-9571
Fax: (202)305-0506
Erika.Furlong@usdoj.gov

*Attorneys for Federal Defendants*

*/s/ Christopher J. Carr*
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
NAVI SINGH DHILLON (SBN 279537)
navidhillon@paulhastings.com
LUCAS V. GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000

*Attorneys for Defendant-Intervenor*
GREEN DIAMOND RESOURCE COMPANY

/s/ Sangye Ince-Johannsen
Sangye Ince-Johannsen, *pro hac vice*
WESTERN ENVIRONMENTAL LAW CENTER
120 Shelton McMurphey Boulevard, Suite 340
Eugene, Oregon 97401
+1 541.778.6626
sangyeij@westernlaw.org

/s/ Marlyn Twitchell

Marlyn Twitchell, *pro hac vice*

WESTERN ENVIRONMENTAL LAW CENTER

2400 NW 80th Street, #338

Seattle, Washington 98117

+1 206.487.7230 ext. 144

twitchell@westernlaw.org

/s/ Thomas E. Wheeler

Thomas E. Wheeler (CA Bar #304191)

ENVIRONMENTAL PROTECTION INFORMATION CENTER

145 G Street, Suite A

Arcata, California 95521

+1 707.822.7711

tom@wildcalifornia.org

*Attorneys for Plaintiff*

ENVIRONMENTAL PROTECTION INFORMATION CENTER