**United States Department of the Interior**
U.S. FISH AND WILDLIFE SERVICE
Ecological Services
Arcata Fish and Wildlife Office
1655 Heindon Road
Arcata, California 95521
(707) 822-7201

In Reply Refer to:
AFWO-2024-0146093

*Sent electronically*

**Memorandum**

To: Vicky Ryan, Field Supervisor, Arcata Fish and Wildlife Office, Arcata, California

From: Nora Papian, Deputy Field Supervisor, Arcata Fish and Wildlife Office, Arcata, California

NORA PAPIAN Digitally signed by NORA PAPIAN Date: 2026.09.10 16:34:00 -07'00'

Subject: Section 7 Consultation on the Issuance of a Section 10(a)(1)(B) Incidental Take Permit for the Green Diamond Resource Company's Marbled Murrelet Habitat Conservation Plan

In accordance with section 7 of the Endangered Species Act of 1973, as amended (16 United States Code [U.S.C.] § 1531 et seq.) (Act) and its implementing regulations (50 Code of Federal Regulations [CFR] § 402), this document transmits the intra-Service biological opinion (Opinion) of the U.S. Fish and Wildlife Service (Service) regarding the proposed federal discretionary action of issuance of a section 10(a)(1)(B) incidental take permit (Permit) to Green Diamond Resource Company (hereafter, Green Diamond or Applicant). The Permit will be for the implementation of the Green Diamond Resource Company's Marbled Murrelet Habitat Conservation Plan (Plan or Murrelet Plan; Green Diamond 2026a). The Service proposes to issue the Permit to the Applicant for a period of 50 years for incidental take of marbled murrelet (*Brachyramphus marmoratus*), the only Covered Species. The Proposed Action discussed in this consultation is the issuance of the Permit and the implementation of the Murrelet Plan (collectively, Proposed Action). In determining whether to issue the Permit, the Service evaluates the effects of permit issuance and the implementation of the habitat conservation plan pursuant to section 7 of the Act and the National Environmental Policy Act (NEPA; 42 U.S.C. § 4321), and whether the habitat conservation plan meets the permit issuance criteria described in the Act (16 U.S.C. § 1539(a)(2)(B)).

The Service previously considered potential effects to marbled murrelet (*Brachyramphus marmoratus*) in the intra-Service biological opinions for Green Diamond's Aquatic Habitat Conservation Plan/Candidate Conservation Agreement with Assurances (Aquatic Plan; Green Diamond 2006) and for Green Diamond's Forest Habitat Conservation Plan (Forest Plan; Green

Diamond 2018). The Murrelet Plan encompasses both of these two conservation plans. This biological opinion on the issuance of the Permit for the Murrelet Plan considers those past consultations as part of the environmental baseline and supersedes and replaces those consultations' determinations for the marbled murrelet.

At issue are the effects of issuance of the Permit and the effects of implementation of the Plan on federally listed species and designated critical habitat. The issuance of the Permit and the implementation of the Murrelet Plan may affect and is likely to adversely affect ten species and two critical habitats and may affect but is not likely to adversely affect four species and one critical habitat (Table 1). The coastal distinct population segment (DPS) of the Pacific marten (coastal marten; *Martes caurina*) is not a Covered Species in the Murrelet Plan as Green Diamond did not apply for a take permit given the species' 4(d) rule, State Safe Harbor Agreement and Federal Memorandum of Understanding. For this intra-Service biological opinion, the Service made a "may affect" determination for the coastal marten and has completed a jeopardy analysis but there is no incidental take statement. As such, coastal marten is included in the Opinion but is not part of the Murrelet Plan.

There are eight Covered Species from the Aquatic Plan and Forest Plan that occur within the Action Area of this Proposed Action. There are no additional adverse impacts to these species from issuance of the permit for the Murrelet Plan because the Covered Activities are the same between the Plans and the measures to protect the species under their respective conservation plans would continue to be implemented. While there are no additional adverse effects from the Murrelet Plan, the determinations from the respective biological opinions are carried forward below. These species are discussed below, including anticipated beneficial effects from the implementation of the Murrelet Plan Conservation Strategy. The Aquatic Plan and Forest Plan are part of the Environmental Baseline.

Table 1. Service effects determinations of 14 species and three critical habitats in the Plan Area. The determinations from the intra-Service biological opinion for the Covered Species from the Aquatic Plan and Forest Plan are carried forward below.

| **Species or Critical Habitat** | **Federal Status** | **Determination** |
|---|---|---|
| Marbled Murrelet<br>*Brachyramphus marmoratus* | Threatened | Likely to Adversely Affect |
| Northern Spotted Owl<br>*Strix occidentalis caurina* | Threatened | Likely to Adversely Affect |
| California Condor, Non-Essential Population<br>*Gymnogyps californicum* | Candidate | Not Likely to Adversely Affect |
| Pacific Marten, Coastal DPS[1]<br>*Martes caurina* | Threatened | Likely to Adversely Affect |
| Fisher, Northern California Southern Oregon DPS | Not Listed | Likely to Adversely Affect |

[1] The coastal distinct population segment of the Pacific marten (*Martes caurina*) is considered the same entity as the Humboldt marten (*Martes caurina humboldtensis*), which is listed as endangered under the California Endangered Species Act (California Natural Diversity Database 2026).

| Species or Critical Habitat | Federal Status | Determination |
|---|---|---|
| *Pekania pennanti* | | |
| Sonoma Tree Vole<br>*Arborimus pomo* | Not Listed | Likely to Adversely Affect |
| Red Tree Vole<br>*Arborimus longicaudus* | Not Listed | Likely to Adversely Affect |
| Coastal Tailed Frog<br>*Ascaphus truei* | Not Listed | Likely to Adversely Affect |
| Southern Torrent Salamander<br>*Rhyacotriton variegatus* | Not Listed | Likely to Adversely Affect |
| Cutthroat Trout, Coastal DPS<br>*Oncorhynchus clarki clarki* | Not Listed | Likely to Adversely Affect |
| Rainbow Trout, Resident DPS/ESU<br>*Oncorhynchus mykiss* | Not Listed | Likely to Adversely Affect |
| Tidewater Goby<br>*Eucyclogobius newberryi* | Endangered | Not Likely to Adversely Affect |
| Kneeland Prairie Pennycress<br>*Thlaspi califronicum* | Endangered | Not Likely to Adversely Affect |
| McDonald's Rock-cress<br>*Arabis mcdonaldiana* | Endangered | Not Likely to Adversely Affect |
| Marbled Murrelet Critical Habitat | Final | Likely to Adversely Affect |
| Coastal Marten Critical Habitat | Final | Likely to Adversely Affect |
| Kneeland Prairie Pennycress Critical Habitat | Final | Not Likely to Adversely Affect |

## PREVIOUS CONSERVATION PLANS

Green Diamond operates with several state and federal permits and agreements. These permits and agreements cover a wide range of natural resources under the respective jurisdictions of the permitting agencies. These permits and agreements are largely complementary and have extensive prescriptions to protect species and resources. Detailed below are Green Diamond's existing conservation plans with the Service. Green Diamond also has permits and agreements with the National Marine Fisheries Service (Fisheries Service) and the California Department of Fish and Wildlife (Department). The Covered Activities are the same across all permits and agreements, and the Plan Area in this Opinion fully encompass the Plan Areas of the existing permits and agreements. These permits and agreements are part of the current baseline conditions in which the Service makes the current permit issuance decision. The permits for these agreements expire at different times (Table 2) and Green Diamond may choose to renew individual permits or may pursue a single, multiple species conservation plan to include all listed and at-risk species. Green Diamond may have to implement take avoidance measures if these existing permits expire and the species are still listed for this biological opinion to remain valid.

Table 2. Green Diamond's currently active conservation plans. The Department has issued a consistency determination pursuant to California Fish and Game Code Section 2080.1 for the

northern spotted owl in the Forest Plan and will review and consider issuing a consistency determination for marbled murrelet for the Murrelet Plan if requested by the Applicant.

| Conservation Plan | Permitting Agency | Expiration Date |
|---|---|---|
| Aquatic Plan | National Marine Fisheries Service<br>U.S. Fish and Wildlife Service | July 1, 2057 |
| Forest Plan | U.S. Fish and Wildlife Service<br>California Department of Fish and Wildlife | June 14, 2069 |
| Marten Agreement | California Department of Fish and Wildlife | April 27, 2058 |
| Proposed Murrelet Plan | U.S. Fish and Wildlife Service<br>California Department of Fish and Wildlife | Proposed 2076 |

**Aquatic Habitat Conservation Plan and Candidate Conservation Agreement with Assurances**

Green Diamond developed the Aquatic Plan with the Service and the Fisheries Service (collectively, Services), and the Services issued their respective permits in 2007. The Permit Term is 50 years. The Plan Area is Green Diamond's ownership, both fee title and harvesting rights, in eleven Hydrographic Planning Areas as well as an adjustment area for a total of 707,910 acres in the Klamath Mountains and Coast Range of California. The Covered Activities are the same as those for the Murrelet Plan and include timber management and general land management (see Description of the Proposed Action for more information). Green Diamond requested incidental take authorization for four fish species and two amphibian species. Green Diamond developed biological goals and objectives to improve habitat conditions for the Covered Species, including specific management requirements in the Riparian Management Zones. Additional beneficial actions in the Aquatic Plan include road decommissioning and improving water crossings. The Aquatic Plan permit expires prior to the expiration of the proposed Murrelet Plan permit. The Service assumes Green Diamond will either seek a new permit for any listed species from the Aquatic Plan or will operate under a take avoidance strategy for listed species until the Murrelet Plan permit expires. More information can be found in the Aquatic Plan (Green Diamond 2006), the Services' Environmental Impact Statement (Services 2006), and the Service's conference opinion (Service 2007), which are hereby incorporated by reference into this consultation except for the portion of the consultation on marbled murrelet, which this Opinion replaces and supersedes.

*Coastal Tailed Frog*

The coastal tailed frog (tailed frog) (*Ascaphus truei*) is a small amphibian found from British Columbia, Canada, south through northern California. The species is not currently federally listed. The tailed frog is found in cold, fast-flowing perennial streams with extensive forested canopy cover and cobbles (Service 2007). Green Diamond surveys have documented tailed frog throughout the Aquatic Plan's Plan Area in many sub-watersheds (Service 2007). The primary threat to tailed frogs is the loss and fragmentation of habitat. The tailed frog is exposed to both harmful and beneficial effects from the Covered Activities.

Large woody debris provides crucial habitat functions and structure in stream systems. Diminished large woody debris from timber harvest increases sedimentation, limits gravel

storage important for the tailed frog, and limits the high flow refugia. Sedimentation is particularly damaging for tailed frogs. While timber harvest does increase sedimentation, most sedimentation comes from roads, road use, and mass-wasting events (Service 2007). Green Diamond's measures to improve road conditions, replace water crossings, and decommission roads reduce the sedimentation impacts. Additionally, Green Diamond included measures controlling road use to further limit sedimentation. Green Diamond also takes steps to monitor, prevent, and repair landslides across their ownership.

Stream temperatures were not expected to be affected by single tree removals in the Riparian Management Zones. Further, the gradual growth of the Riparian Management Zones is expected to improve stream temperatures (i.e., decrease water temperature) over time. However, the last decade of monitoring stream temperatures (Green Diamond 2025a) has shown stream temperatures increasing as a result of climate change. As the climate warms, there is less change in temperatures between day and night. As nights warm, stream temperature is not recovering.

Tailed frogs may be injured or killed by operations in the watercourses or in forested areas near streams. However, injury or mortality is expected to be rare given the limited and infrequent Covered Activities in watercourses and Riparian Management Zones (Riparian Zones).

The Service concludes that implementation of the Aquatic Plan and its strategies will maintain or improve properly functioning aquatic habitat conditions by increasing the availability of large woody debris, the long-term reduction in sedimentation, recovery of stream morphological processes, and the road decommissioning program. The maintenance of this aquatic habitat will contribute to the long-term survival of the tailed frog within the Action Area and range wide. There are no additional adverse impacts to the tailed frog from the issuance of the permit for the Murrelet Plan because the Covered Activities are the same between the Plans and the measures to protect the tailed frog under the Aquatic Plan would continue to be implemented. There may be some beneficial effects from the Murrelet Plan's conservation strategy, especially the retention of additional forested landscape.

*Southern Torrent Salamander*

The southern torrent salamander (torrent salamander) (*Rhyacotriton variegatus*) is a small semi-aquatic salamander with large eyes; dorsal coloration of adults is olive or pale olive with spots of brown to black, and ventral coloration is orange or yellowish green to yellow, usually heavily spotted with black (Stebbins 1985, Brode et al. 1997). The species inhabits cold streams, springs, and seepages in the coast ranges, from central Oregon south to Mendocino County, California (Welsh and Lind 1996). The species is not currently federally listed (65 FR 35951).

Evidence indicates that timber harvesting and road building negatively affect habitat requirements of the torrent salamander (i.e., permanent water, rocky substrates, and low water temperatures) (65 FR 35951). The direct effects of these activities include disturbance of substrate and killing of individual salamanders. Indirect effects include sedimentation of substrate used by the salamanders, increase in water temperatures to lethal levels, potential loss of permanent water flow, and potential increase in predator populations (65 FR 35951).

The torrent salamander is common in the Plan Area and is a covered species under the Aquatic Plan (Green Diamond 2026a). Torrent salamanders may be directly injured or killed by operations in the watercourses or in forested areas adjacent to streams, including headwater streams. However, injury or mortality is expected to be low given the limited and infrequent Covered Activities in watercourses and Riparian Zones. In addition, establishment of Riparian Zones in the action area should maintain water temperatures and permanent water flow.

The Service concludes that implementation of the Aquatic Plan and its strategies will maintain properly functioning aquatic habitat conditions for torrent salamander by maintaining the availability of large woody debris, the long-term control of sedimentation, recovery of stream morphological processes, and the road decommissioning program. The maintenance of these aquatic habitat features should contribute to the long-term survival of the torrent salamander within the Action Area. There are no additional adverse impacts to the torrent salamander from the issuance of the permit for the Murrelet Plan because the Covered Activities are the same between the Plans and the measures to protect the torrent salamander under the Aquatic Plan would continue to be implemented. There may be some beneficial effects from the Murrelet Plan's conservation strategy, especially the retention of additional forested landscape.

*Coastal Distinct Population Segment Cutthroat Trout*

The coastal distinct population segment cutthroat trout (cutthroat trout) (*Oncorhynchus clarki clarki*) is a widespread species in western North America with many subspecies and diverse life history strategies. Cutthroat trout populations have four life forms based on migratory pattern: anadromous, resident, potamodromous, and adfluvial (Johnson et al. 1999). However, individual fish may employ one or more of these migratory strategies throughout their lifespan, as summarized in Service (2007). While previously under the jurisdiction of the Fisheries Service, the Service assumed jurisdiction of the cutthroat trout under the Act in 2000 (65 FR 21376).

Cutthroat trout occupies a wide range of aquatic habitats including lakes, headwater streams, and rivers (Service 2007). Aquatic habitat requirements include cool temperatures, low turbidity, and clean water. They also require large woody debris, gravel substrates 0.2 to 2 inches in size, and deep pools. Spawning in California starts in November and continues through June regardless of life form or habitat (Johnson et al. 1999). Cutthroat trout may breed more than once in their lifetime (Giger 1972) and generally spawn upstream of other salmonid species, which is thought to have evolved to reduce competitive interactions among juvenile fishes (Johnson et al. 1999). Threats to cutthroat trout include habitat loss, degradation and fragmentation; changes in ocean conditions; loss of genetic integrity; and overharvesting.

Implementation of the Aquatic Plan results in some sedimentation from road maintenance and use, potential sedimentation from upslope timber harvest and yarding, harvest and yarding activities around Class III watercourses, and changes in water temperature in Class III watercourses as a result of adjacent timber harvest. The conservation measures, especially the establishment of Riparian Management Zones, will reduce impacts of sedimentation and increased temperature by prescribing specific habitat retention requirements around Class I and Class II watercourses. Further, the long-term recruitment of large woody debris in Class I and Class II watercourses greatly improves the aquatic habitat quality. There are no additional adverse impacts to the cutthroat trout from the issuance of the permit for the Murrelet Plan

because the Covered Activities are the same between the Plans and the measures to protect the cutthroat trout under the Aquatic Plan would continue to be implemented. There may be some beneficial effects from the Murrelet Plan's conservation strategy, especially the retention of additional forested landscape.

*Distinct Population Segment and Evolutionary Significant Unit of the Resident Rainbow Trout*

The rainbow trout (*Oncorhynchus mykiss*) is the same species as steelhead (*O. mykiss*), but the populations retain different names referring to whether they are resident in freshwater (rainbow trout) or anadromous (steelhead). However, as with cutthroat trout, these behaviors are flexible and individual fish may employ either migratory strategy to respond to local conditions (Service 2007). Both the Klamath Mountain evolutionary significant unit and the Northern California distinct population segment of steelhead are under the Endangered Species Act jurisdiction of the Fisheries Service. In contrast, the Service has jurisdiction over the resident rainbow trout under the Endangered Species Act.

Rainbow trout uses river and stream habitats throughout their range, including in the Action Area. Specific microhabitat requirements vary significantly with age and season. Rainbow trout generally needs cool clean water with sufficient cover and food. During the winter, rainbow trout need large pools with refugia from high velocity flows. Protection from predators is a critical factor contributing to habitat suitability and strongly influences microhabitat use in the species (Service 2007). Primary threats to rainbow trout include habitat degradation and competition with non-native and hatchery-raised fish.

Implementation of the Aquatic Plan results in some sedimentation from road maintenance and use, potential sedimentation from upslope timber harvest and yarding, harvest and yarding activities around Class III watercourses, and changes in water temperature in Class III watercourses as a result of adjacent timber harvest. The conservation measures, especially the establishment of Riparian Management Zones, will reduce impacts of sedimentation and increased temperature by prescribing specific habitat retention requirements around Class I and Class II watercourses. Further, the long-term recruitment of large woody debris in Class I and Class II watercourses greatly improves the aquatic habitat quality. There are no additional adverse impacts to rainbow trout from the issuance of the permit for the Murrelet Plan because the Covered Activities are the same between the Plans and the measures to protect the rainbow trout under the Aquatic Plan would continue to be implemented. There may be some beneficial effects from the Murrelet Plan's conservation strategy, especially the retention of additional forested landscape.

**Forest Habitat Conservation Plan**

Green Diamond developed the Forest Habitat Conservation Plan (Forest Plan) (Green Diamond 2018) with the Service, and the Service issued its permit in 2019. The Permit Term is 50 years. The Plan Area is Green Diamond's ownership in northern California, and the permit covers forest management activities on approximately 357,412 acres owned by Green Diamond. The Covered Activities are the same as those for the Murrelet Plan and include timber management and general land management (see Description of the Proposed Action for more information), and the Plan Area and Adjustment Area of the Forest Plan is encompassed by the Eligible Plan

Area of the Murrelet Plan. Green Diamond requested incidental take authorization for one listed bird and three unlisted mammals (collectively, Covered Species). Green Diamond developed biological goals and objectives to improve habitat conditions for the Covered Species and address leading threats, including barred owl (*Strix varia*) removal. The Department issued a consistency determination pursuant to California Fish and Game Code Section 2080.1 for the northern spotted owl in the Forest Plan. The Forest Plan permit expires prior to the expiration of the proposed Murrelet Plan permit. The Service assumes Green Diamond will either seek a new permit for any listed species from the Forest Plan (i.e., northern spotted owl) or will operate under a take avoidance strategy for listed species until the Murrelet Plan permit expires. More information can be found in the Forest Plan (Green Diamond 2018), the Service's Environmental Impact Statement (Service 2019a), and the Service's biological opinion (Service 2019b), which are hereby incorporated by reference into this consultation except for the portion of the consultation on marbled murrelet, which this Opinion replaces and supersedes.

*Northern Spotted Owl*

Northern spotted owl (owl) (*Strix occidentalis caurina*) is a medium-sized owl that inhabits structurally complex forests from British Columbia to central California (Service 2019c). The owl was listed as threatened in 1990, primarily due to habitat loss (55 FR 26114). In 2020, the Service determined that reclassifying the owl as endangered was warranted due to the increasing threat posed by barred owls. However, the Service also determined that uplisting the spotted owl to endangered was precluded by higher priority listing actions (85 FR 81144). Spotted owls require structurally complex forests that provide for nesting, roosting, foraging and dispersal. Specific individual needs include thermal refugia, protection from predators, perches in suitable foraging habitat, and interconnected habitat patches (Service 2019c).

Spotted owls are impacted by timber harvest that removes suitable habitat. Owls that are present in an area during harvest may be injured or killed if they are unable to leave the area, may be startled or flushed by loud noises from nearby harvest, or may be displaced from their territory if timber harvest removes sufficient suitable habitat within the territory that the owl can no longer survive or reproduce in the territory. Timber harvest may also degrade remaining suitable habitat even if some trees are retained, such as when some of the upper-canopy trees are removed and owls lose their thermal refugia due to increased sun exposure post-harvest. This habitat degradation can limit spotted owl occupancy and productivity despite some habitat retention.

Habitat loss and noise disturbance will also occur from road construction, maintenance and use; rock pit development and use; and water drafting and storage. Road construction and maintenance could increase habitat fragmentation, but timber roads are typically single-track with wider areas and pullouts available for passing and stopping. These narrow roads are not expected to limit spotted owl movement in the Action Area, and there is limited road use at night on these timber roads such that road strikes are unlikely. Increased noise and disturbance from newly constructed roads may disrupt owls that are not acclimated to higher levels of noise resulting from road use.

The conservation strategy of the Forest Plan includes habitat protection (i.e., Dynamic Core Areas), barred owl removal, and surveys. See the Forest Plan for more information on these efforts. Barred owl removal in the Forest Plan will also benefit murrelets. Currently, Green

Diamond is implementing property wide barred owl removal (i.e., Phase II, Green Diamond 2026b). If spotted owl demographic rates improve and are stable, Green Diamond will transition into Phase III of barred owl removal to proceed with an experimental effort to evaluate whether there is a density at which barred owls and spotted owls can coexist. In Phase III, Green Diamond would identify areas to stop barred owl removal and monitor spotted owl response. If spotted owls cannot tolerate any level of barred owl presence, then Green Diamond will confer with the Service and Department to determine next steps.

There are no additional adverse impacts to spotted owls from the issuance of the permit for the Murrelet Plan because the Covered Activities are the same between the Plans and the measures to protect the spotted owl under the Forest Plan would continue to be implemented. The Conservation Strategy in the Murrelet Plan will also benefit spotted owls through the retention of Occupied Reserves and Suitable Habitat Reserves. These areas have later-seral stage development already and will continue to develop into late-mature forest stages that typically support areas for spotted owl nesting and roosting.

*Northern California and Southern Oregon Distinct Population Segment of Fisher*

The Northern California-Southern Oregon DPS of fisher (fisher) (*Pekania pennanti*) is not currently listed (90 FR 41355). Fisher is a medium-sized member of the weasel family Mustelidae that is typically found in mature conifer and mixed hardwood forests (Service 2025a). Fishers maintain large home ranges (typically 2.3 to 30.7 square miles depending on the sex and season) that provide foraging opportunities, protection from predators, resting and denning locations, and access to potential mates (Service 2025a). Fishers are well-distributed on Green Diamond’s lands (Green Diamond 2026b) and throughout the Action Area (Service 2025a).

Implementation of the Covered Activities results in the loss and fragmentation of habitat, and increased noise exposure. Timber harvest typically removes all habitat within the harvest unit except for features retained under Green Diamond’s Terrestrial Retention of Ecosystem Elements (TREE) requirements (Green Diamond 2018). These retained habitat features protect important structures for fisher during Green Diamond’s regeneration activities. The harvest units can provide substantial foraging opportunities when they are in early seral stages due to the high levels of productivity. Similar to timber harvest, road construction and rock pit development may remove areas of suitable fisher habitat. Road construction and maintenance, in particular, may increase habitat fragmentation for fisher and road use may result in vehicle strikes of fisher crossing roadways.

All these Covered Activities may result in higher levels of noise throughout the Action Area. Increased noise is generally temporary and only for the duration of the specific activity, such as timber harvest or equipment maintenance. However, new roads may result in a long-term increase in ambient noise in an area. Given Green Diamond’s minimization measures such as speed limits and braking restrictions, the increase in noise associated with new roads is expected to be minor. A new mainline road may result in a greater increase in ambient noise, but new mainline roads are not anticipated at this time.

The Conservation Strategy of the Forest Plan includes the protection of active dens, surveys, and reducing the threat of drowning in water storage tanks (Green Diamond 2018). See the Forest Plan for more information on these efforts. There are no additional adverse impacts to fisher from the issuance of the permit for the Murrelet Plan because the Covered Activities are the same between the Plans and the measures to protect the fisher under the Forest Plan would continue to be implemented. The Conservation Strategy in the Murrelet Plan will benefit fisher through the protection of additional mature forest for the duration of the permit. Fisher may be exposed to greater noise and disturbance during single-tree selection harvest in Buffers around occupied murrelet habitat. However, these activities are intended to accelerate the development of old-growth characteristics in these Buffers and will ultimately improve habitat for fisher.

*Red and Sonoma Tree Voles*

Red tree vole (*Arborimus longicaudus*) and Sonoma tree vole (*A. pomo*), collectively tree voles, are somewhat poorly known arboreal rodents found in the Action Area. The red tree vole is found north of the Klamath River while the Sonoma tree vole is found south of the Klamath River. Neither species is listed or currently proposed for listing. Much of the tree voles' ecology is similar so they are discussed together. Tree voles are found in coniferous forests and feed on conifer needles and bark (Service 2019b). Tree voles construct nests in trees either around the trunk or on a branch of a large tree (Taylor 1915, Howell 1926, Benson and Borell 1931). Tree voles have limited dispersal capacity with a maximum recorded distance of 1,115 feet (340 meters) (Biswell et al. 2000).

Tree voles are particularly vulnerable to Covered Activities that remove occupied habitat. Even if tree voles survive the removal of their nest tree, they are unlikely to survive dispersing to extant suitable habitat. Tree voles may be impacted by the removal of adjacent trees because tree voles forage through connected, interlocked tree canopies. All Covered Activities that remove occupied trees are expected to injure or kill tree voles, and the removal of interlocked trees is anticipated to reduce the foraging efficiency and survival of tree voles even if their nest tree is not removed. It is unknown what impact noise may have on tree voles. It is possible that increased noise during the implementation of Covered Activities may disrupt normal behaviors, but this has not been studied.

The Forest Plan's Conservation Strategy includes surveys for nests and habitat retention (Green Diamond 2018). There are no additional adverse impacts to tree voles from the issuance of the permit for the Murrelet Plan because the Covered Activities are the same between the Plans and the measures to protect the tree voles under the Forest Plan would continue to be implemented. The Conservation Strategy of the Murrelet Plan will also benefit tree voles by retaining mid- and late-seral forest stands that could support tree voles' nests. The protection of these areas for the duration of the permit term may provide areas where the tree voles can persist and expand throughout the Action Area. Single-tree selection harvest in Buffers around occupied murrelet habitat will avoid trees with tree vole nests within Riparian Management Zones due to retention requirements in the Forest Plan. Selection harvest may remove adjacent trees used for foraging, which may impact survival of some tree voles.

## CONCURRENCE

The Service makes a determination of may affect but not likely to adversely affect the non-essential population of the California condor, the endangered tidewater goby, McDonald's rock-cress and Kneeland Prairie pennycress, and final designated critical habitat for the Kneeland Prairie pennycress. The rationales for these determinations and concurrence are detailed below.

### Non-Essential Population of the California Condor

A population of California condor (condor) was reintroduced to Redwood National Park and the ancestral lands of the Yurok Tribe beginning in 2023 pursuant to Section 10(j) of the Act. In establishing this Section 10(j) non-essential population, the Service specified the protections for the population (86 FR 15602). This population is treated as a threatened species on National Park Service and National Wildlife Refuge lands, and as a candidate species on all other ownerships. However, intentional take of these condors and take of active nests are prohibited everywhere (86 FR 15602).

1. Pursuant to the final rule designating the non-essential population and the California Forest Practice Rules (California Department of Fire and Forestry [CALFIRE] 2026), Green Diamond will avoid intentional take of condors and will implement the 656-foot buffer around any active nests found on or adjacent to Green Diamond property to avoid take.

2. Condors nest in caves, crevices, cracks and overhung ledges that occur in cliffs, and cavities that occur in large trees (Snyder et al. 1986). Nesting habitat, especially large tree cavities, is rare in the Action Area (Green Diamond 2026a) and likely occurs within the protected Occupied Reserves, which would contribute protection due to the Buffer around the Occupied Reserves proposed in the Murrelet Plan.

3. Implementation of the Covered Activities and Conservation Strategy of the Murrelet Plan will generate noise and disturbance across the Action Area throughout the Permit Term. These effects are ongoing, localized and of short to moderate duration. The effects of noise and disturbance are anticipated to be insignificant to condors.

4. Habitat modification will create open areas where condors can access interior forest patches and roost on large retained and perimeter trees. Timber harvest is not expected to reduce nesting habitat because large trees with cavities are expected to be retained as habitat features pursuant to the Forest Plan and California Forest Practice Rules.

### Tidewater Goby

Tidewater goby (goby) (*Eucyclogobius newberryi*) is a small fish of brackish waters found in bays, lagoons and estuaries that is listed as endangered (59 FR 5494). The goby's range in the Action Area includes areas of Humboldt Bay, Big Lagoon, and in some estuaries in rivers. The Action Area overlaps some limited goby habitat where Green Diamond currently or could own lands in the future.

1. Most of the Action Area is distant from occupied goby habitat. Murrelet Plan implementation in most of the Action Area is unlikely to have an effect on goby due to the geographic distance. Only activities implemented adjacent to occupied goby habitat have the potential to affect gobies.

2. Ground disturbing activities such as timber harvest and road maintenance could cause sedimentation in adjacent streams and rivers. Green Diamond implements a range of best management practices and conservation measures to minimize sedimentation (see the Aquatic Plan (Green Diamond 2006), Master Agreement for Timber Operations Department and Green Diamond 2010), and Forest Practice Rules (CALFIRE 2026). Habitat modification from sedimentation is insignificant and discountable due to protective measures Green Diamond implements to minimize these effects.

**Kneeland Prairie Pennycress**

Kneeland Prairie pennycress (pennycress) (*Thlaspi californicum*) is a serpentine soil endemic species found only in the Kneeland Prairie in Humboldt County, California. The range of the species extends both within and outside of the Action Area, though Green Diamond does not currently own any portion of the range.

1. The serpentine habitat where the species occurs does not support commercial timberlands or other resources that Green Diamond would manage. Covered Activities are not anticipated in or near pennycress habitat and effects to the pennycress are discountable.

2. Green Diamond will follow the California Forest Practice Rules (CALFIRE 2026) and their botanical protection agreements with the California Department of Fish and Wildlife (Department) (Green Diamond 2023, Green Diamond 2025b). By following these requirements, effects to individual plants are expected to be discountable.

**McDonald's Rock-Cress**

McDonald's rock-cress (rock-cress) (*Arabis mcdonaldiana*) is a serpentine soil specialist with an uncertain range. The rock-cress is known from Red Mountain in Mendocino County, California. This site is outside of the Action Area and on Bureau of Land Management land. There is a second potential population in Del Norte County, California, within the Action Area. It is not clear whether this population in Del Norte County is the same species or not (Service 2025b). Until this population is confidently identified, we treat this population as the endangered McDonald's rock-cress. The plant community in serpentine soils tends to be more shrub-dominated with scattered trees. Green Diamond will follow the California Forest Practice Rules (CALFIRE 2026) and their botanical protection agreements with the Department.

1. Botanical surveys completed prior to project implementation in compliance with voluntary botanical agreements with the Department will avoid injury and mortality to individual rock-cress plants during the implementation of Covered Activities (Green Diamond 2023, Green Diamond 2025b). Effects to individual plants are discountable.

2. The serpentine habitat where the species occurs does not support commercial timberlands or other resources that Green Diamond would manage. Covered Activities are not anticipated in or near rock-cress habitat and effects to the rock-cress are discountable.

**Kneeland Prairie Pennycress Critical Habitat**

Kneeland Prairie pennycress critical habitat was designated in 2002 (67 FR 62897). The entire designation (74 acres) occurs on the Ashfield Ridge in Humboldt County, California, and includes the entire known population. The designation is entirely within the Action Area. The physical and biological features are as follows:

Feature 1: Thin, rocky soils that have developed on exposures of serpentine substrates (SHN 2001);

Feature 2: Plant communities that support a relatively sparse assemblage of serpentine indicator or facultative serpentine indicator species, including various native forbs and grasses but not trees or shrubs, such that competition for space and water (both above and below ground), and light is reduced, compared to the surrounding habitats (SHN 2001). Known associated species include: *Festuca rubra* (red fescue), *Koeleria macrantha* (junegrass), *Elymus glaucus* (blue wildrye), *Eriophyllum lanatum* (woolly sunflower), *Lomatium macrocarpum* (large-fruited lomatium), and *Viola hallii* (Hall's violet) (SHN 2001);

Feature 3: Serpentine substrates that contain 15 percent or greater (by surface area) of exposed gravels, cobbles, or larger rock fragments, which may contribute to alteration of factors of microclimate, including surface drainage and moisture availability, exposure to wind and sun, and temperature (SHN 2001); and

Feature 4: Prairie grasslands and oak woodlands located within 30 m (100 ft) of the serpentine outcrop area on Ashfield Ridge. Protection of these habitats is essential to the conservation of the *Thlaspi californicum* in that it will provide connectivity among the serpentine sites, help to maintain the hydrologic and edaphic integrity of the serpentine sites, and support populations of pollinators and seed dispersal organisms.

While Green Diamond could acquire pennycress critical habitat during the Permit Term, the designation and physical and biological features (see below) do not include the forest resources to support Green Diamond Covered Activities.

1. It is unlikely that Covered Activities will be implemented within designated critical habitat due to the location of the designation and lack of forestry resources present. Effects to physical and biological features are insignificant.

## CONSULTATION HISTORY

| **Date** | **Description** |
|---|---|
| February 2020 | The Department, Green Diamond, and the Service met to initiate development of the Murrelet Plan. |

| | |
|---|---|
| 2020 to 2022 | Green Diamond developed the habitat modeling for this habitat conservation plan and drafted chapters. The Service and Department reviewed and provided feedback on draft chapters. Several site visits to Green Diamond lands were made to discuss proposed aspects of the Murrelet Plan. |
| 2023 to 2026 | Green Diamond finalized the amount of incidental take requested. Green Diamond, the Department and the Service developed and refined the Conservation Strategy of the Murrelet Plan. |
| April 29, 2026 | Green Diamond submitted their application for an incidental take permit for the marbled murrelet and submitted their complete draft Marbled Murrelet Habitat Conservation Plan with the application. |
| June 3, 2026 | The Service published a draft Environmental Assessment and the draft Marbled Murrelet Habitat Conservation Plan in the Federal Register for public review and comment. The Service received 16 comment letters. |

## BIOLOGICAL OPINION

### Description of the Proposed Action

The Proposed Action is the issuance of an incidental take permit to Green Diamond and Green Diamond's implementation of the Murrelet Plan (Green Diamond 2026a). Green Diamond's Murrelet Plan was developed with significant involvement by the Service and the Department (collectively, Wildlife Agencies) and complements Green Diamond's existing plans for other federally and state listed species on its California ownership. Green Diamond's other plans include the Aquatic Habitat Conservation Plan/Candidate Conservation Agreement with Assurances (Aquatic Plan; Green Diamond 2006), Forest Habitat Conservation Plan (Forest Plan; Green Diamond 2018), and the Humboldt Marten Safe Harbor Agreement (Marten Agreement; Department and Green Diamond 2018), and Coastal Marten Memorandum of Understanding (Marten Memorandum; Service and Green Diamond 2020), which are incorporated here by reference. The Covered Activities are the same between these conservation efforts, and the Plan Area of the Murrelet Plan encompasses the Plan Areas of these other conservation plans and agreements.

In the previous conservation plans and agreements, Green Diamond implemented measures to avoid incidental take of murrelet on a project-by-project basis in compliance with Act Section 9 (16 U.S.C. § 1538), California Endangered Species Act (California Fish and Game Code § 2050) and California Forest Practice Rules (CALFIRE 2026). Some of the measures are established in existing agreements like Green Diamond's Master Agreement for Timber Operations (Department and Green Diamond 2010) that will continue to be implemented and are included in the Murrelet Plan. However, the Murrelet Plan is a comprehensive conservation plan that replaces the project-by-project take avoidance with a strategy that accounts for incidental take while providing long-term mitigation and conservation to offset the impact of the taking. This biological opinion replaces and supersedes previous determinations for the marbled murrelet in the Service's consultations for the Aquatic Plan (AFWO-8-14-2007-03126; Service 2007) and

the Forest Plan (AFWO-19B0005-19F0017; Service 2019b). The sections below provide a summary of the Murrelet Plan and citations to find more information in the Murrelet Plan.

Please note that this Opinion is based upon the Final Murrelet Plan, submitted September 2026. Green Diamond updated their ownership information for the Final Murrelet Plan. The Service used the updated information in this Opinion and acknowledges that it is possible that there may be some places where the acreages from 2023 in the Draft Murrelet Plan were accidentally retained, which would seem to contradict this Opinion. Descriptions of how calculations were made should retain original Plan Area information from 2023. In the case of an inconsistent numerical value, please use the numbers in Table 3, as provided by Green Diamond (Green Diamond 2026a).

Table 3. Updated ownership information provided by Green Diamond for the Final Murrelet Plan, reflecting their ownership in 2026. Areas are measured in acres.

| Area | 2023 | 2026 | Change |
|---|---|---|---|
| Plan Area | 380,554 | 380,457 | -97 |
| Adjustment Area | 1,294,361 | 1,294,459 | +98 |
| Eligible Plan Area | 1,674,915 | 1,674,916 | +1 |
| Occupied Reserves (number) | 23 | 24 | +1 |
| Occupied Reserves (area) | 524.8 | 541.3 | +16.5 |
| Occupied Reserves Buffers | 819.6 | 834.8 | +15.2 |
| Adjacent Habitat Buffers | 774.6 | 704.9 | -69.7 |
| Suitable Habitat Reserves (number) | 88 | 96 | +8 |
| Suitable Habitat Reserves (area) | 854.3 | 946.4 | +92.1 |
| Marginal Habitat | 7180 | 6867 | -313 |

*Eligible Plan Area*

The Eligible Plan Area is the area in which Green Diamond is requesting incidental take authorization for the Covered Species. The Eligible Plan Area includes both the Plan Area (380,457 acres) that Green Diamond owns or owns perpetual harvesting rights, and the Adjustment Area (1,294,459 acres) of privately owned timberlands in Humboldt and Del Norte Counties, California, where Green Diamond may purchase additional lands in the future (Murrelet Plan Section 1.4.6.1). Newly purchased lands from the Eligible Plan Area may be added to the Plan Area following the process outlined in Section 6.4.7 of the Murrelet Plan. All Covered Activities will be implemented in the Plan Area. Regenerating conifer forests under even- and uneven-aged management dominate the Eligible Plan Area, though some remnant old-growth stands are scattered within the landscape. In addition to conifer-dominated forests, other habitats include grasslands, hardwood forests, and riverine systems (Murrelet Plan Sections 4.1 and 4.2).

*Permit Term*

Green Diamond is requesting a 50-year Permit Term (Murrelet Plan Section 1.4.4). The Permit Term is the time period in which the Applicant may receive incidental take authorization for Covered Activities under the Plan. The Permit Term is also the time in which all conservation

actions must be successfully completed to offset the impact of the taking. The Permit Term of 50 years was proposed because it will allow for the full and successful implementation of the Plan's Covered Activities and Conservation Strategy.

*Covered Species*

Green Diamond is requesting incidental take authorization for marbled murrelet (murrelet) (*Brachyramphus marmoratus*). See Murrelet Plan Sections 1.4.2, 3.1 through 3.6, 4.2.2 and 4.3 for more information. These sections of the Murrelet Plan that address the life history and condition of murrelet are incorporated by reference.

*Covered Species Habitat*

Green Diamond developed a Habitat Suitability Index model with support and review by the Wildlife Agencies to identify murrelet habitat in the Eligible Plan Area. Murrelet nesting habitat is typically identified with intensive field reviews to locate trees with possible nest platforms followed by audiovisual surveys by trained biologists to determine presence or probable absence (Evans Mack et al. 2003, Pacific Seabird Group 2024a). For the Murrelet Plan, Green Diamond acquired property-wide LiDAR data and processed the data in a Habitat Suitability Index model to identify suitable nesting habitat for murrelet.

Green Diamond classified habitats as Unsuitable Habitat, and Marginal, Low Suitable, Medium Suitable and High Suitable Habitat, based on the Habitat Suitability Index output for stands (Section 5 of the Murrelet Plan). The Wildlife Agencies reviewed the model outputs and performed field verifications with Green Diamond during plan development. Green Diamond is not required to re-analyze habitat suitability throughout the Eligible Plan Area except when adding new lands. Habitat conditions will be re-evaluated at the end of the Permit Term. As lands are proposed to be added to the Murrelet Plan (see Section 6.4.7 of the Murrelet Plan and Implementation, below), Green Diamond will obtain LiDAR data for these new lands and apply the Habitat Suitability Index model to verify habitat classification and identify both Marginal Habitat and Low, Medium and High Suitable Habitat. Unsuitable Habitat does not provide nesting habitat for murrelets and Green Diamond's operations in Unsuitable Habitat are not considered in evaluating direct effects to and direct take of murrelets.

Marginal Habitat is the lowest quality potential nesting habitat for murrelet in the Eligible Plan Area. A non-random sample of Timber Harvest Plans in development between 2018 and 2020 identified 26 stands of Marginal Habitat, of which four had trees with potential nesting platforms. In another sample of Marginal Habitat patches within Timber Harvest Plans in development, Green Diamond implemented protocol-level audiovisual surveys for murrelet (Evan Macks et al. 2003) and documented murrelet in two of six stands. This evidence, while based on small, non-random sample sizes, supports the premise of the Murrelet Plan that murrelet occupancy and nesting within Marginal Habitat is low but does occur. This means that Covered Activities implemented in Marginal Habitat are reasonably certain to result in incidental take of murrelet at very low rates.

Low, Medium and High Suitable Habitat are considered the best available nesting habitat for murrelet and were established as Suitable Habitat Reserves for the duration of the Permit (see

Conservation Strategy, below). Similar to Marginal Habitat, murrelets are not currently known to occupy the Suitable Habitat Reserves. Occupied Reserves, regardless of habitat suitability, were conserved to benefit murrelet but are not proposed as mitigation. In the Murrelet Plan, Green Diamond uses the same demographic parameters for murrelet occupancy and reproduction when evaluating the impacts and mitigation across all modeled murrelet habitats.

The Service participated in the development and review of the Habitat Suitability Index and other models used to estimate take and mitigation and completed field verification of some stands to ensure the habitat model accurately represented conditions on Green Diamond's Eligible Plan Area. Given the Service's work on the development, review and verification of the model, and the Service's experience with murrelet conservation in northwestern California where this Proposed Action is located, the Service accepts and adopts the Habitat Suitability Index model as the best available science for this Proposed Action and the Action Area.

*Covered Activities*

Green Diamond manages timberlands in northern California to produce a variety of forest-based products including timber, timber products, carbon storage, and open space (Murrelet Plan Section 2). Green Diamond's silvicultural practices are designed to enhance the productivity of its timberlands by ensuring both prompt regeneration of harvested areas and rapid forest growth. As part of the timber harvest process, Green Diamond also implements several Covered Activities to replace harvested areas, improve forest growth and protect against wildfire. Other Covered Activities include road construction and maintenance and water drafting and storage.

<u>Timber Harvest</u>
Timber harvest is the predominant Covered Activity in the Plan (Murrelet Plan Sections 2.2, 2.3, and 2.4.6). Harvest methods include clearcutting, single-tree selection, group selection, thinning, and salvage. Green Diamond primarily employs clearcutting as part of an even-aged management approach, consistent with the California Forest Practice Rules (see Section 2 of the Murrelet Plan for details). Uneven-aged methods such as single-tree and group selection are applied in specific areas, including riparian zones and geologically or visually sensitive locations.

<u>*Harvest and Yarding*</u>
Timber harvest includes removing trees and transporting the trees to a mill for production (Murrelet Plan Sections 2.2.1 and 2.2.2). Harvest can be accomplished either by chainsaws or heavy equipment, and equipment may change over time in response to technological developments. Some trees are retained following the requirements and restrictions of the California Forest Practice Rules, Aquatic Plan, Forest Plan and Marten Agreement. The Murrelet Plan does not add specific tree retention requirements in addition to those in the previously mentioned plans and instead focuses on protection of larger areas of suitable habitat (see the Conservation Strategy, below). These retention requirements will be implemented as part of the existing plans or to satisfy requirements of the California Forest Practice Rules. Once trees are harvested, Green Diamond moves the trees from the harvest site to a landing through a process called yarding. Trees may be moved using ground-based yarding, cable yarding or aerial yarding.

Green Diamond has three techniques for ground-based yarding: tractors, articulated skidders and shovels. Tractors drag trees along the ground and require constructed skid trails. Tractors have the greatest ground disturbance and soil compaction. Green Diamond prefers to use articulated skidders and shovels because both types of equipment result in less ground disturbance as trees are picked up and carried to loading equipment and trucks rather than dragging. Additionally, both types of equipment have minimal soil compaction and, in some cases, can drive on top of existing slash and vegetation to minimize impacts to soil. Shovel yarding is not currently feasible for selection harvest or thinning operations, where most trees are retained on-site, due to clearance limitations and safety concerns associated with operating the shovel around standing trees. Cable yarding can reduce the number of mid-slope roads needed during harvest. In this yarding strategy, a cable system is established to pull trees from the harvest unit to the landing site. Cable yarding generally has less ground disturbance because trees are moved above ground rather than dragging them through the harvest unit. The final yarding strategy is by using a helicopter in aerial yarding, which is only used in specific circumstances. Aerial yarding is only used in areas with limited road access and very steep or unstable slopes to lift trees out of a harvest area to the landing site.

*Regeneration and Stand Improvement*
Green Diamond manages the harvested landscape to regenerate forests for future harvest (Murrelet Plan Section 2.4). After an area is harvested, Green Diamond prepares the area for replanting. Green Diamond may use prescribed burning, machine piling, mechanical scarification, biomass harvesting, or a combination of these methods to prepare the site for hand planting and reduce fuel concentrations for fire safety (Murrelet Plan Section 2.4.1). These activities are usually implemented soon after the timber harvest operations are complete, but certain elements (e.g., prescribed burning) may be delayed for suitable weather conditions.

Green Diamond typically replants areas harvested the first winter after harvest activities are complete and the site has been prepared (Murrelet Plan Section 2.4.2). Green Diamond grows trees in their nurseries and plants them in an appropriate spacing to mimic pre-harvest conditions. When the pre-harvest condition was dominated by hardwoods, conifers are typically planted to increase the proportion of conifers while retaining important hardwood trees as required under the Forest Plan and Marten Agreement. Areas with sufficient redwood stump resprouts may not be replanted. If the seedling survival rate is low, Green Diamond will plant additional seedlings in following winters. Green Diamond controls competing vegetation to accelerate seedling growth (Murrelet Plan Section 2.4.3).

Green Diamond completes precommercial thinning activities once per stand in overstocked conditions when stands are between 10 and 20 years old (Murrelet Plan Section 2.4.4). Thinning reduces competition and increases the eventual product value of the remaining trees. Green Diamond operates carefully during precommercial thinning to minimize damage to remaining trees. Material typically remains. Green Diamond implements thinning treatments in stands 25 to 40 years old to reduce competition and improve growing conditions for remaining trees (Murrelet Plan Section 2.4.5). Thinning usually requires the use of chainsaws but may involve heavy equipment to cut, bunch, and haul harvested trees to landing areas. Green Diamond uses the same harvesting techniques described above but selects single trees for harvest to arrive at a specified level of tree retention across the harvest area.

*Salvage*

Green Diamond may salvage dead and dying trees (Murrelet Plan Section 2.2.3). Fire and wind typically cause most of the tree mortality. Dead and dying trees are removed along roads if they can be easily retrieved and yarded. Green Diamond follows the restrictions on salvage stipulated in their Aquatic Plan (Green Diamond 2006) and their Forest Plan (Green Diamond 2018). There are some additional restrictions to salvage harvest in areas established in the Conservation Strategy (i.e., Occupied Reserves, Buffers and Suitable Habitat Reserves). Decaying or defective logs and other trees that provide valuable wildlife habitat structures are retained as feasible according to the Forest Plan.

*Landings and Hauling*

Landings are typically cleared areas within the timber harvest area or wide sections of roads that accommodate stacking logs, slash piles, and moving trucks and equipment (Murrelet Plan Sections 2.2.2.4 and 2.2.5). Heavy equipment is used at landings to manipulate the harvested timber and transport it. Green Diamond typically transports logs on large trucks using both public and private roads.

Road Construction, Maintenance and Use

Green Diamond constructs roads when necessary to facilitate access to timber harvest areas (Murrelet Plan Section 2.2.5). To accomplish this, Green Diamond removes vegetation including trees, excavates or fills slope areas as needed, installs the roadbed and surface, and installs any water crossings needed following the provisions of their Aquatic Plan (Green Diamond 2006) and other agreements and permits with the State of California (e.g. Department and Green Diamond 2010). Green Diamond also performs a number of maintenance tasks for existing roads (Murrelet Plan Section 2.2.5). Maintenance activities include vegetation management, repair of water crossings, replacing road surface, and repairing slumps and slips. Road maintenance can require various mechanical tools and heavy equipment.

Rock Pit Development and Use

Rock pits, also referred to as borrow pits, are locations where rock is excavated, crushed, blasted, or otherwise produced for eventual use as road surface, fill, or bank stabilization material (Murrelet Plan Section 2.2.6). Activities associated with the use of rock pits also include loading crushed rock into trucks for hauling, hauling mined rock, and constructing and maintaining rock pit access roads.

Water Drafting and Storage

Green Diamond drafts and diverts water from Class I and Class II watercourses, and Class I and Class II ponds. Water is usually stored in ponded areas or storage tanks. Water is used for dust abatement, road maintenance and construction activities, and for firefighting. Drafting locations occasionally require excavation and cleaning. Water drafting and storage activities are included in the Aquatic Plan, and in a number of agreements and permits with the State of California (e.g., Department and Green Diamond 2010). See Section 2.2.7 of the Murrelet Plan for more information.

Equipment Maintenance

Vehicle and equipment maintenance and fueling typically occurs at staging facilities or on roadways in the Plan Area (Murrelet Plan Section 2.2.8).

Minor Forest Product Harvest
Green Diamond permits third-party entities to collect minor forest products such as burls or greenery throughout their California ownership (Section 2.5). These permits include conditions to protect sensitive species and habitats and are typically by individuals using hand or mechanical tools and personal vehicles.

*California Forest Practice Act*

The Z'berg-Nejedly Forest Practice Act of 1973 (California Public Resources Code Section 4511 *et seq.*) is commonly referred to as the California Forest Practice Act (Forest Act). This state law is the underlying state legislation that manages timber harvest on state and private lands. The Forest Act is implemented by CALFIRE through the California Forest Practice Rules (Forest Practice Rules) (CALFIRE 2026; Title 14 of the California Code of Regulations Chapters 4, 4.5 and 10). The Forest Practice Rules are a wide-ranging set of standards and implementation guidelines that implement the Forest Act consistent with other laws. The purpose of the Forest Practice Rules is to develop and maintain high-quality timber products while also protecting other environmental resources (e.g., species habitat and water quality) and human resources (e.g., recreation). The Forest Practice Rules (CALFIRE 2026) describe Timber Harvest Plans, silvicultural methods, harvesting practices and erosion control, site preparation, watercourse and lake protection, hazard reduction, fire protection, wildlife protection, archeological and historical resource protection, compliance with county regulations, and administration of the Forest Practice Rules. CALFIRE updates and reissues the Forest Practice Rules each year. Green Diamond will follow the annually updated Forest Practice Rules unless they have specific approval from an appropriate agency to deviate as in the case of the proposed Permit for murrelet.

CALFIRE has regulatory authority over the review, approval and enforcement of Timber Harvest Plans, which are developed by Registered Professional Foresters. The Forest Practice Rules require site- and area-specific assessment of potential individual and cumulative impacts of timber harvesting on the environment, including terrestrial resources. Any significant impacts remaining after application of the standard prescriptions require adoption of other measures to mitigate or avoid such impacts. The Forest Practice Rules prohibit the approval of a Timber Harvest Plan if there is take of a state or federally listed species (Forest Practice Rules 898.2(d) in CALFIRE 2026) without a permit or exception. CALFIRE ensures that Timber Harvest Plans do not result in incidental take of state or federally listed species. Further, if a landowner has developed a habitat conservation plan and has been issued an incidental take permit pursuant to section 10 of the federal Endangered Species Act, the CALFIRE generally confirms through their review of the Timber Harvest Plan that the landowner is implementing the habitat conservation plan correctly through the Timber Harvest Plan. CALFIRE consults as needed with the Wildlife Agencies to ensure that Timber Harvest Plans do not result in unauthorized incidental take of state and federally listed species.

*Incidental Take*

Green Diamond developed a habitat suitability model (Murrelet Plan Appendix A) to identify suitable murrelet nesting habitat on their ownership utilizing LiDAR data. Modeled habitat types for murrelet are based on the modeled habitat suitability index and consists of Unsuitable

Habitat, Marginal Habitat, Low Suitable Habitat, Medium Suitable Habitat, and High Suitable Habitat. Green Diamond's ownership includes areas of known occupied habitat that are treated separately regardless of the habitat suitability index (Murrelet Plan Section 6.2.2). While Unsuitable Habitat is not specifically mapped in the Plan Area, Marginal Habitat and better patches within Unsuitable Habitat are delineated. Green Diamond is requesting incidental take of murrelets from the harvest of Marginal Habitat and will mitigate for the incidental take through the protection of the Low and better Suitable Habitat (i.e., Suitable Habitat Reserves; Murrelet Plan Sections 5.1.1 and 6.2.5). While most incidental take is from regeneration (i.e., even-aged) harvest in Marginal Habitat, Green Diamond also anticipates indirect incidental take from single entry selection harvest in Riparian Management Zones in Marginal and Suitable Habitat as authorized by the Forest Plan (Murrelet Plan Section 5.2.2.1), and indirect incidental take in Marginal and Suitable Habitat from adjacent harvest (Murrelet Plan Section 5.2.2.2). Restoration harvest in Buffers will not result in incidental take because it is limited to very light harvest levels during the murrelet non-breeding season when murrelets are not in the Plan Area. In anticipation of future land purchases, Green Diamond is requesting incidental take of murrelet in the areas of those future potential purchases.

Based on the modeled estimates and the amount and extent of harvest from Green Diamond's Long Term Sustained Yield Plan (Murrelet Plan Section 5.2.1), Green Diamond is requesting incidental take of 15 marbled murrelets from the harvest of 10,232 acres of Marginal Habitat and indirect impacts from that timber harvest adjacent to Marginal Habitat and Suitable Habitat Reserves during the 50-year Permit Term (Table 4). The harvest of Marginal Habitat will be evaluated by Green Diamond using GIS to intersect the modeled Marginal Habitat patches and the harvested area within a Timber Harvest Plan unit boundary and reported in acres. Green Diamond, the Service and the Department have assessed this incidental take estimate and its reliance on the best available science, and no further analysis of the take estimate is required.

Table 4. A summary of Green Diamond's operations and conservation prescriptions for the murrelet habitat, mitigation areas, and existing protected areas. Impacts may not rise to the level of take.

| Habitat Suitability | Conservation Prescription | Incidental Take |
|---|---|---|
| Unsuitable | None | None, no harvest restrictions |
| Marginal | None | 10,232 acres |
| Suitable Habitat Reserves | No Harvest | Indirect impacts to 574 acres |
| Buffers | Single Entry Selection | None |
| Occupied Habitat Reserves | No Harvest, 300-foot Buffers. | None |

Rate of Incidental Take

For a detailed description of Green Diamond's process to estimate timber harvest and model incidental take over the Permit Term, please see Section 5.2.1 of the Murrelet Plan. Green Diamond manages the Plan Area under a Maximum Sustained Production plan (Option A) pursuant to the California Forest Practice Rules under Title 14 California Code of Regulations 913.11(a) and approved by CALFIRE. The Option A contains confidential proprietary information that is protected from public disclosure under California law and has not been provided to the Service due to the proprietary information. The Option A modeling used spatially explicit simulation of harvesting and growth of individual stands over more than one rotation for

100 years, based on the GIS mapping of the standing inventory for Green Diamond's California timberlands as of January 1, 2008.

Under the Option A, timber stands 45 years and older are available for regeneration harvest. However, implementation of intermediate treatments such as commercial thinning, as well as state laws that constrain both the size of even-aged management units and the timing of adjacent even-age harvesting operations, can delay the harvest of many stands until they reach the 70-year age class. The progress of timber harvesting across the ownership will reflect the pattern of age classes developed as a result of prior logging activity. Historically, large, forested areas were harvested as continuous logging operations, which created large tracts of even-aged young forest. Current harvesting operations are localized in these large, even-aged areas but current harvest unit sizes are much smaller due to current regulations (CALFIRE 2026). Forest Practice Rules constraints will cause the dispersal of activities over time and space within these blocks during current and future rotation periods. Based on the Option A projected harvest and the modeled Marginal Habitat, an average of 102 acres of Marginal Habitat will be harvest every year with a maximum projected harvest of 249 acres in a single year of the Permit Term (Lamphear, pers. comm. 2026).

*Conservation Strategy*

The Conservation Strategy includes five biological goals and objectives, many avoidance and minimization measures, and mitigation. These efforts combine to minimize and mitigate to the maximum extent practicable. Green Diamond includes elements for both murrelet individuals and murrelet habitat to address the scope and scale of Plan impacts. In Goals 1, 2 and 4, Green Diamond will manage patches of habitat delineated through modeling or GIS processes. Green Diamond's resource managers will use a variety of tools to establish boundaries on the ground in a conservative way for the murrelets.

<u>Biological Goals and Objectives</u>

*<u>Goal 1 and Objective 1.1 (Section 6.2.2)</u>*

Green Diamond will protect 24 patches of known occupied habitat in the Plan Area for the duration of the Permit Term. These areas are termed Occupied Reserves. There are six additional Occupied Reserves in the Plan Area, however these are already protected under conservation easements and are not considered in the Murrelet Plan. There are 541.3 acres of habitat within the 24 Occupied Reserves. Any new occupied habitat added to the Plan and Permit Area pursuant to Murrelet Plan Section 6.4.7.1 will also be protected for the duration of the Permit Term. Timber harvest will not occur in these Occupied Reserves. Salvage may occur within Occupied Reserves (Murrelet Plan Section 2.2.3) if downed or damaged trees block roads. Green Diamond will follow the provisions of Murrelet Plan Section 6.4.7.2 for any Occupied Reserves they propose to sell during the Permit Term.

*<u>Goal 2 and Objectives 2.1 and 2.2 (Section 6.2.3)</u>*

Green Diamond has established 300-foot buffers around all Occupied Reserves and Adjacent Habitat Reserves. Adjacent Habitat Reserves are occupied habitat adjacent to but not within Green Diamond's ownership, primarily on federal lands. There are 834.8 acres of Occupied Reserve Buffers and 704.9 acres of Adjacent Habitat Buffers, for a total of 1,539.7 acres of Buffers. New Buffers will be established during the Permit Term as new lands are added to the

Permit Area according to Murrelet Plan Section 6.4.7.1. The Buffers protect the occupied stands from wind damage, extend the edge of the habitat away from suitable nesting sites to minimize predation risk, and create a sound barrier to minimize noise disturbance from nearby Covered Activities.

Green Diamond also proposes single-tree selection harvest in Buffers to accelerate the development of old-growth forest characteristics (Objective 2.2). Single-tree selection harvest, also called restoration harvests, will be proposed through adjacent Timber Harvest Plans (Murrelet Plan Section 6.4.2). Specific prescriptions are not described in the Murrelet Plan to allow greater flexibility to design these restoration harvests based on the conditions in the stands at the time that the harvest is proposed. The restoration harvest, including marking selected trees, will only be implemented during the murrelet non-breeding season in the Buffer. Any proposed single-tree selection harvest will be coordinated with the Wildlife Agencies and requires Wildlife Agencies' approval for implementation. This single-tree selection harvest increases growth and habitat complexity of the remaining habitat, while not creating edges or openings in the canopy cover large enough to attract corvids (Malt and Lank 2007, Hagar et al. 2024). Harvested trees may be left onsite or removed depending on site specific conditions. If the stand age of the Buffer is less than 20 years old, Green Diamond may implement precommercial thinning to address the overstocked conditions and promote the faster development of larger diameter trees.

*Goal 3 and Objective 3.1 (Section 6.2.4)*

Green Diamond will implement the avoidance and minimization measures described in Murrelet Plan Appendix D.

*Goal 4 and Objectives 4.1 and 4.2 (Section 6.2.5)*

Green Diamond used their Habitat Suitability Model (Murrelet Plan Appendix A and Section 5.2.2) to identify areas for mitigation to offset the impact of the taking. Green Diamond identified 96 patches of forested habitat with a habitat suitability index above 0.19 as those areas most likely have the nesting habitat characteristics and are most likely to be occupied by murrelets. These habitat patches are called Suitable Habitat Reserves and total 946.4 acres. The Suitable Habitat Reserves will be protected for the duration of the Permit Term and will be in a No Harvest status. A total of 36.3 acres of Suitable Habitat Reserve will be placed under deed restrictions held by the Wildlife Agencies for the duration of the Permit Term. The Wildlife Agencies reviewed the Suitable Habitat Reserves with Green Diamond to verify the value for murrelets. Where Suitable Habitat Reserves overlap with the existing Riparian Management Zones, the additional prohibition of harvest within the Suitable Habitat Reserve supersedes previous management allowed in those areas and increases the level of conservation and protection. Salvage may occur within Suitable Habitat Reserves (Murrelet Plan Section 2.2.5) if downed or damaged trees are blocking roads. Any new lands added to the Permit Area according to Murrelet Plan Section 6.4.7.1 meeting the definition of a Suitable Habitat Reserve (Murrelet Plan Section 5.1.1) will be protected for the duration of the Permit Term. Green Diamond will follow the provisions of Murrelet Plan Section 6.4.7.2 for any Suitable Habitat Reserves they propose to sell during the Permit Term.

*Goal 5 (Section 6.2.6)*
Green Diamond will implement their monitoring and adaptive management programs (Murrelet Plan Section 6.3) and will complete their implementation commitments (Murrelet Plan Section 6.4).

Avoidance and Minimization Measures
Green Diamond included many avoidance and minimization measures (measures) in Appendix D of the Murrelet Plan and included as Appendix A of this Opinion. The measures include habitat protection, reductions in noise, minimizing predation, and are similar to measures from the Aquatic Plan, Forest Plan and Marten Agreement. In some cases, measures have been developed to complement a requirement from the Forest Practice Rules. For a complete and detailed list of measures, please see Murrelet Plan Appendix D.

*Monitoring*

Green Diamond's monitoring commitments are described in Murrelet Plan Section 6.3 and Appendix E. Green Diamond has included specific monitoring goals and has proposed some traditional monitoring techniques. However, new technologies and techniques may be proposed and approved by the Wildlife Agencies throughout the Permit Term as new strategies are developed and tested. Green Diamond will monitor the following items and provide results in the annual report (Murrelet Plan Section 6.4.3):

- Green Diamond will monitor Covered Activities around Occupied Reserves and Buffers to ensure these areas are not encroached.
- Green Diamond will monitor vegetation in Buffers before and after selection harvest treatments to assess whether and to what extent suitable nesting habitat for murrelets develops.
- Green Diamond will monitor Covered Activities around Suitable Habitat Reserves.
- Green Diamond will monitor murrelets in Suitable Habitat Reserves following the plan in Appendix E.
- Green Diamond will monitor and review any increased habitat suitability in Buffers and will report the change in habitat suitability in the Performance Report at the end of the Permit Term (Murrelet Plan Section 6.3.2.4 and Appendix E).
- Green Diamond may choose to identify, manage and monitor additional areas in their ownership during the Permit Term. Green Diamond may evaluate these voluntarily retained and recruited stands for inclusion within Suitable Habitat Reserves as appropriate.
- Green Diamond will monitor, track, and report incidental take through the harvest of Marginal Habitat annually and throughout the Permit Term.
- Green Diamond will monitor, track and report indirect incidental take from the implementation of Covered Activities adjacent to Marginal Habitat and Suitable Habitat Reserves during the Permit Term.
- Green Diamond's Murrelet Plan coordinator will review Timber Harvest Plans to ensure compliance with all applicable processes, provisions, and measures from the Murrelet Plan.

*Reporting*

Green Diamond will provide reports for each year of Murrelet Plan implementation beginning the first full year after the Permit is issued. Each annual report is due by March 31 of the following year, and the annual report is based upon the previous calendar year. The annual reports will include all monitoring and any scheduled field reviews described in Section 5.3.7. See Section 6.4.3 for a list of required elements for the annual reviews. Green Diamond will also provide a Performance Review (Murrelet Plan Section 6.3.2.4) in Year 49 of the Permit Term.

*Adaptive Management*

Green Diamond established a process in the Plan to address uncertainties and to determine appropriate adaptive management. Green Diamond's adaptive management process includes an assessment to identify the cause(s) of the issue, identification of the relationship between the management activity and the cause of the issue, and identification of potential management changes to improve conditions. Green Diamond will work closely with the Service and Department to identify and implement feasible adaptive management. Murrelet Plan Section 6.3.2 provides some situations where adaptive management may be needed and possible measures that can be implemented as appropriate. Further, Green Diamond has reserved 473 acres of Marginal Habitat as the Adaptive Management Reserve Account if needed to compensate for situations during the Permit Term.

<u>Assurance Reserve</u>
Green Diamond is protecting 76.3 acres in the Klamath Ridge Occupied Reserve through a deed restriction for a period of 50 years and extendable for another 50 years. The Assurance Reserve will include 30.7 acres of Occupied Habitat and 45.6 acres of Occupied Reserve Buffer. This Assurance Reserve will compensate for the possible time delay between timber harvest and habitat recovery, and for the uncertainty of forest development across the Plan Area. At the end of the Permit Term, Green Diamond will provide a report to the Wildlife Agencies summarizing the cumulative incidental take, function of mitigation, and a summary of habitat conditions from recruitment in Buffers and unharvested forest stands. The Wildlife Agencies may extend the restrictive covenant on the Assurance Reserve if warranted based on the findings of the Performance Review (Murrelet Plan Section 6.3.2.4).

*Implementation*

Section 6.4 of the Murrelet Plan describes Green Diamond's implementation commitments, including adequate staffing (Murrelet Plan Section 6.4.1) and funding (Murrelet Plan Section 6.4.5). Green Diamond will continue to submit Timber Harvest Plans to CALFIRE as appropriate for Covered Activities and will provide Murrelet Plan compliance information described in Murrelet Plan Section 6.4.2 to facilitate the Wildlife Agencies' review. Green Diamond may need to make changes to the Murrelet Plan during the Permit Term. The changes can be minor updates and corrections or can be more substantial changes that require a permit amendment (see Murrelet Plan Section 6.4.4 for more information). For other implementation provisions, please see Murrelet Plan Sections 6.4.8, 6.4.9 and 6.4.10.

Green Diamond's ownership includes both lands in fee title and perpetual harvesting rights (Murrelet Plan Section 1.4.6). Green Diamond may purchase or sell lands and harvesting rights during the Permit Term. The Murrelet Plan does not change Green Diamond's ability to buy or sell land, but the Plan describes the process Green Diamond will follow to add or remove land from the Permit Area. To facilitate future land transactions, Green Diamond included the Adjustment Area (Murrelet Plan Section 1.4.6) to the Murrelet Plan. The Adjustment Area is privately owned timberlands in Del Norte and Humboldt Counties, and excludes federal, state, local and Tribal lands. Green Diamond fully incorporated the Adjustment Area into the Murrelet Plan in the analysis (Murrelet Plan Sections 1.4.6, 4.4), incidental take requested (Murrelet Plan Section 5.2.7), and implementation (Murrelet Plan Section 6.4.7). Green Diamond may request to add new land to the Permit Area and will follow the process described in Murrelet Plan Section 6.4.7.1, including adding appropriate Suitable Habitat Reserves, Occupied Reserves, or Buffers in accordance with the Conservation Strategy described in Section 6.2. The Service will review land addition requests to ensure these new lands were considered within the scope of the permitting decision (e.g., this Opinion).

Similarly, Green Diamond may request to remove land from the Permit Area in accordance with Murrelet Plan Section 6.4.7.2. If Green Diamond proposes to remove lands that are part of the Conservation Strategy (e.g., Suitable Habitat Reserves, etc.), Green Diamond will work with the Service and Department to ensure the security of the conservation values on those lands. Green Diamond may also choose to add or remove land from the Permit Area using a permit amendment process.

*Changed and Unforeseen Circumstances*

Green Diamond outlines its obligations in response to Changed Circumstances that may affect murrelets or habitat within the Plan Area. These are foreseeable events such as wildfire, windstorm, geological activity, forest pathogens, disease, climate/ocean changes, or permit lapses. The Plan identifies specific response measures Green Diamond must implement, including prompt notification to the Service, assessment of damage, and potential habitat management modifications, such as salvage or reforestation. Green Diamond must act without awaiting Service direction, although the Service may later require or approve further actions. In cases where habitat becomes unsuitable, the Service and Green Diamond will determine whether mitigation commitments should be adjusted or replaced. In contrast, "Unforeseen Circumstances" are unexpected, significant changes not anticipated during Murrelet Plan development. In such cases, the Service may require additional mitigation only in accordance with the Act's "No Surprises" regulations (50 CFR 17.32(b)(5)), and Green Diamond may be temporarily excused from obligations impacted by unforeseeable causes beyond its control, provided specific procedural conditions are met.

**Action Area**

The Action Area is defined in 50 CFR § 402.02, as "all areas to be affected directly or indirectly by the federal action and not merely the immediate area involved in the action." For the Proposed Action, the Action Area includes both Green Diamond's current ownership as well as areas where Green Diamond may purchase timberlands in the future (Adjustment Area) to add to the Murrelet Plan. Collectively, this larger area is the Eligible Plan Area and is synonymous with

the Action Area. The Adjustment Area is limited to privately owned timberlands and excludes federal, state, local, and Tribal owned and managed lands. The Eligible Plan Area is 1,674,916 acres in Humboldt and Del Norte Counties (Figure 1).




Figure 1. The Action Area of the Proposed Project includes both Green Diamond's current ownership (the Plan Area) as well as the Adjustment Area, collectively Eligible Plan Area. The Action Area and the Eligible Plan Area are synonymous and are 1,674,916 acres in Humboldt and Del Norte Counties, California.

The Action Area can generally be described as a Mediterranean climate with cool, wet winters and hot dry summers. However, there is substantial variation in the local climate from west to east in the Action Area. Most of the Action Area is forested and typically dominated either with Douglas fir (*Pseudotsuga menziesii*) or redwood (*Sequoia sempervirens*), see Murrelet Plan

Section 4 for more details on forest composition. Within the forest ecosystem, there are extensive stream and river systems that support riparian habitats. Additional communities within the Action Area include oak savannas, prairies, serpentine outcrops, and ridgelines. These habitats support varying vegetation communities and species.

The Action Area is predominantly forested. A detailed land inventory is available for Green Diamond's ownership (i.e., Plan Area), but specific forestry information is unknown from some areas of the Eligible Plan Area. The Service assumes forestry conditions are similar between the Plan Area and the Eligible Plan Area due to the proximity of these lands and shared management history throughout the region (Larsen 1994, Perry 1995). Further, as Green Diamond acquires and requests that lands are added to the Plan Area, Green Diamond will complete an inventory of the new property and identify species and resources present in those lands as described in Murrelet Plan Section 6.4.7.1.

The Plan Area is a mix of newly harvested areas (age 0) to scattered areas of old growth (greater than 200 years old). In 1992, 98 percent of the conifer forest in Green Diamond's (then called Simpson Timber Company) ownership at the time had been harvested at least once since 1890 (Simpson Timber Company 1992). Most of the Plan Area (88.6 percent) is less than 70 years old and 18.9 percent of the Plan Area is in stands 50 to 59 years old (Green Diamond 2026a). These younger stands (i.e., less than 100 years old) are the result of previous harvest and have been replanted as part of Green Diamond's regeneration practices. While this includes some stump growth of redwood, there is also extensive replanting of Douglas fir and redwood. These replanted stands have older trees, hardwoods, and snags retained during previous harvest, but otherwise are replanted with low species diversity and are evenly spaced throughout the stand. Timber harvest has not been evenly applied across the landscape due to the relative difficulty of harvesting some areas, restrictions in the California Forest Practice Rules, and changes in ownership and management priorities. This has resulted in a complex mixture of forest conditions throughout the Action Area.

Approximately a quarter of the Plan Area is within Riparian Management Zones established in the Aquatic Plan and reinforced in the Forest Plan. These areas have limited management options, restricted to a single entry, single-tree selection in conjunction with adjacent timber harvest. These Riparian Management Zones are ageing and are expected to reach the 90- to 99-year-old age class by the end of the Forest Plan permit term in 2069.

While there is sufficient information about forest conditions in the Plan Area, there is more uncertainty about forest conditions in the Eligible Plan Area. Private timberlands in northwestern California have been subject to a wide range of management since the 1800s (Larsen 1994, Perry 1995). Current management categories likely include no management, single-tree selection harvest, uneven-aged management, and even-aged management. This diversity of past and current management could result in a wide range of forest conditions in the Eligible Plan Area from scattered patches of old-growth and mature second-growth to newly harvested areas using both even-aged and single-tree selection techniques. The Service assumes the Eligible Plan Area, and therefore the Action Area, has a mix of forest conditions that will result in Marginal and Suitable Habitats being added to the Plan Area should Green Diamond request it.

Human infrastructure is also extensive throughout the Action Area. Roads are especially prevalent throughout timberlands in California. While many have been upgraded to accommodate 100-year flood flows to reduce sedimentation and road failure, some more remote stretches of roads are in a significant state of disrepair. Both paved and unpaved roads are present in the Action Area. Private landowners, Humboldt and Del Norte Counties, California Department of Transportation (Caltrans), and federal agencies are responsible for road maintenance and upgrades in the Action Area. Watercourse crossings in the Action Area are mostly culverts and bridges. Some culverts and bridges are undersized and can create blockages, failures, and prevent animal movement throughout the stream system. Some private property includes homes and businesses throughout the Action Area. These structures are generally outside of the forested habitats but may be imbedded within the forests.

**Analytical Framework for the Jeopardy Determination**

Section 7(a)(2) of the Act requires that federal agencies ensure that any action they authorize, fund, or carry out is not likely to jeopardize the continued existence of listed species. "Jeopardize the continued existence of" means to engage in an action that reasonably would be expected, directly or indirectly, to reduce appreciably the likelihood of both the survival and recovery of a listed species in the wild by reducing the reproduction, numbers, or distribution of that species (50 CFR § 402.02).

The jeopardy analysis in this biological opinion considers the effects of the proposed federal action, and any cumulative effects, on the range wide survival and recovery of the listed species. It relies on four components: (1) the *Status of the Species*, which describes the current range wide condition of the species, the factors responsible for that condition, and its survival and recovery needs; (2) the *Environmental Baseline*, which analyzes the current condition of the species in the Action Area without the consequences to the listed species caused by the proposed action, the factors responsible for that condition, and the relationship of the Action Area to the survival and recovery of the species; (3) the *Effects of the Action*, which refers to the direct and indirect effects of an action on the species or critical habitat, together with the effects of other activities that are interrelated or interdependent with that action, that will be added to the environmental baseline; and (4) the *Cumulative Effects*, which evaluates the effects on the species of future, non-federal activities that are reasonably certain to occur in the Action Area.

In accordance with policy and regulation, the jeopardy determination is made by evaluating the effects of the proposed Federal action in the context of the current status of the covered species, taking into account any cumulative effects, to determine if implementation of the proposed action is likely to reduce appreciably the likelihood of both the survival and recovery of the covered species in the wild by reducing the reproduction, numbers, and distribution of that species.

**Analytical Framework for the Adverse Modification Determination**

Section 7(a)(2) of the Act requires that federal agencies ensure that any action they authorize, fund, or carry out is not likely to destroy or to adversely modify designated critical habitat. Destruction or adverse modification means a direct or indirect alteration that appreciably diminishes the value of critical habitat for the conservation of a listed species.

The destruction or adverse modification analysis in this Opinion relies on four components: (1) the *Status of Critical Habitat*, which describes the current range wide condition of the critical habitat for the listed species; (2) the *Environmental Baseline*, which analyzes the current condition of the critical habitat in the Action Area without the consequences to designated critical habitat caused by the proposed action, the factors responsible for that condition, and the value of the critical habitat in the Action Area for the recovery of the listed species; (3) the *Effects of the Action*, which refers to the direct and indirect effects of an action on the species or critical habitat, together with the effects of other activities that are interrelated or interdependent with that action, that will be added to the environmental baseline; and (4) *Cumulative Effects*, which evaluate the effects of future non-federal activities that are reasonably certain to occur in the Action Area.

For the section 7(a)(2) determination regarding destruction or adverse modification of critical habitat, the Service begins by evaluating the effects of the proposed Federal action and any cumulative effects. The Service then examines those effects against the condition of all critical habitat described in the listing designation to determine if the proposed action's effects are likely to appreciably diminish the value of critical habitat for the conservation of the species.

**Status of the Species**

*Marbled Murrelet*

The Status of the Species describes the current range-wide condition of the species, the factors responsible for that condition, and its survival and recovery needs. For the most recent comprehensive assessment of the species' range wide status, please refer to the Marbled Murrelet 5-year Review (Service 2024a) and Species Biological Report for Marbled Murrelet (Service 2024b), both documents are incorporated by reference. No change in the species' listing status was recommended in this 5-year review (Service 2024a). Threats evaluated during that review and discussed in the final document have continued to act on the species since the species was listed in 1991, with loss of habitat being the most significant effect (57 FR 45328, Service 2024a). While there have been continued losses of the murrelet's terrestrial habitat throughout the various recovery units, including the Siskiyou Coast Range Conservation Zone (Conservation Zone 4; Service 1997), where the proposed project is located (Figure 2), to date, no project has proposed a level of effects for which the Service has issued a biological opinion of jeopardy for the species.

<u>Reproduction</u>
Murrelets nest primarily in coastal forests that contain older, late-successional trees (57 FR 43528). Forests where murrelets nest are generally characterized by large trees greater than 18 inches diameter at breast height (dbh), multi-storied canopies with moderate canopy closure, sufficient limb size and substrate (e.g., moss and redwood duff) to support nest cups, flight accessibility, and protective cover from ambient conditions and avian predators (Manley 1999, Burger 2002, Nelson and Wilson 2002). The most important feature of nesting habitat for murrelets within suitable nesting habitat is the presence of nesting platforms. These structures are typically found in old-growth and mature forests but may be found in a variety of forest types including younger forests containing remnant large trees (81 FR 51348). A nesting platform is a

large branch, usually more than six inches in diameter. These branches typically have epiphytic mosses, bark, duff and other material that creates a depression in which an egg can safely rest.

Individual murrelets appear to have fidelity to nest sites or nesting areas (Raphael et al. 2018, Valente et al. 2021). Murrelets do not construct nests but instead rear their chicks on naturally occurring nesting platforms in large, older-aged trees (Nelson 1997). Studies have concluded that murrelets do not nest at higher densities within remaining habitat when nesting habitat is removed (Burger 2001, Manley et al. 2001, Cullen 2002). Murrelet counts during radar studies are negatively associated with increasing forest edge and areas of logged and immature forests (McShane et al. 2004). Adjacent forests can contribute to the conservation of the murrelet by reducing the potential for windthrow during storms by providing area buffers, providing protection to the nest platform and potentially reduce gradations in microclimate and creating areas with higher probability of occupancy by murrelets (Chen et al. 1993, 61 FR 26257, Burger 2001, Meyer et al. 2002, Raphael et al. 2002).

Murrelets nest as far as 32 miles from the coast in northwestern California in Del Norte and Humboldt Counties (Service 2024b). Egg laying and incubation in California occurs from late March through early August and most chick rearing occurs between late April and mid-September, with all chicks fledging by late September (Hamer and Nelson 1995a, Hamer et al. 2003, Pacific Seabird Group 2024a). A murrelet female lays a single egg in a breeding season; the egg may be replaced if egg failure occurs early in the nesting cycle (Tranquilla et al. 2003). Chicks hatch after about 30 days of incubation, and hatchlings are brooded by the adults for several days (Nelson 1997). The murrelet breeding season in the Action Area is March 24 through September 15.

Once the chick can thermoregulate without its parents, both adults leave the chick alone at the nest except during feedings. Both parents feed the chick, and meals are typically delivered early in the morning, while about a third of the food deliveries occur at dusk and intermittently throughout the day (Nelson and Hamer 1995b, Nelson 1997, Lorenz et al. 2019). Chicks fledge 27 to 40 days after hatching. Chicks fledge from the nest typically at dusk and fly directly from the nest to the ocean (Nelson 1997).

<u>Abundance</u>

Population monitoring for murrelets is accomplished through annual at-sea surveys from 15 May to 31 July in coastal waters adjacent to the Northwest Forest Plan (U.S. Forest Service [Forest Service] and Bureau of Land Management 1994) area, in Conservation Zones 1 through 5, with the survey information used to estimate murrelet population abundance (Raphael et al. 2007). The most recent abundance estimate for Conservation Zones 1 through 5 is 19,600 murrelets in 2023 (McIver et al. 2025). Populations appear to be stable in Conservation Zones 1 through 5 collectively and Conservation Zone 4 has shown a 2.9 percent increase from 2000 to 2023 (McIver et al. 2025).

Murrelet habitat has been modeled as part of the Northwest Forest Plan (U.S. Forest Service and Bureau of Land Management 1994). Lorenz et al. (2021) estimated that there were 1.51 million acres of habitat modeled as having a high probability of murrelet nesting in 1993, the year prior to the Northwest Forest Plan. Looking at these areas of higher probability of nesting, Lorenz et al. (2021) evaluated whether habitat availability had changed in these areas between 1993 and

2017. By 2017, there were 1.49 million acres of higher probability nesting habitat within areas managed under the Northwestern Forest Plan (Lorenz et al. 2021). The loss in habitat was attributed to timber harvest and wildfire on federal lands and contrasted with a relative increase in the amount of the highest quality nesting habitat for murrelet, which suggests that despite continued losses the Northwest Forest Plan has been successful at protecting species habitat for murrelet (Lorenz et al. 2021). There are no similar habitat estimates on other land ownerships in the murrelet range, but high-quality nesting habitat is thought to be rare throughout the murrelet's range (Service 2024b).

Distribution

The listed range of murrelet is from Washington through central California along the Pacific Coast (Figure 2). As previously mentioned, murrelet nest in coastal forests along the coast throughout their range and occupy nearshore waters during the breeding season. Most murrelets appear to nest within 37 miles of the coast, although behaviors associated with occupied habitat have been recorded up to 52 miles inland, and murrelet presence has been detected up to 80 miles inland in Washington (Paton and Ralph 1990, Huff et al. 2006, Pacific Seabird Group 2024a). The inland distribution in the Siskiyou Mountains portion of the species range (southern Oregon and northern California) is associated with the extent of the hemlock/tanoak (*Notholithocarpus densiflorus*) vegetation zone, which occurs up to 32 miles inland (Evans Mack et al. 2003). At the southernmost extent of the range, murrelets are restricted to the western slopes of the Santa Cruz Mountains (Halbert and Singer 2017).

Murrelets spend most (greater than 90 percent) of their time at sea. In addition to foraging, their activities in the marine environment include preening, social behaviors, loafing, and molting. Their preferred marine habitat includes nearshore waters, although they occur farther offshore in some locations and during the non-breeding season (Huff et al. 2006). Murrelet distribution at sea appears to be influenced by multiple factors, including distance to shore, shoreline type, proximity to river mouths, amount and intactness of nearby nesting habitat, water depth, water temperature, salinity, and presence of zooplankton (Raphael et al. 2015, Lorenz et al. 2016, Raphael et al. 2016, Pastran and Lank 2021, Garcia-Heras et al. 2024). Murrelet marine habitat use during the non-breeding season is less well known, but the species is present near breeding sites year-round in most areas (Nelson 1997). The inland nesting distribution of murrelets is strongly associated with the presence of mature and old-growth conifer forests.




Figure 2. Marbled murrelet Conservation Zones as established in the Recovery Plan (Service 1997). Figure from Service (2024b).

Threats

Threats to murrelets include the loss of nesting habitat and loss of prey due to changing ocean conditions, including changes attributable to climate change. Murrelet nesting habitat develops over hundreds of years as trees mature and develop platforms large enough to support an egg and incubating adult. Large, mature trees with nesting platforms are lost primarily to timber harvest, and may be damaged or lost to wildfire, detrimental insect and disease outbreaks, and salvage logging, and these impacts that may be attributable to or exacerbated by climate change. Habitat fragmentation that creates forest openings adjacent to murrelet nesting areas can increase predation and exposure for nesting murrelets. Species in the family Corvidae (corvids), including Steller's jays (*Cyanocitta stelleri*) and common raven (*Corvus corax*), are major nest predators for murrelet that thrive in edge habitats. Edge effects to nesting murrelet habitat are most notable

up to 164 feet and may be detectable as much as 427 feet from a forest edge (Burger et al. 2004). Forest edges may be created by all the disturbances previously mentioned. Changing ocean conditions are affecting the distribution and abundance of prey species. As ocean conditions continue to shift, prey species may move into more suitable conditions, further from murrelet nesting areas. The increased energetic costs of foraging and commuting could limit murrelet productivity over time.

Recovery

The recovery criteria for murrelet are stable or increasing murrelet population demographics for at least 10 years in four of the six Conservation Zones, and management commitments that include protection and monitoring for a period of at least 50 years in all Conservation Zones (Service 1997). Neither recovery criteria have been met, although murrelet populations in both Conservation Zones 3 and 4 are increasing and there is extensive monitoring and habitat protections now in place for the murrelet (Service 2024b). There are also seven Recovery Actions identified in the Recovery Plan, several of which have been achieved (Service 1997). The recovery strategy for murrelet is to protect habitat on federal and non-federal lands (including the use of habitat conservation plans), decrease or eliminate threats, conduct research and monitoring, and update and revise the recovery plan (Service 1997).

*Coastal Marten*

For the most recent comprehensive assessment of the species' range wide status, please refer to the Pacific Marten, Coastal Distinct Population Segment 5-Year Review: Evaluation and Summary (Service 2026a) and the Species Status Assessment for the Coastal DPS of Pacific Marten (*Martes caurina*) Version 3.0 (Service 2026b), which are incorporated by reference. No change in the species' listing status was recommended in this 5-year review. Threats evaluated during that review and discussed in the final document have continued to act on the species since the 2026 5-year review was finalized, with loss of habitat from catastrophic wildfire being the most significant effect. While there have been continued losses of coastal marten habitat throughout its range, to date no project has proposed a level of effects for which the Service has issued a biological opinion of jeopardy for the species. In some instances, information about coastal marten is inferred from research on American (*M. americana*) and Pacific martens (*M. caurina*).

Reproduction

Studies drawn from both Pacific and American martens demonstrate that marten select habitat at four primary spatial scales: micro-habitat, stand, home range, and landscape scales. At the micro–habitat scale, martens select specific structures to use for foraging or resting, such as large logs, which they run along searching for prey, or cavities in snags that provide thermal benefits (Taylor 1993) and reduce predation risk while resting. At the stand-scale, martens select stands with adequate structural features that provide for one or more life-history requirements (e.g., prey populations, foraging structures, and resting structures) (Slauson et al. 2007). At the home-range scale, martens position their home ranges to include enough habitat of sufficient quality to provide for year-round life history needs (e.g., seasonal prey bases, den sites) and access to mates, while avoiding overlap of home ranges with same-sex individuals (Katnik et al. 1994, Powell 1994). At the landscape-scale, dispersing individuals select suitable portions of the landscape that avoid overlap to reduce interspecific competition, with males seeking overlap

with females, possibly driving some metapopulation structure and connectivity between populations as a result of dispersing males settling where females currently reside (Johnson 2008, Hallerud 2025, pers. comm).

Coastal marten are likely polygamous like other North American marten species and females are responsible for kit rearing (Service 2026b). Females generally breed at approximately 15 months and give birth around two years old. Coastal marten females produce few young (average is 1.8 kits per litter) and have high energetic demands during lactation (Service 2026b). North American martens are considered dietary generalists; however, as mentioned above, their diet changes with seasonal prey availability, and during particular seasons they may become specialists on a few prey species (Zielinski et al. 1983, Martin 1994, Slauson and Zielinski 2017, Eriksson et al. 2019, Martin et al. 2025). North American martens require 15 to 25 percent of their body mass in prey daily to meet their metabolic requirements (Gilbert et al. 2009, Martin et al. 2020). Many of the key prey species of the coastal marten reach their highest densities in structurally-complex forest stands or in heterogenous younger forests, possibly due to the greater abundance of food for the marten's prey species (e.g., Hayes and Cross 1987, Carey 1991, Rosenberg et al. 1994, Carey and Johnson 1995, Waters and Zabel 1995, Smith et al. 2002, Luoma et al. 2003).

Abundance

Based on surveys and research conducted over the last two decades, there are at least 140 coastal marten throughout the range, though exact population numbers are unknown (Service 2026b). Some populations do not have population estimates, while research in other populations has identified specific individuals through genetic analysis (Service 2026b). Generally, the populations are thought to be small with some limited connectivity among some of the populations (Service 2026b).

Distribution

Coastal marten historically ranged throughout coastal Oregon and coastal northern California but have not recently been detected throughout much of the historical range, despite widespread surveys throughout the range (Service 2026b). The species currently exists in seven small and isolated population areas and is thought to be absent from the northern and southern ends of its historical range (Figure 3). North American martens, including coastal martens, are associated with heterogenous forests often found in heterogenous or otherwise structurally-complex forested areas of various ages (e.g., multi-layer canopy, dense shrub layer, large trees, snags, or logs). Coastal marten forests also often have a significant hardwood component, and a dense, spatially extensive shrub understory (Moriarty et al. 2019a, Moriarty et al. 2021). Coastal martens have also been located consistently in serpentine areas and younger forests, both of those characterized by structurally-complex features (e.g., high shrub cover in serpentine areas, retention of legacy trees and snags in younger forests) (Slauson et al. 2007, Gamblin 2019, Moriarty et al. 2019a).




Figure 3. The extant population areas identified in Service (2026b).

<u>Threats</u>

Major threats to coastal marten include catastrophic wildfire, habitat loss and fragmentation, and changing environmental conditions. High-severity and moderate-severity fires may eliminate structural features used by coastal marten prey and used by coastal martens for denning and resting (Innes et al. 2006). Such features include large, downed wood, snags, hollow trees, and trees with mistletoe brooms or other platforms. Vegetation management, such as timber harvest, thinning, fuels reduction, and habitat restoration, can result in temporary or permanent loss, degradation, or fragmentation of suitable coastal marten habitat. Changing environmental conditions includes altered fire regimes, spread of detrimental insects and diseases, and the resulting shifts in vegetation community recovery.

Recovery

The Service published a draft recovery plan for public review and comment in May 2026 (Service 2026c). There are four proposed recovery criteria related to the number and distribution of populations, habitat quality and abundance within the populations, connectivity and genetic health of the populations, and the populations are in resilient condition as described in the Species Status Assessment (Service 2026b, Service 2026c). There are also nine proposed recovery actions (Service 2026c). None of the recovery actions have been completed, although there is significant ongoing research intended to contribute to many of the recovery actions. One of the draft recovery criteria has been met (i.e., recovery criteria 1, seven extant population areas) however, none of these populations are sufficiently connected or resilient to be considered recovered. These draft recovery criteria and actions are likely to be revised before the recovery plan is finalized.

**Status of Critical Habitat**

The Status of Critical Habitat describes the range-wide condition of the critical habitat for the species. When discussing critical habitat, the phrases “primary constituent elements” (Elements) and “physical and biological features” (Features) are synonymous. Critical habitat rules published before February 11, 2016, used the term Element, while critical habitat rules published after that date use the term Feature. In cases where a critical habitat rule numbers Elements specifically (e.g., Element-1, Element 1), we will use the terms as defined in the critical habitat designation to avoid confusion.

*Marbled Murrelet Critical Habitat*

Murrelet critical habitat was designated in 1996 (61 FR 26257) and last revised in 2016 (81 FR 51348). An approximate total of 3,698,100 acres are designated in California, Oregon and Washington. The revised designation in 2016 did not alter the primary constituent elements established in earlier designations, and are as follows:

> Element 1: Individual trees with potential nesting platforms, and
>
> Element 2: Forested areas within 0.5 mile (0.8 kilometer) of individual trees with potential nesting platforms, and with a canopy height of at least one-half the site-potential tree height. This includes all such forest, regardless of contiguity.

Trees with nesting platforms are relatively rare in managed forests, but were likely more prevalent prior to widespread timber harvest that began in the mid-1800s. Nesting structures are typically found in old-growth and mature forests, but may be found in a variety of forest types including younger forests containing remnant large trees (81 FR 51368). Much of the designated critical habitat throughout the range of the murrelet is on federal or state lands (Table 5). The Service does not know to what extent primary constituent elements are still present in designated critical habitat. Some murrelet critical habitat has likely been damaged or destroyed by wildfire in recent years.

Table 5. Total acreage of marbled murrelet critical habitat by state and by ownership.

| State | Ownership | Acreage | Total |
|---|---|---|---|
| **Washington** | Federal<br>State<br>Private | 1,202,000<br>426,800<br>2,500 | **1,631,300** |
| **Oregon** | Federal<br>State<br>County<br>Private | 1,304,738<br>175,099<br>1,100<br>900 | **1,481,837** |
| **California** | Federal<br>State<br>County<br>City<br>Private | 321,092<br>210,300<br>8,000<br>1,000<br>44,600 | **584,992** |
| **Entire Designation** | Federal | | **2,827,830** |
| | State | | **812,199** |
| | County | | **9,100** |
| | City | | **1,100** |
| | Private | | **48,000** |
| **Total** | | | **3,698,129** |

The original designation identified the importance of habitat conservation plans for the conservation of murrelets. In the final rule designating critical habitat (61 FR 26257), the Service excluded critical habitat designations from areas with an in-effect incidental take permit and habitat conservation plan specifically for the conservation of murrelets, although there was only one habitat conservation plan that met that criteria in 1996. If murrelet critical habitat is revised in the future, it is possible that other areas could be excluded if there is a habitat conservation plan in place for the benefit of murrelets. While there have been some losses of critical habitat since the revised designation was published, there has not been a biological opinion issued that made a determination of destruction and adverse modification of murrelet critical habitat.

*Coastal Marten Critical Habitat*

Critical habitat for coastal marten was designated in 2024 (89 FR 46576). A total of 1,213,752 acres were designated across five units in Oregon and California. Most (98.9 percent) critical habitat was designated on federal and state lands, while only 13,008 acres of critical habitat is on local government, private or unidentified ownership (89 FR 46576). Coastal marten critical habitat includes forested habitat with extensive structure to provide foraging opportunities and protection from predators. The physical and biological features are below:

Feature 1: Habitat that supports a coastal marten home range by providing for breeding, denning, resting, or foraging. This habitat provides cover and shelter to facilitate thermoregulation and reduce predation risk, provides foraging sources for coastal marten prey, and provides structures that provide resting and denning sites. For cover and to support denning, resting, and foraging,

coastal martens require a dense forest overstory, dense understory development, and biologically complex structure that contains snags, logs, other decay elements, or other structures. Stands meeting the conditions for Feature 1 would also function as meeting Feature 2 (facilitating movement within and between coastal marten home ranges). Stands meeting the condition for Feature 1 contain each of the following three components:

1. Mature, conifer-dominated forest overstory. Overstory canopy cover provides protection to coastal martens from aerial and terrestrial predators, as well as shelter from physical elements such as sun or storms. It also is the general source of structural features that coastal martens use for denning and resting, and provides suitable coastal marten prey. Suitable overstory conditions vary depending on the productivity of the site as follows:

    a. For areas with relatively low productivity (e.g., areas where growing conditions are harsher, such as serpentine sites or coastal shore pine forests, compared to other areas), suitable forest overstory conditions are highly variable. They may contain a sparse conifer overstory, such as in some serpentine areas, or a dense conifer overstory composed mainly of trees smaller than the typical older forest conditions described below in (b)(i)(e.g., the dense shore pine overstory found in areas occupied by coastal marten along the Oregon coast) as well as those resting and denning structures necessary that are as of yet undescribed for some populations.

    b. For other areas with higher productivity, coastal martens tend to favor forest stands in the old-growth or late-mature seral stages. The specific forest composition and structure conditions found in higher productivity areas will vary by plant series and site class. Structural and composition descriptions of old-growth or late- mature seral stages for local plant community series should be used where available. In general, these stands exhibit high levels of canopy cover and structural diversity in the form of:

        i. A wide range of tree sizes, including trees with large diameter and height;

        ii. Deep, dense tree canopies with multiple canopy layers and irregular tree crowns;

        iii. High numbers of snags, including large-diameter snags; and

        iv. Abundant downed wood, including large logs, ideally in a variety of decay stages.

2. Dense, spatially extensive shrub layer. The shrub layer should be greater than 70 percent of the area, comprising mainly shade-tolerant, long-lived, mast- producing species (primarily ericaceous species such as salal, huckleberry, or rhododendron, as well as shrub oaks). An extensive layer of dense shrubs provides protection and cover from coastal marten predators. In addition, ericaceous and mast-producing shrubs provide forage for coastal marten prey.

3. Stands with structural features. Structural features that support denning or resting, such as large downed trees, rock piles with interstitial spaces, and large snags or live trees with decay elements or suitable resting structures (e.g., hollows and cavities, forked or broken tops, dead tops, brooms from mistletoe or other tree pathogens, or large platforms including abandoned nests). These features provide cover and thermal protection for kits and denning females, and for all animals when they are resting between foraging bouts. Hence, these features need to be distributed throughout a coastal marten's home range. They also tend to be among the largest structures in the stand. Many of these features, such as downed trees and snags or live trees with decayed elements, also support coastal marten prey.

Feature 2: Habitat that allows for movement within home ranges among stands that meet Feature 1, or supports individuals dispersing between home ranges. Habitat with Feature 2 includes:

1. Stands that meet all three conditions of Feature 1;

2. Forest stands that only meet the first two components of Feature 1 (mature, conifer-dominated forest overstory and a dense, spatially extensive shrub layer); or

3. Habitats with some lesser amounts of shrub, canopy, forest cover, or lesser amounts of smaller structural features as described in Feature 1, and while not meeting the definition of Feature 1, still provide forage and cover from predators that allow coastal martens to traverse the landscape to areas of higher quality habitat.

The extent or distribution of physical and biological features throughout the designation are not known. Some land management agencies (e.g., Six Rivers National Forest) have used habitat modeling techniques to estimate the spatial distribution and abundance of the physical and biological features. Some coastal marten critical habitat has been impacted by wildfires in the years since critical habitat was proposed in 2021 (86 FR 58831) and finalized in 2024 (89 FR 46576). While the extent of the physical and biological features of coastal marten critical habitat throughout the designation is uncertain, it is assumed that the designation is functioning in its capacity to secure the conservation of the species. Further, no biological opinion has been issued with a determination of destruction and adverse modification for coastal marten critical habitat.

**Environmental Baseline**

The implementing regulations for section 7(a)(2) (50 CFR 402.02) define the environmental baseline as "the condition of the listed species or its designated critical habitat in the action area, without the consequences to the listed species or designated critical habitat caused by the proposed action. The environmental baseline includes the past and present impacts of all Federal, State, or private actions and other human activities in the action area, the anticipated impacts of all proposed Federal projects in the action area that have already undergone formal or early section 7 consultation, and the impact of State or private actions which are contemporaneous with the consultation in process. The consequences to listed species or designated critical habitat from ongoing agency activities or existing agency facilities that are not within the agency's discretion to modify are part of the environmental baseline."

*Marbled Murrelet*

As discussed in earlier sections, there are two conservation plans on Green Diamond's ownership but marbled murrelet was not a Covered Species in either existing conservation plan. When implementing these existing plans, Green Diamond has followed a take avoidance strategy on a project-by-project basis in its Timber Harvest Plans and other operations. This project-by-project take avoidance required the identification of suitable habitat (e.g., trees with potential nest platforms), implementation of protocol-level surveys in suitable habitat, and the use of buffers around known or assumed occupied habitat.

Generally, take avoidance results in more areas of suitable habitat surveyed. If the protocol-level surveys are negative for two years, then these stands of suitable habitat may be harvested due to murrelet's absence. Any previously approved Timber Harvest Plans that consider murrelet and associated Department consultations using a take avoidance strategy will be valid until the Timber Harvest Plan expires. Green Diamond may choose to amend approved Timber Harvest Plans to include measures from the Murrelet Plan as allowed under the Forest Practice Rules. The existing conservation plans (i.e., Aquatic and Forest Plans) and timber plans will continue to function for the species covered in those plans; however, this Murrelet Plan and this Opinion supersede the previous intra-Service biological opinions for murrelet and the take avoidance strategy that Green Diamond has been implementing for murrelet.

Reproduction

Murrelets have been previously documented nesting in Occupied Reserves within the Action Area. Determining population levels and reproductive success for murrelets is very difficult in occupied stands, and known occupied stands are generally not surveyed following establishment. Murrelets require large trees for nesting and these may be old-growth trees or older second- and third growth trees within forest stands. These old-growth stands were unharvested or lightly harvested (i.e., selection harvest) in the past and are mainly comprised of exceptionally tall, large-diameter trees (Green Diamond 2026a). These stands occur primarily in northern Humboldt County and southern Del Norte County, but also in Maple Creek and Bald Mountain Creek watersheds in Humboldt County and comprise a total of approximately 771 acres and vary in size from 0.7 acres to 119 acres. Green Diamond occupied stands comprise approximately 1.1 percent of the old-growth forest habitat in the California portion of Conservation Zone 4 (i.e., Del Norte and Humboldt Counties).

Abundance

The most recent surveys for Conservation Zone 4, which includes the Action Area, occurred in 2023 and the population estimate is 6,400 murrelets, of which 4,400 individuals are within the California portion (McIver et al. 2025). While some murrelets certainly breed within the Action Area, most murrelets likely breed outside the Action Area in Humboldt and Del Norte County on federal, state and Tribal lands. There is no population estimate for murrelet breeding in the Action Area. Murrelets are difficult to detect at breeding sites (Pacific Seabird Group 2024a), and it is very difficult to determine occupancy at the tree level due to the height at which they nest, the size of the trees where they nest, and the cryptic coloration and behavior of the adults.

Distribution

The Action Area is within the southern end of Conservation Zone 4. The Action Area includes large areas of coastal forests, some of which are known to be occupied or have suitable nesting habitat for murrelets. Murrelets are known or assumed to nest in 30 redwood-dominated stands containing substantial old-growth characteristics, including residual old-growth trees and numerous platforms in the Plan Area (Green Diamond 2026a). From 2015 through 2022, Green Diamond implemented ground-based habitat assessments were conducted on more than 3,000 acres and approximately 1,600 acres were determined to be potential habitat. Of the approximately 1,600 acres of potential habitat, 628.6 acres received audio-visual surveys (Evan Mack et al. 2003) resulting in three additional stands considered potentially occupied by murrelets. There are likely additional occupied stands in the Eligible Plan Area. These stands occur primarily in northern Humboldt County and southern Del Norte County, but also in Maple Creek and Bald Mountain Creek watersheds in Humboldt County. Marginal Habitat and Suitable Habitat Reserves, where murrelets are expected to nest outside of Occupied Reserves, are present throughout the Action Area.

Threats

The primary threats to murrelet in the Action Area include the loss and fragmentation of habitat, predation, and changing environmental conditions that alter the availability and distribution of resources. There has been significant declines in old-growth forests in the Action Area compared with pre-colonization conditions. In California today, more than 95 percent of the original old-growth redwood forest has been logged, and 95 percent of the remaining old-growth is now in parks or reserves (Roa 2007). Forests in active timber production are typically managed in a rotation of 40 to 60 years. In this management strategy, the trees do not live long enough to develop the characteristics of old-growth trees including large, horizontal limbs with epiphytic growth that murrelets require for nesting. Timber harvest throughout the Action Area results in the loss of previously occupied or potential nesting trees, as well as creates forest edges that can both increase the extent of detrimental environmental conditions and increase predator populations along the edge. A number of predators are common along these forest edges (see Section 3 of the Murrelet Plan for more information), but corvids can be particularly impactful to nesting murrelets. Corvids may increase in abundance along a newly created edge as those areas tend to have high productivity, especially of plants such as huckleberry (*Vaccinium* species).

Wildfire has also been prevalent throughout the Action Area. Since 1908, a total of 209,973 acres of the Action Area have burned in a wildfire, though there is no specific information about the fire intensity or whether the burned areas were within murrelet habitat or not. In contrast, 724,269 acres outside of the Eligible Plan Area in Humboldt and Del Norte Counties have burned since 1990 (Green Diamond 2026c). At a more recent timescale, 40,430 acres of the Action Area have burned since 1990 while 559,343 acres outside the Action Area burned since 1990 (Green Diamond 2026c). When looking at the available fire history information, about 22 percent of the area burned since 1908 was within the Action Area; however, when focusing on the last 36 years, only about seven percent of the area burned has been within the Action Area. This is likely driven by the increased fire activity beginning in 2020 on the eastern edge of the counties, predominantly on federal lands outside the Action Area (Green Diamond 2026c).

<u>Recovery</u>
There are no specific recovery efforts within the Action Area at this time. Occupied habitat and take is avoided during CALFIRE-approved timber operations through the implementation of protocol-level surveys and through the establishment of no harvest areas and vegetative buffers in occupied or unsurveyed suitable habitat. Project-by-project take avoidance typically includes the protocol-level audio-visual surveys, protection of occupied habitat stands, and usually includes the implementation of 300-foot buffers around occupied habitat. However, project proponents in the Action Area may propose different take avoidance methods depending on site-specific characteristics.

*Coastal Marten*

Previous conservation plans do not include coastal marten. Instead, there are two conservation efforts for coastal marten with Green Diamond: a state Safe Harbor Agreement and a separate federal Memorandum of Understanding. The coastal marten is not a Covered Species in the Murrelet Plan as Green Diamond did not apply for a take permit given the species' 4(d) rule, State Safe Harbor Agreement and Federal Memorandum of Understanding. For this intra-Service biological opinion, the Service made a "may affect" determination for the coastal marten and has completed a jeopardy analysis. As such, coastal marten is included in the Opinion but is not part of the Murrelet Plan.

The Department and Green Diamond signed a state Safe Harbor Agreement for marten (Marten Agreement; Department and Green Diamond 2018) to provide a net conservation benefit to the marten. The state Safe Harbor Agreement and permit expire in 2057. The Service signed a Memorandum of Understanding (Marten Memorandum) with Green Diamond in 2020 to provide a framework for cooperation and encourage close coordination among the parties to support proactive conservation efforts for the coastal marten on timberlands owned and managed by Green Diamond in northern California (Service and Green Diamond 2020). Specifically, the Service considered in the Marten Memorandum that Green Diamond’s timberlands in northern California could be a potential release site for translocation of marten and habitat for expansion of the marten population and movement of marten among lands with different kinds of ownership. The Marten Agreement permit expires prior to the expiration of the proposed Murrelet Plan permit. The Service assumes Green Diamond will either seek a new permit for the coastal marten or will operate under a take avoidance strategy until the Murrelet Plan permit expires.

<u>Reproduction</u>
While coastal marten have not yet been documented denning on Green Diamond’s ownership because research is not targeting females during the breeding season, denning on the ownership or in the Action Area may be documented in the future. Suitable denning habitat is present throughout the Action Area and coastal marten could be denning, especially in the Northern Coastal California extant population area (Northern Population). Suitable denning habitat includes snags, downed logs, and other areas that offer thermoregulation and protection for the kits. It is possible that female coastal marten could incorporate slash piles into their home ranges in the future if microhabitat conditions are correct, and there is ongoing research pursuant to the Marten Agreement, Marten Memorandum, and other research efforts to determine how coastal marten may use even-aged timberlands for denning and resting.

Abundance

The Maple Creek California extant population area (Maple Creek Population) is the southernmost population of coastal marten and is almost entirely on Green Diamond property (Service 2026b). It is thought that this population was established relatively recently as surveys for fisher have been ongoing for many years without detecting coastal marten (Service 2026b). As a recently established population, there have been very few individuals detected (n=6) and there is evidence of some connectivity with the Northern Population (Hallerud et al. 2026). The most recent population estimate for the Northern Population is 111 coastal marten (Anderson 2025) with some areas within the population area supporting a higher density than others (Anderson et al. 2025).

Distribution

The Action Area includes two populations of coastal marten as defined in Service (2026b). These two areas are the Northern Population and the Maple Creek Population. The Northern Population has been well-studied since the population was rediscovered in 1996 (Service 2026b). The Northern Population has the largest occupied area of any of the populations with many ownerships, including federal, Tribal and private. The Maple Creek Population was recently described based on an increase in detections across Green Diamond's ownership. This population occupies just 47 square miles in coastal California northeast of Trinidad, California.

Threats

The primary threat to coastal marten in the Action Area is the loss and fragmentation of suitable habitat from both timber harvest and wildfire. The Northern Population has been impacted by wildfire in recent years with the largest impacts coming from the Slater Fire (2020) and Smith River Complex (2023). Overall recent fires have burned a substantial portion of the population area, some at high severity (Service 2026b). As mentioned for murrelet, much of the impact from wildfires in the last 36 years has been outside the Action Area primarily on federal lands.

Recovery

Both the Marten Agreement and Marten Memorandum are conservation documents that outline measures to provide conservation benefit to marten including the creation of an approximately 127,200-acre Marten Special Management Zone near known-occupied marten sites off property, implementation of green tree and snag retention guidelines, management and retention of downed woody debris for possible denning sites, and management of slash piles for possible denning sites (Department and Green Diamond 2018, Service and Green Diamond 2020). In addition to the prescriptions from these conservation agreements, Green Diamond supports research and conducts monitoring in the Plan Area to support coastal marten recovery.

*Marbled Murrelet Critical Habitat*

There are several units and subunits of murrelet critical habitat in northern California, and several are adjacent to Green Diamond's ownership (81 FR 51384). In the original designation of murrelet critical habitat (61 FR 26257), only specific ownerships (i.e., federal, state or private) were designated within each unit and subunit of critical habitat. In northern California, only critical habitat subunit CA-03-a is designated on private lands. While there are areas of other subunits that border Green Diamond lands, any areas purported of overlap are considered mapping errors and are not part of the designation.

Subunit CA-03-a overlaps both Green Diamond's current ownership, as well as part of the Adjustment Area. A total of 1,400 acres is within Green Diamond's Plan Area in the Salmon Creek area, and an additional 31,255 acres are in the Adjustment Area for a total of 32,655 acres of murrelet critical habitat in the Action Area. The critical habitat within the Plan Area was assessed in September 2025 (McIver 2025, pers. comm.) and Element 2 was determined to be present throughout the area. No trees supporting nesting platforms (Element 1) were found within Green Diamond's ownership but are present in the designation on the adjacent Headwaters Preserve managed by the Bureau of Land Management. The other 31,255 acres of critical habitat could support one or both primary constituent elements depending on past forest management. If Green Diamond acquires additional areas in murrelet critical habitat, Green Diamond will evaluate the habitat pursuant to the process described in Section 6.4.7 of the Murrelet Plan.

*Coastal Marten Critical Habitat*

The Action Area is within the area of coastal marten critical habitat unit 5 (Klamath Mountains Unit; Unit 5) in Del Norte and Humboldt Counties. Most of Unit 5 is on federal lands, predominantly managed by Six Rivers National Forest in northwestern California. Further, Green Diamond's ownership was excluded from the final designation of critical habitat (89 FR 46576). However, a total of 13,008 acres of Unit 5 are on local government, private or undefined ownerships. Some of this area may be within the Action Area for this consultation, and it is unknown to what extent the two Features may be present. Some areas of coastal marten designated critical habitat within the Action Area may be purchased by Green Diamond during the proposed Permit Term. Due to the uncertainty of future land purchases, the Service considers that all 13,008 acres could be purchased and added to the Murrelet Plan, and that these areas within the designation support both physical and biological features.

*Climate Change*

Climate change is a multi-dimensional threat that impacts both the terrestrial and marine environments. Changes in environmental conditions can occur in both short and long timeframes and at local, regional and global scales. While there is annual variation in conditions such as temperature and precipitation, variation may be on longer time scales like the Pacific Decadal Oscillation or over the course of hundreds of years. These changing environmental conditions impact both the terrestrial and marine environments within and outside the Action Area. Within the Action Area, observed and projected changes in climate include increases in air and sea surface temperature, precipitation seasonality changes, increases in frequency and intensity of extreme rainfall events (Mote and Salathé 2010, Salathé et al. 2010, Mauger et al. 2015). These changes in environmental conditions driven by climate change may result in changes to habitat, species abundance distribution, and increased exposure to other threats such as wildfire and disease.

Terrestrial Environment

Global mean surface temperature is projected to increase from 0.3 to 0.7 ºC (0.5 to 1.3 ºF) over the period 2016-2035. Beyond 2035, the projections diverge substantially depending on which emissions scenario is modeled (a range of greenhouse gas emissions are represented in the literature ranging from a stringent emissions mitigation scenario to very high emissions amounts)

(Intergovernmental Panel on Climate Change [IPCC] 2014). Consequently, the level of confidence in the model projections drops substantially after 2035.

The Pacific Northwest has already experienced widespread trends in seasonal warming between 1920 and 2012 (Abatzoglou et al. 2014) as well as increasing trends in extreme heat events in June and July (Oswald and Rood 2014). Warming air temperatures are expected to continue, with the mid-21st century projected to be approximately 2.2 to 3.3°C (4 to 6°F) warmer than the late 20th century (Mauger et al. 2015, United States Global Change Research Program [USGCRP] 2017). Summer temperatures are projected to increase more than winter temperatures (Mote and Salathé 2010, Salathé et al. 2010, Cayan et al. 2012, Pierce et al. 2013a). In addition, heat waves are projected to increase in frequency, intensity and duration, especially under higher-emissions scenarios (Hayhoe et al. 2004, Tebaldi et al. 2006, Salathé et al. 2010, Cayan et al. 2012, Pierce et al. 2013a, Dalton et al. 2017).

Future precipitation trends vary considerably (Pierce et al. 2013b), but it is projected that rainfall will increase in the northern Pacific Northwest with an overall drying trend in California (Hayhoe et al. 2004, Christensen et al. 2007, Littell et al. 2011, Dalton et al. 2017). Precipitation is likely to decrease in the summer across the Pacific Northwest, and is projected to increase during the winter (Mote and Salathé 2010, Halofsky et al. 2011, Cayan et al. 2012, Pierce et al. 2013a, Dalton et al. 2017). In addition to changes in the timing of precipitation, the type of winter precipitation is also projected to shift. Currently the Klamath Mountains within and to the east of the Action Area are in the snow-rain transition zone but the Klamath Mountains are projected to become rain dominated by 2050 (Dalton et al. 2017). Further, increases in winter temperatures have resulted in substantial losses of snowpack (Salathé et al. 2010) and subsequent water deficits in the summer (Abatzoglou et al. 2014). Loss of snowpack will influence the hydrological regime, affecting water availability in the local environment within the Action Area (Dalton et al. 2017).

Furthermore, a decline in the frequency of summer fog has been inferred based on trends of maximum land temperature and its association with fog (Johnstone and Dawson 2010). Projecting change in the number of fog hours as a result of air and land temperature changes is difficult with many uncertainties, but research along the central California coast indicates that fog hours in Marin County are expected to decrease (Rogers 2016). It is unknown whether fog hours will change in northern California in the Action Area. A reduction in summer fog is expected to inhibit vegetation growth in coastal forests.

Overall, summers are expected to be warmer and drier, and extreme heat and precipitation events caused by climate change are projected to be more frequent. The warmer and drier conditions are expected to increase the frequency and intensity of wildfires. Warmer and drier summers over the past decades have created drier fuel conditions in forests in the western United States, resulting in more frequent and larger fires, increased area burned, and longer fire seasons (Abatzoglou and Williams 2016). Longer fire seasons are a result of declining snowpack, earlier snowmelt, and changing weather patterns over the Pacific Ocean (Sheehan et al. 2015, Dalton et al. 2017). The mean fire return intervals for the Coast Range and the Klamath Mountains are expected to decrease from 81 to 47 and 37 years, respectively (Sheehan et al. 2015).

In addition to the projected increase in wildfire, warmer temperatures and more frequent drought is expected to increase tree susceptibility to disease and insects. Due to the increased susceptibility, large and severe outbreaks of insects and disease are expected to become more frequent and widespread, potentially damaging large areas of forests.

These various stressors are expected to result in changes to vegetation communities. Forested habitats in the Pacific Northwest are affected by climate change mainly through changes in disturbances, including drought mortality, wildfire, insects, and tree diseases. With changing environments, the new vegetation that becomes established after disturbance may differ from what was in the original stand. For example, conifer forests in the Klamath-Siskiyou region on the eastern side of the Action Area that burn in a wildfire under warmer and drier conditions may be replaced by shrublands or grasslands because there is not enough water to support tree growth (Lenihan et al. 2008). While these changes are already documented throughout dry forests (e.g., Lenihan et al. 2008), moist forests like those in most of the Action Area are experiencing smaller-scale effects of habitat conversion (Buotte et al. 2018), although coast redwood forests in northwestern California are more resistant to drought (Brodrick et al. 2019).

In addition to habitat conversion following large-scale environmental disturbances, changing environmental conditions may also diminish habitat features like canopy closure and epiphyte cover on tree branches (Aubrey et al. 2013). Generally throughout the Pacific Northwest, drought is associated with Douglas fir canopy declines which can be observed in satellite imagery (Bell et al. 2018). Forest edge environments can experience higher temperatures and solar radiation, lower humidity, stronger winds, and more variable microclimate compared with interior forest (van Rooyen et al. 2011). Epiphytes such as mosses demonstrate reduced growth in edge habitat due to these microclimate edge effects (van Rooyen et al. 2011), and these epiphytes are important for creating murrelet nesting platforms on branches. As edge habitat increases, epiphyte cover is thought to decrease, and future decreases in epiphytes due to high temperatures and low summer precipitation will exacerbate edge effects from timber harvest (van Rooyen et al. 2011).

Marine Changes

Physical changes in ocean conditions resulting from climate change ultimately lead to altered forage conditions (i.e., prey availability, abundance, and quality) for murrelets, which can negatively impact reproductive success, fitness, and survival. These demographic indicators are further impacted by the increased exposure and vulnerability of murrelets to harmful algal blooms and other diseases. The primary changes to ocean conditions include increasing sea surface temperatures; increasing frequency, severity, and duration of marine heatwaves; increasing ocean acidification; rising sea levels; and changes in primary productivity.

Sea surface temperatures are also expected to continue increasing during the permit term, with projections between 1.2° C (2.2° F) and 3° C (5.4° F) for the Pacific Coast between the late 20th century and mid- or late-21st century (Mote and Salathé 2010, Riche et al. 2014, USGCRP 2017). Temperature and precipitation changes affect water circulation, oxygen content, acidity, and nutrient availability. These changes, in turn, affect organisms throughout the marine food web. For top predators, prey abundance, quality, and availability are all likely to be affected by these ocean changes. Increased storminess can also impact energy expenditure and survival of seabirds.

The climate models used to project future trends in temperature and precipitation also account for naturally occurring climate cycles, such as the El Niño Southern Oscillation and the Pacific Decadal Oscillation (IPCC 2014). These oscillations have relatively warm coastal water and warm, dry winter conditions during a "positive" warm phase, followed by cooler coastal water and cooler, wetter winter conditions during the cool "negative" phase (Moore et al. 2008). The projected overall warming trend combined with these existing cycles means that temperatures during a cool phase will be less cool than they would be without climate change, and warm phases will be warmer. Climate change may also alter the patterns of these oscillations, for example, by shortening the cycle length of the Pacific Decadal Oscillation (Zhang and Delworth 2016).

The California Current, adjacent to the Action Area, is strongly influenced by upwelling. Upwelling along the West Coast leads to an influx of cold waters rich in nutrients such as nitrates, phosphates, and silicates, but that are also acidic and low in dissolved oxygen (Krembs 2013, Sutton et al. 2013, Johannessen et al. 2014, Riche et al. 2014). Trends and projections for the future of upwelling in the California Current are variable (Macias et al. 2012, Wang et al. 2015, Taboada et al. 2019).

The increasing carbon dioxide emissions responsible for rising temperatures are also responsible for ocean acidification, which results when carbon dioxide in the air dissolves in surface water (IPCC 2014). Both the surface and upwelled waters of the North Pacific Ocean have become more acidic due to carbon dioxide emissions (Feely et al. 2008, Murray et al. 2015) Any increase in upwelling intensity or changes in seasonality would respectively increase acidification or change the timing of pH changes.

Another aspect of ocean conditions that is changing is sea level, which is rising at many coastal locations (Dalrymple et al. 2012, Mauger et al. 2015) and is likely to continue to do so into the future (Mote et al. 2008, Bromirski et al. 2011, Dalrymple et al. 2012, Mauger et al. 2015, Petersen et al. 2015). In near-shore ecosystems, sea level rise can lead to larger areas of suitable depth for eelgrass (*Zostera marina*) meadows, increasing eelgrass cover, biomass, and net primary production in some areas during the next 20 years (Kairis 2008). Sea level rise, alongside changes in temperature, marine heatwaves, nutrient levels, and acidification, likely affects primary productivity by phytoplankton, macroalgae, kelp, eelgrass, and other marine photosynthesizers (Mauger et al. 2015, IPCC 2019). In general, warmer temperatures, and higher nutrient levels lead to greater productivity (Thom 1996, Newton and van Voorhis 2002, Gao and Campbell 2014, Roberts et al. 2014, Nagelkerken and Connell 2015), but these effects vary by species and other environmental conditions, such as sunlight levels or the ratios of different nutrients (Low-Decarie et al. 2011, Krembs 2013, Kroeker et al. 2014, Gao and Campbell 2014).

Changing physical conditions, such as increasing temperatures, hypoxia, or acidification, have direct effects on some prey species and subsequently their competitors and consumers (Mackas et al. 2007). During the Pacific marine heatwave of 2014 to 2016, the abundance and nutritional quality of forage fishes on the continental shelf, including capelin (*Mallotus catervarius*), Pacific sand lance (*Ammodytes personatus*), and Pacific herring (*Clupea pallasii*), decreased during and after this heatwave (Arimitsu et al. 2021, Cushing et al. 2023). Fish growth and body composition may also be sensitive to sea surface temperature; for example, one-year-old sand lance were dramatically smaller and less energy-dense during warm water years (2014 to 2016)

than during the immediately preceding cool years (2012 to 2013) (von Biela et al. 2019, Robinson et al. 2023).

In the northeastern Pacific Ocean, capelin, Pacific sand lance, and rockfish (*Sebastes* spp.) abundance are all negatively correlated with seasonal sea surface temperatures (Thayer et al. 2008). However, it is important to note that changes in forage fish biomass are likely to vary by species and may be related to overfishing and loss of spawning habitat as well. In California, Pacific herring stocks continue to fluctuate (Department 2016), northern anchovy were very abundant in 2021 (Kuriyama et al. 2021, Thompson et al. 2022), and we have no information on surf smelt and Pacific sand lance status. A model of multiple ocean changes, like acidification and deoxygenation, in the Northeast Pacific consistently projects future declines in small pelagic fish abundance (Ainsworth et al. 2011).

Altered foraging conditions such as low prey availability, abundance, and quality can result in reduced reproductive success as well as starvation. Although studies are not available that directly project the effects of marine climate change on murrelets, several studies have been conducted within and outside the listed range regarding ocean conditions and murrelet behavior and fitness. The relationships between ocean conditions, prey species, and bird demography is variable; however, the consistent demonstration of such relationships indicates that alcids as a group are sensitive to climate-related changes in prey availability, abundance, and quality (Hyrenbach and Veit 2003, Hedd et al. 2006). Furthermore, adult murrelets may suffer starvation in extreme warm-water conditions, as occurred with common murres during the marine heatwave of 2014 to 2016, which was likely caused by a combination of reductions in forage fish nutritional content and increases in competition with large piscivorous fish (Piatt et al. 2020, Cushing et al. 2023).

Climate variations may expose adult and juvenile murrelets to health risks from harmful algal blooms and disease, which will likely increase in frequency and intensity as the ocean continues to be impacted by the changing climate (Chan et al. 2016, Alava et al. 2018). While harmful algal blooms may not constitute a population-level threat on their own, they are included as one of the many ways climate change is impacting the species. Harmful algal blooms can result in the direct mortality or reduced fitness of murrelets, as well as a decreased quality of marine foraging habitat, across the listed range. Harmful algal bloom events have caused a proteinaceous foam to coat the feathers of molting alcids, ultimately resulting in hypothermia (Jessup et al. 2009, Phillips et al. 2011), and harmful algal bloom-inflicted mortalities to fish can degrade habitat quality through altered food webs (Lopez et al. 2008). Mortality from harmful algal blooms can be very difficult to track; murrelets have rarely been specifically identified in such events. Harmful algal bloom-related domoic acid poisoning has been documented as the cause of death in two adult murrelets (Peery et al. 2006). It is reasonable to expect that more murrelets have been impacted by harmful algal blooms than have been documented, based on the available information for other alcid species. Nestling mortalities from harmful algal bloom-related paralytic shellfish poisoning have been documented in Kittlitz's murrelet (*Brachyramphus brevirostris*), a closely related species (Shearn-Bochsler et al. 2014, Lawonn et al. 2018,), and suspected in marbled murrelet (Lorenz et al. 2019).

*Past Consultations in the Action Area*

As mentioned previously, the Service has consulted on the issuance of two previous section 10(a) permits to Green Diamond, discussed in more detail in the introductory section Previous Conservation Plans. The conference and biological opinions for those plans are incorporated into this document by reference in their entireties, except for the respective determinations for murrelet that were based on different management practices (i.e., take avoidance) that will be changed with issuance of the Murrelet Plan permit.

From February 1996 through June 2025, the Service conducted 193 consultations with eight federal agencies on actions that affected murrelets in Humboldt and Del Norte Counties (Table 6). Fifty of these consultations occurred with five federal agencies for actions that directly affected murrelet terrestrial habitat through fire suppression, fuels hazard reduction, hazard tree removal, prescribed burning, timber sale, timber salvage and thinning. However, the Action Area does not include federal lands and therefore the consultations listed below are predominantly outside the Action Area. It is possible that some consultations, such as those for the Federal Emergency Management Agency or Federal Highway Administration, may be within the Action Area, though likely outside timber management areas. To the degree that these consultations overlap with lands within the Action Area, they are considered part of the environmental baseline.

Table 6. Formal and informal consultations in or adjacent to the Action Area from 1996 to 2025.

| Federal Agency | Formal Consultation | Informal Consultation |
|---|---|---|
| U.S. Army Corps of Engineers | 3 | 8 |
| Bureau of Indian Affairs | 6 | 4 |
| Bureau of Land Management | 5 | 19 |
| Federal Emergency Management Agency | 1 | 0 |
| Federal Highway Administration | 9 | 32 |
| U.S. Forest Service | 10 | 42 |
| Redwood National and State Parks | 24 | 29 |
| U.S. Fish and Wildlife Service | 3 | 0 |
| **Total** | **59** | **134** |

## Effects of the Action

The implementing regulations for section 7(a)(2) define effects of the action as “the direct and indirect effects of an action on the species or critical habitat, together with the effects of other activities that are interrelated or interdependent with that action, that will be added to the environmental baseline. The environmental baseline includes the past and present impacts of all Federal, State, or private actions and other human activities in the action area, the anticipated impacts of all proposed Federal projects in the action area that have already undergone formal or early section 7 consultation, and the impact of State or private actions which are contemporaneous with the consultation in process. Indirect effects are those that are caused by the proposed action and are later in time, but still are reasonably certain to occur. Interrelated actions are those that are part of a larger action and depend on the larger action for their

justification. Interdependent actions are those that have no independent utility apart from the action under consideration" (50 CFR 402.02).

In conducting this analysis, we have considered factors such as previous consultations, Federal Register rules, state regulations, 5-year reviews, conservation agreements, published scientific studies and literature, professional expertise of Service personnel, information obtained from other academic researchers or experts particularly dealing with aspects directly related to the sensitive species involved, species threats assessments, or other related documents. We have also determined that certain effects are not caused by the proposed action, such as the increase or spread of disease, poaching, or collecting, because they are so remote in time, or geographically remote, or separated by a lengthy causal chain, so as to make those indirect effects not reasonably certain to occur.

The Covered Activity Equipment Repair could happen at any time throughout the Permit Term and Action Area and is specific to emergency repairs not performed in Green Diamond's maintenance yards. This Covered Activity may increase noise and disturbance in a small area in the immediate vicinity of where the repair is occurring and could affect any nearby species. However, the effect of this Covered Activity on murrelet and coastal marten is expected to be insignificant due to the short-term and episodic increases in noise and disturbance, the implementation of best management practices, and the anticipated rarity of this during the Permit Term. Due to this, this Covered Activity is not discussed further.

*Marbled Murrelet*

<u>Injury and Mortality</u>
Murrelets may be injured or killed when occupied nest trees are felled (i.e., removed) during timber harvest, thinning operations, salvage of dead or dying trees, road construction, road maintenance, rock pit development and selection harvest within Buffers. Single-tree selection in Buffers will not result in injury or mortality of eggs, chicks, or adults because Green Diamond will only implement approved treatments during the non-breeding season. During the non-breeding season, there are no vulnerable murrelet eggs and chicks in the forested habitats of the Action Area, and adult murrelets are expected to be out at sea. In contrast, during the breeding season, murrelet eggs and chicks are most vulnerable to injury and death from the removal of occupied trees because they cannot escape and will fall with the nest tree, and will either die from impact or be crushed by heavy machinery. Specific to this Murrelet Plan, the probability of a pair of murrelets nesting in modeled Unsuitable Habitat is unanticipated. Additionally, given the low probability of occupancy in modeled Marginal Habitat, direct injury or mortality of murrelets is highly unlikely. These types of mortality events are not expected to occur in the Occupied Reserves and Suitable Habitat Reserves because both reserve types are protected from timber harvest for the duration of the Permit Term.

Adults may also be injured or killed if they fail to flush from a nest site during timber felling and are injured or killed by the fall or crushed by heavy machinery. Mortality of adults is not expected in Occupied Reserves and Suitable Habitat Reserves because Green Diamond has committed to harvest restrictions within both types of Reserves. Murrelet chicks and adults may be injured, and eggs may be abandoned or destroyed, by blasting at rock pits if they are nesting near an active rock pit. Murrelets would need to nest close enough to the rock pit such that the

blasting exceeds 90 decibels (dB) to harass or potentially injure (Service 2020). In context, rock blasting has a reported decibel level of 112 dB at 50 feet from the blast site (Service 2020). Even at greater distances, eggs or chicks may be injured if the adult flushes suddenly and knocks the egg or chick during takeoff. If adult murrelets are repeatedly flushed from a nest from any noise disturbance, eggs may fail to develop and both eggs and chicks may die from exposure if adult murrelets are unable to incubate due to the repeated startle responses.

The injury and mortality (i.e., direct take) is expected from Covered Activities that remove occupied nest trees. However, if an active nest is found during Covered Activity implementation, Green Diamond will protect the nest to allow the chick to fledge. Specifically, Green Diamond included the following minimization measure:

> If an active marbled murrelet nest is discovered during operations, operations within 0.25 mile of the nest will be suspended until after the breeding season (September 15) or until a qualified wildlife biologist has determined that the nest has failed or the young have fledged. This minimization measure will reduce effects to nesting murrelets.

<u>Disturbance</u>
All Covered Activities, monitoring, and single-tree selection harvest within Buffers generate noise and visual disturbance. Disturbance may disrupt murrelet behaviors depending on the frequency and intensity of disturbance. The Action Area has a diverse range of ambient noise and baseline visual disturbance. Some areas, adjacent to areas of development or major highways such as U.S. Highway 101, have higher levels of ambient noise due to traffic and other anthropogenic sources of noise (Service 2020). Murrelets nesting in and around the Action Area may be acclimated to some noise disturbance, especially traffic noise along existing major roadways. These roads have been in place for many decades, yet murrelets continue to nest in stands adjacent to these roads. However, murrelet nesting in proximity to roads could be a result of lack of suitable nesting habitat rather than ambivalence to noise disturbance. Timber roads throughout the Action Area generally experience less traffic because they are closed to the public. However, hauling trucks can be particularly loud, especially when braking (e.g., 94 to 97 dB at 50 feet; Service 2020). To minimize the impact of noise on murrelet and other species, Green Diamond requires speed restrictions and braking restrictions in areas with sensitive receptors, such as near murrelet Occupied Reserves (Green Diamond 2026a).

Disturbance above ambient conditions may disrupt murrelet behaviors, especially incubation and feeding chicks. Murrelet response to disturbance may be limited to alert postures or flinching but could include more detrimental responses such as flushing or aborting feeding attempts. Many Covered Activities require heavy machinery (e.g., hauling trucks and skidders) that generate noise up to approximately 95 dB (Service 2020). Sound attenuates depending on factors such as distance, vegetation and topography, so the distance in which nesting murrelets are exposed to high levels of noise will vary based on the equipment used, distance between the nest and activity, vegetation, and topography. Additionally, noise generated from Green Diamond's activities under this Murrelet Plan during the early breeding season (i.e., March through approximately May) could disrupt breeding murrelet pairs searching for nest sites or in early incubation near the operations.

Nesting murrelets may also be impacted by smoke from nearby prescribed fire implemented by Green Diamond for site preparation or fuels management. Dense and persistent smoke may impair the health of murrelets and could impair breeding behaviors such as incubation and feeding attempts. Persistent, dense smoke is not expected during Green Diamond's operations because Green Diamond follows federal and state air quality regulations and obtains required authorizations as needed. These regulations and procedures ensure any prescribed fire is implemented during appropriate atmospheric conditions, including allowing smoke dispersal. While some effects are possible on individual murrelets, smoke from Green Diamond's activities is not expected to be pervasive or sustained such that it would result in the injury or mortality of murrelets. However, smoke could cause short-term health impacts or behavioral changes in murrelets. These impacts could limit productivity if severe enough.

Habitat Modification
The loss, modification and fragmentation of nesting habitat reduces nest site availability and displaces murrelets with nest site fidelity, and can have several impacts on murrelets, including nest site abandonment, delayed breeding, failure to initiate breeding in subsequent years, and failed breeding due to increased predation risk at a marginal nesting location (Divoky and Horton 1995, Raphael et al. 2002). Murrelets do not breed every year even without the loss of a previous nest site, and a annual nesting probability of 0.7 (Peery et al. 2004, Hebert and Golightly 2006) was used in the Murrelet Plan. These outcomes reduce nesting success, which ultimately influences recruitment of juvenile birds into the local population (Raphael et al. 2002). As the total amount of murrelet habitat declines, the remaining habitat becomes more fragmented. The proportion of murrelet habitat comprising hard edges (forest bordered by non-forested areas or very young forest) increased by 11 percent between 1988 and 2017, from 0.175 to 0.195 (Valente et al. 2023). Murrelet inland detections, nest sites, and at sea distributions are negatively associated with broad-scale fragmentation (Valente et al. 2023).

Many of the Covered Activities will result in short- and long-term changes to forests. A few activities, such as road construction and rock pit development, will result in the permanent or long-term removal of habitat. Other Covered Activities like thinning, timber harvest and replanting will result in shorter-term changes to murrelet habitat, although habitat that is removed by timber harvest (i.e., greater than 50 years old) will not be replaced within the Permit Term at the location of the harvest. The edge that is created from harvested areas adjacent to retained habitat may have reduced suitability over the short term, but adjacent stands will regenerate, and edge effects are ameliorated within the Permit Term due to this regeneration. Changes in the vegetation cover in response to changing environmental conditions could exacerbate these effects from timber harvest and other Covered Activities. Green Diamond has requested incidental take resulting from the harvest of 10,232 acres of Marginal Habitat. Green Diamond may harvest suitable or occupied nest trees such that those trees are no longer available for future nesting attempts and may create openings in the forest such that murrelet no longer nest in remaining suitable nest trees. This loss of habitat is not necessarily permanent because Green Diamond replants harvested areas as part of its regeneration practices, however it does take many decades for habitat to develop, and it can take centuries for high-quality nesting habitat to form.

Murrelets have high fidelity to nest trees that are rare in the Action Area, but have some plasticity and may seek out new nest locations. Murrelet pairs may skip one or more breeding

seasons prior to finding a new nesting location. This impact may reduce murrelet productivity in the Action Area. However, murrelet occupancy is considered to be very low in Marginal Habitat (Green Diamond 2026a) and the highest quality nesting habitat will be protected as mitigation within the Suitable Habitat Reserves. Further, the conservation of the highest quality occupied habitat within the Occupied Reserves will also benefit murrelet populations. While the loss of previously occupied nest trees will occur during the Permit Term, it is expected to affect a small number of murrelet breeding in Marginal Habitat.

Green Diamond's operations will indirectly effect murrelet habitat through increased creation of forest edges. First, a decrease in suitable nesting platforms may occur from changes in microclimate that alter temperature and moisture regimes as a result of removal of forest (Suitable Habitat Reserves and Marginal Habitat) adjacent to nesting habitat (van Rooyen et al. 2011). Second, windthrow is likely to increase in stands adjacent to even-aged timber harvest stands in the years after timber harvest. Windthrow may kill or damage remaining nest trees and could increase the exposure of remaining nest sites to adverse weather impacts, such as wind and rain. The windthrow of occupied nest trees could result in the injury or death of murrelet eggs, chicks or adults. Windthrow during the non-breeding season may further reduce nesting locations in the Action Area.

Single-tree selection harvest within Buffers has the potential to create small, temporary gaps in the forest canopy and these small gaps are likely to only last until the remaining trees respond to the increased sunlight and growing space. These gaps in the canopy are not expected to create forest edge habitat like a clearcut harvest unit might. The single-tree selection harvest may remove some trees that contribute to the protection of occupied habitat. The trees harvested during these restoration harvests are not expected to negatively alter the Buffer or occupied habitats, and may result in stand growth and development that benefits the murrelets.

Harvested Marginal Habitat during Murrelet Plan implementation is expected to recover and return to a forested environment during the Permit Term. However, it is possible that areas of harvested Marginal Habitat will not recover as expected due to environmental conditions such as extended drought or other stochastic events such as disease outbreaks or wildfire. While changing environmental conditions could result in dramatic changes to the Action Area, there are many areas within the Action Area that will not be harvested during the Permit Term and will continue to provide for the murrelet. Green Diamond has established both the Adaptive Management Reserve and the Assurance Reserve to provide additional security in the face of uncertain future environmental conditions. Further, some of Green Diamond's Covered Activities like site preparation are designed to minimize the intensity and spread of wildfire.

Predation

The creation of forest openings through timber harvest, road construction and maintenance, landings, and rock pit development may increase the amount of edge habitat. This creation of forest edge can be ephemeral and changes over time as the forest regenerates and matures in between management actions. Where forest openings create edges, the increase in edge habitat can increase predation of murrelet eggs and chicks by corvids when the nest is located near an edge for many years following the creation of the edge. These abrupt forest edges attract corvids, potentially due to increased food abundance in those openings. Thinning treatments may create edges where corvids thrive that can increase predation risk to nesting murrelets, especially within

approximately 50 meters (164 feet) of the edge (Raphael et al. 2002, Burger et al. 2004, Hagar et al. 2024). In contrast, small canopy gaps from single-tree selection do not create forest edges that attract corvids. Increased predation following these single-tree selection harvests is not a likely indirect effect.

Increased continued human activity following forest management activities, such as site preparation and planting, may attract additional corvids to an area. This effect is anticipated to be most impactful at Suitable Habitat Reserves and will also occur in Marginal Habitat. Other than the Occupied Reserves, the Suitable Habitat Reserves have the most potential suitable nesting habitat and are more likely to support nesting murrelets over the Permit Term. Green Diamond estimated the number of murrelets anticipated to be affected by nest predation due to adjacent timber harvest. Due to the low occupancy of murrelets throughout the Action Area, the number of murrelets impacted, on average, is very small.

Beneficial Effects

The Conservation Strategy is focused on protecting the best available habitat in the Plan Area, accelerating the development of old-growth forest characteristics, and minimizing the effects of Covered Activities. As previously mentioned, murrelet habitat takes decades to develop and centuries to become high-quality nesting habitat. Therefore, the protection of the highest quality nesting habitat in the Action Area is a reasonable and valuable conservation approach that prioritizes the quality of the protected habitat. The Conservation Strategy protects 541.3 of Occupied Reserve and 946.4 of Suitable Habitat Reserve at the time of permit issuance, although only the Suitable Habitat Reserves are mitigation. A total of 2 Suitable Habitat Reserves with 36.3 acres of habitat will be placed under deed restriction for 50 years, adding the mitigation value of these areas by ensuring their protection. Further, as Green Diamond requests to add lands to the Permit Area from the Eligible Plan Area (i.e., within the Action Area), Green Diamond will identify Occupied Reserves, Buffers, and Suitable Habitat Reserves to protect these areas for the rest of the Permit Term. Additionally, Green Diamond may only remove these conservation lands from the Permit Area if certain conditions are met and with approval from the Wildlife Agencies (Murrelet Plan Section 6.4.7).

In addition to the protection of occupied and suitable habitat, Green Diamond will establish 300-foot Buffers around the Occupied Reserves and around occupied habitat on adjacent lands, called Adjacent Habitat Buffers. A total of 1,539.7 acres of forested lands will be within Buffers, roughly equally divided between Occupied Reserve Buffers (834.8 acres) and Adjacent Habitat Buffers (704.9 acres). Green Diamond is not obligated to protect suitable nesting habitat that is not in the Eligible Plan Area, nor is Green Diamond requesting mitigation for occupied nesting habitat that is not in the Eligible Plan Area. Green Diamond is establishing 300-foot Buffers on its lands adjacent to nesting sites on other ownerships (e.g., National Park Service) to minimize impacts from Covered Activities on nesting murrelet and protect these areas.

Green Diamond's proposed 300-foot Buffer aligns with Green Diamond's past management choice for take avoidance, with recommended Buffers from the Murrelet Recovery Plan (300 feet to 600 feet; Service 1997) and the Pacific Seabird Group habitat retention recommendations (Pacific Seabird Group 2024b), and reflects the best available science. The recommended Buffers from both the recovery plan and Pacific Seabird Group use different units of measure (feet versus meters) so the difference between the recommended 300 feet (91.4 meters) and 328

feet (100 meters) are not biologically meaningful. Further, the Pacific Seabird Group recommendations are based on the same research as the those already used and the Service does not consider the Pacific Seabird Group recommendations to represent new science or information that invalidates previous recommendations (Service, pers. comm. 2024).

Research has found that edge effects are the most pronounced at 164 feet (50 meters) while some effects may occasionally be documented as much as 427 feet (130 meters) from the forest edge (Burger et al. 2004). In Burger et al. (2004), this greater distance of edge effects was found in areas with recreation opportunities such as picnicking and camping while the shorter distance was associated with regenerating forests (i.e., areas of active timber management and harvest). The 300-foot Buffer for Occupied Reserves and Adjacent Habitat is adequate to protect those areas because these areas do not have significant human recreation activity that results in the greater extent of effects. Given the conditions across the Plan Area and the previously mentioned best available science (Service 1997, Manley and Nelson 1997, Raphael et al. 2002, Burger et al. 2004, Hagar et al. 2024), further site-specific analysis to develop individual buffers is unnecessary.

Green Diamond is proposing single-tree selection harvest to accelerate the development of late-successional conditions in these Buffers. Some of these Buffers include very young forest stands that do little to improve or contribute to murrelet habitat. Managing these Buffers for habitat development will improve the habitat quality and availability for murrelets. Single-tree selection harvest will only occur during the murrelet non-breeding season to further reduce direct injury and mortality. Further, because Green Diamond has proposed such a light harvest, it is anticipated that these canopy gaps will mostly not attract corvids. If management is proposed within a Buffer, Green Diamond will seek Technical Assistance with and approval from the Wildlife Agencies to ensure the habitat quality is improved for murrelet. By establishing these Buffers, Green Diamond will minimize disturbance and maintain or improve forest conditions and patch size around these important murrelet habitat patches, both on Green Diamond's ownership and adjacent to it. The single-tree selection at issue here is not likely to attract corvids and will not diminish the function of the Buffers, nor will timber harvest and thinning outside the Buffers contribute to potential effects within the Buffers related to single-tree selection. These treatments are expected to improve the function of the Buffers and further protect the occupied murrelet habitat, and Green Diamond will monitor the vegetation development post-treatment to validate that assumption.

The Suitable Habitat Reserves and Occupied Reserves will be protected for the duration of the Permit Term (i.e., 50 years). These Reserves are expected to grow and develop during this time such that the overall habitat quality improves for murrelet. Surveys will be implemented every 10 years within 24 Suitable Habitat Reserves to determine whether murrelets are occupying these stands during the Permit Term. Green Diamond has also set aside the Adaptive Management Reserve and Assurance Reserve. The Adaptive Management Reserve is 473 acres of Marginal Habitat that Green Diamond will set aside in a no harvest status and make available, as needed, to provide compensation for accidents during the Permit Term. Although the Service anticipates that forests in the Action Area will develop and recover during the Permit Term, there is some uncertainty regarding how the forest will respond to anticipated changing conditions such as temperature and precipitation, or other climate-induced changes. While the Service anticipates that trees will continue to grow and develop, the Assurance Reserve is protected under a deed

restriction that may be extended 50 years beyond the Permit Term if the Wildlife Agencies find the expected forest conditions are not met in the future to ensure ongoing protection of occupied murrelet habitat.

Summary of Effects

*Reproduction*

The Proposed Action will result in the harvest of Marginal Habitat and the implementation of Covered Activities during the murrelet breeding season. The harvest of 10,232 acres Marginal Habitat during the breeding season is expected to result in the estimated direct loss of six murrelets over the Permit Term, while the harvest of Marginal Habitat and implementation of other Covered Activities is expected to result in the estimated indirect loss of nine murrelets. The rate of Marginal Habitat harvested is expected to be slow, with an average of just 102 acres of Marginal Habitat harvested per year based on Option A projections (Lamphear, pers. comm. 2026). The loss of these individuals may result in the potential loss of productivity of 119 murrelet chicks throughout the Permit Term. The potential loss of productivity was calculated using a calculated relative probability of occupancy (0.0357), nest density of 0.5 nests per acre, and an annual nesting probability of 0.7 (Peery et al. 2004, Hebert and Golightly 2006). While these are model outputs for the Eligible Plan Area, Green Diamond used the best available science and site-specific information from the Plan Area to develop the models. The Service accepts Green Diamond's modeled outputs as the best available science for the Eligible Plan Area and, therefore, the Action Area. The low rate of modeled occupancy indicates that very little of the Marginal Habitat is occupied and take is expected to be quite low despite the high number of acres harvested.

In contrast to the potential taking of murrelet and resulting impact of the taking (i.e., estimated loss of productivity), the Conservation Strategy of the Murrelet Plan will result in the protection of the Suitable Habitat Reserves and the continued conservation of the Occupied Reserves. The protection of the Suitable Habitat Reserves will retain the highest quality nesting habitat for murrelets that would not otherwise be protected. The Suitable Habitat Reserves will continue to develop and mature throughout the Permit Term, adding to their importance to murrelet nesting habitat. To calculate the relative contribution of murrelet nestlings to the population, Green Diamond estimated productivity from Suitable Habitat Reserves using the same nest density and annual probability of breeding as for the Marginal Habitat. However, because the difference in habitat suitability for nesting murrelets, the relative probability of occupancy is much higher within Suitable Habitat Reserves (0.2163) compared with Marginal Habitat (0.0357). Using these values, the Suitable Habitat Reserves are expected to produce and estimated 474 murrelet chicks over the Permit Term, producing an estimated four times as many nestlings (474) compared with the estimated productivity lost (119). While 946.4 acres of habitat protected seems small compared with the harvest of 10,232 acres, the much higher quality of the 946.4 acres of Suitable Habitat Reserve is of greater importance than protecting a larger amount of lower quality habitat.

In addition to the Suitable Habitat Reserves, the protection and potential restoration treatments of the Buffers around Occupied Reserves and Adjacent Habitat further contributes to the protection of murrelet reproduction in the Action Area. Neither the Occupied Reserves nor the Adjacent Habitat are considered mitigation for the Murrelet Plan, but the conservation of the Occupied Reserves and protection of occupied habitat with Buffers will also contribute to murrelet reproduction during the Permit Term. Most importantly, the protection of the Buffers will

support murrelet breeding in these occupied stands, and any approved restoration treatments within Buffers will support the development of forests. Over the Permit Term, it is possible that the protected Buffers might be an area where murrelets begin nesting as the trees grow and develop nesting platforms.

*Abundance*

Green Diamond's Covered Activities are expected to result in the estimated loss of 15 murrelets during the 50-year Permit Term across the Action Area (1,674,916 acres). The estimated loss of these 15 murrelets may result in the potential decrease in productivity amounting to 119 murrelet nestlings. Across the Permit Term, this is a population decrease in an estimated 2.7 murrelets per year. A decrease of 134 murrelets (i.e., both the taking and the impact of the taking) during the 50-year Permit Term represents 3 percent of the California portion of Conservation Zone 4 (4,400 murrelets), 2.7 percent of all of Conservation Zone 4 (6,400 murrelets), and 0.7 percent of the population in Conservation Zones 1 through 5 (19,600) (McIver et al. 2025). The most recent information suggests that the population in Conservation Zone 4 is growing at approximately 2.8 percent per year, an increase of about 179 murrelets each year using the most recent population value (6,400 individuals). The loss of an estimated 2.7 murrelets per year would be just 1.5 percent of the expected annual recruitment of 179 murrelets. This estimated decrease would not have a detectable effect on the murrelet population within Conservation Zone 4 or the listed range and there would be an estimated net increase of 6.8 murrelets per year from the mitigation (i.e., Suitable Habitat Reserves).

*Distribution*

The issuance of the Permit and the implementation of the Murrelet Plan will result in the loss and the protection of murrelet habitat throughout the Action Area. Changes in the distribution of murrelet nesting is likely to be at relatively small scale as Marginal Habitat is harvested throughout the Permit Term and Suitable Habitat Reserves, Occupied Reserves, and Buffers are protected. These small-scale changes are not expected to result in landscape-level changes in occupancy, and murrelet are expected to continue to occupy the Action Area. The Service anticipates that breeding murrelets will continue to be found throughout Conservation Zone 4 and throughout the Action Area despite possible small-scale shifts to protected habitat. Because there are no expected changes in breeding distribution, no changes are expected to murrelet occupancy in the marine portions of Conservation Zone 4.

Impact on Murrelet Recovery

The recovery plan for the marbled murrelet identifies recovery criteria, the overall recovery strategy, and recovery actions needed to stabilize and recover murrelets on non-federal lands (Service 1997). The recovery plan identifies habitat conservation plans as the best tool to protect murrelet habitat (Service 1997). At the time the recovery plan was finalized, there was insufficient information on the murrelet to establish delisting criteria and interim criteria were used instead. The two interim delisting criteria are as follows:

1. Trends in estimated population size, densities and productivity have been stable or increasing in four of the six zones over a 10-year period. This period of time will encompass at least one to two El Niño events, based on recent frequency of occurrences.

2. Management commitments (marine and terrestrial) and monitoring have been implemented that provide for adequate protection of marbled murrelets in the six Conservation Zones for at least the near future (50 years). These commitments include delineating and protecting areas of terrestrial and marine habitat essential for recovery within each Conservation Zone and developing and implementing landscape management strategies for each of the six Conservation Zones. Monitoring commitments include accurate and repeatable inventory and monitoring of marbled murrelet populations and trends at-sea and monitoring the amount and condition of terrestrial habitat.

The recovery strategy for murrelets focuses on the protection of occupied and suitable unoccupied habitat, the decrease and elimination of threats, and conduct research and monitoring. The recovery actions are identified in Table 7 with a brief discussion of how the Murrelet Plan contributes to each identified action. Overall, the Murrelet Plan supports both recovery criteria, the recovery strategy for murrelet, and the five of the recovery actions.

Table 7. Recovery actions for the murrelet (Service 1997) and the Murrelet Plan's contribution to each recovery action.

| **Recovery Action** | **Corresponding Murrelet Plan Element** |
|---|---|
| Establishing six Marbled Murrelet Conservation Zones (Zones) and develop landscape-level management strategies for each Zone. | Not applicable to the Murrelet Plan. |
| Identifying and protecting habitat areas within each Zone, including the marine environment, through implementation of the Northwest Forest Plan, designation as critical habitat, better use of existing laws, or other methods (e.g., habitat conservation plans), and developing management plans for these areas. | The Murrelet Plan is a landscape-level management strategy within a portion of Conservation Zone 4 that establishes a conservation and management approach for a period of 50 years. The Murrelet Plan protects Occupied Reserves for the conservation value of those sites and importance for murrelet and protects the best quality nesting habitat for murrelets (i.e., Suitable Habitat Reserves) as mitigation. The Murrelet Plan also establishes avoidance and minimization measures, monitoring requirements, and adaptive management that will support murrelet recovery in the Action Area. |
| Monitoring populations and habitat, and surveying potential breeding habitat to identify potential nesting areas (e.g., occupied sites). | The Murrelet Plan includes monitoring Suitable Habitat Reserves to determine whether these are or become occupied during the Permit Tem, and monitoring the development of habitat over time. |
| Implementing short-term actions to stabilize and increase the population that include maintaining potential suitable habitat in large contiguous blocks and buffer areas; maintaining habitat distribution and quality; | The Murrelet Plan will result in the protection of Suitable Habitat Reserves, Buffers, and the conservation of Occupied Reserves. This habitat protection will provide extensive nesting opportunities for murrelet throughout |

| Recovery Action | Corresponding Murrelet Plan Element |
|---|---|
| decreasing risk of fire and windthrow; decreasing adult and juvenile mortality; reducing nest predation; increasing recruitment; and initiating research to determine impacts of disturbance in both marine and terrestrial environments. | the Action Area. This protection is expected to result in the estimated production of 9.5 murrelet nestlings per year, which would support the continued increase in the murrelet population in Conservation Zone 4. The Buffers will help protect occupied stands from predation risk, changes in microhabitat, and windthrow. The contribution of the Murrelet Plan Conservation Strategy will be immediate upon permit issuance while impacts from Covered Activities will occur gradually over the Permit Term. The Murrelet Plan will have no effect on the marine environment. |
| Implementing long-term actions to stop population decline and increase population growth by increasing the amount, quality and distribution of suitable nesting habitat, decreasing fragmentation, protecting "recruitment" habitat, providing replacement habitat through silvicultural techniques, and improving marine habitat quality. | As with the recovery action above, these same factors of the Conservation Strategy will contribute to the long-term improvements for murrelet. The 50-year Permit Term will support the improvement in habitat conditions and murrelet population for an extended period of time. The Murrelet Plan will have no effect on the marine environment. |
| Initiating research to develop and refine survey and monitoring protocols, refine population estimates, examine limiting factors, evaluate disturbance effects, and obtain additional life history data. | Green Diamond will use autonomous recording units to monitor Suitable Habitat Reserves for current and future murrelet occupancy. Green Diamond has provided opportunities within their monitoring efforts to research and develop new or additional techniques to study murrelet. |
| Establishing a Regional Coordination body for the marbled murrelet research efforts, including data storage and retrieval in databases and archives. | Not applicable to the Murrelet Plan. |

As mentioned above in the summary of effects for Abundance, both the estimated take and the estimated impact of the taking equate to the projected loss of 2.7 murrelet every year of the Permit. This estimated loss is expected to be far lower than predicted recruitment in Conservation Zone 4 and across the range of the murrelet. Further, the projected contribution of the mitigation (i.e., Suitable Habitat Reserves) is 474 nestlings throughout the Permit Term, or an average of 9.5 murrelets per year added to Conservation Zone 4. The estimated productivity of the mitigation lands will contribute to the population in Conservation Zone 4 and may help the population trend to continue to increase (recovery criterion 1). The Murrelet Plan also contribute recovery criterion 2 to implement management and monitoring for murrelets for at least 50 years. The Murrelet Plan will replace Green Diamond's project-by-project take avoidance approach and

includes extensive conservation efforts that Green Diamond will commit to for the duration of the Permit. This Murrelet Plan, therefore, guarantees management and conservation of murrelet for the 50-year Permit Term.

In addition to contributing to the recovery criteria, the Murrelet Plan also supports the overall recovery strategy by protecting habitat, reducing threats, and monitoring murrelet populations and murrelet habitat. The Murrelet Plan continues the conservation of Occupied Reserves (541.3 acres), includes the management and protection of Buffers (1,539.7 acres), and protects Suitable Habitat Reserves (946.4 acres) as mitigation. The Murrelet Plan will result in the protection of the highest quality murrelet nesting habitat for the duration of the Permit Term. The implementation of Buffers will decrease threats from changes in microhabitat and increased predation risk to occupied stands. Further, Green Diamond has committed to monitoring habitat development following restoration treatments and using new techniques to survey for murrelets (Appendix E of the Murrelet Plan). The monitoring and reporting requirements within the Murrelet Plan will contribute to the scientific knowledge of murrelet and support murrelet recovery.

*Coastal Marten*

<u>Injury and Mortality</u>
While it is generally assumed that the highly motile adult coastal marten can move away from timber and land management activities and avoid direct harm, there is a possibility that they could be injured or killed during operations in occupied habitat by heavy machinery or by falling timber. Vehicle strikes and the cutting of an occupied den or rest tree pose the greatest risk to coastal marten. Coastal marten may be injured or killed during timber harvest, thinning, yarding, site preparation and regeneration tasks, road construction and maintenance, traffic, rock pit development, and water storage construction and maintenance, especially denning females and kits that are much less motile and less able to move away from work areas. Green Diamond implements speed limits that minimize the risk of vehicle strikes and follows conservation measures, survey requirements and habitat retention requirements outlined in the Marten Agreement (Department and Green Diamond 2018) and Marten Memorandum (Service and Green Diamond 2020) to minimize these threats.

Coastal marten may be injured from high-intensity noise from blasting at rock pits. Blasting is episodic and animals may not habituate or learn to avoid areas with episodic noise. The episodic nature could result in a greater level of exposure but the use of heavy equipment may provide enough ambient noise such that it dissuades coastal marten from occupying the area. Very little is known about coastal marten's sensitivity to noise. It is possible that coastal marten in very close proximity to blasting could suffer sublethal injuries, but there is currently no data to understand these potential effects.

<u>Disturbance</u>
Coastal marten present in the Action Area will be exposed to noise generated by Green Diamond's operations. Noise that is much higher than ambient levels may disrupt normal behaviors such as denning, resting or foraging. Episodic noise, including blasting at rock pits, may result in short-term changes to coastal marten behavior, while increased noise for an extended period of time (e.g., during timber harvest) may result in changes in area use and

behavior by coastal marten in their home range. The disruption of these behaviors in adults may increase energy expenditures from spending less time foraging or moving away from the source of the noise, but this effect is anticipated to be sublethal. However, if noise disrupts foraging in a lactating female, there may be more substantial effects to the female and her dependent kits. The decreased foraging efficiency may impact a lactating female's health and survival, her ability to provision for her kits, and could lead to the starvation of the female or kits. Change in behavior may also lead to an increased risk of predation for any coastal marten, which could lead to sublethal injuries or death.

Coastal marten may also be impacted by smoke from nearby prescribed fire implemented by Green Diamond for site preparation or fuels management. Dense and persistent smoke may impair the health of coastal marten, especially denning females. Persistent, dense smoke is not expected during Green Diamond's operations because Green Diamond follows federal and state air quality regulations and obtains required authorizations as needed. These regulations and procedures ensure any prescribed fire is implemented during appropriate atmospheric conditions, allowing smoke to disperse quickly. While some effects are possible on coastal marten, we do not anticipate smoke from Green Diamond's activities to be pervasive or sustained such that it would result in the injury or mortality of coastal marten. However, smoke could cause short-term health impacts or behavioral changes in coastal marten.

Habitat Modification

Many of the Covered Activities will result in short- and long-term changes to forest conditions. A few activities, such as road construction and rock pit development, will result in the permanent or long-term removal of habitat. Other Covered Activities like thinning, timber harvest and replanting will result in shorter-term changes to coastal marten habitat. Timber harvest will remove the upper canopy and complex habitat layers that coastal marten need for predator protection. Timber harvest, especially even-aged harvest units, and other openings such as heavily thinned areas can be especially detrimental to coastal marten habitat and populations for short periods of time immediately following harvest, with coastal marten selecting against these openings and changing their behavior when interacting with an open landscape (Chapin et al. 1998, Cushman et al. 2011, Moriarty et al. 2016a). Timber harvest, as well as other Covered Activities that remove the multistory canopy will temporarily degrade coastal marten habitat. Small changes in a limited portion of a coastal marten's home range may cause the coastal marten to avoid that area, while larger losses of the home range may cause the coastal marten to abandon its territory. Displaced coastal marten may be exposed to greater predation risk and competitive interactions with other coastal marten and heterospecific competitors, such as bobcat (*Lynx rufus*) and fisher.

Timber harvest creates significant amounts of woody debris such as unmerchantable logs of various sizes, downed trees, bark and branches. Green Diamond frequently creates piles, called slash piles, of this material in the footprint of the harvest unit. These piles, along with the early-successional habitat post-harvest, have very high productivity in plants, invertebrates and small animals (Levy et al. 2025). The structure from the piles and shrubby plant growth provide protection from predators in these highly productive areas. Radio telemetry data from coastal marten using Green Diamond's ownership within the Action Area show that the coastal marten select for recently harvested stands (Green Diamond 2026b). It is possible these areas provide

significant foraging opportunities while the structure from slash piles and early successional vegetation provides shelter from both mammalian and avian predators.

As these previously harvested units are replanted and develop into mid- and older seral stages, some of the structure provided by slash piles and overall productivity likely declines. While a single unit may be highly productive for several years after harvest, this will decline again over time. However, Green Diamond's landscape is dynamic with new harvest units replacing the productivity of maturing stands over time. The Action Area is constantly changing and shifting as areas are harvested, replanted and then managed for several decades before being harvested again. Loss of suitable habitat may limit coastal marten occupancy and survival in a home range. Denning and resting structures are particularly important for coastal marten and can be rare in a managed forest. Green Diamond will continue to implement the habitat retention requirements under the Marten Agreement (Department and Green Diamond 2018).

New roads and road maintenance have the potential to fragment coastal marten habitat. As mentioned above, coastal martens are vulnerable to vehicle strikes. Habitat fragmentation by roads may limit coastal marten movements (e.g., dispersal) or may prevent coastal marten from using part of their home range. This could lead to impacts to survival, increase competitive interactions with territory neighbors, or lead to home range abandonment if coastal marten no longer have sufficient resources in their remaining home range to survive. Roads can also create movement corridors for both avian and mammalian predators of coastal marten and may improve a predator's access into a coastal marten home range.

<u>Beneficial Effects</u>
The Conservation Strategy in the Murrelet Plan will result in the protection of some coastal marten habitat in the Action Area that complements the conservation and recovery of coastal marten achieved through the Marten Agreement (Department and Green Diamond 2018) and the Marten Memorandum (Service and Green Diamond 2020). While not specifically intended to improve coastal marten conservation and recovery in the Action Area, the Occupied Reserves, Buffers and Suitable Habitat Reserves will contribute to the available suitable habitat for coastal marten because they require many of the habitat elements found in older forests that support and are also used by murrelets.

The protection of the Buffers around Occupied Reserves and Adjacent Habitat will reduce disturbance in high-quality, late-successional habitat patches. This will support coastal marten occupancy and potentially reproduction, although denning has not yet been documented on Green Diamond property. Coastal marten are denning in Adjacent Habitat on lands managed by the National Park Service and the Yurok Tribe, but have not been recently documented on neighboring U.S. Forest Service lands. Single-tree selection treatments in Buffers could result in the loss of important habitat structures or generate noise that disturb coastal marten. While the restoration and growth of these Buffers would ultimately benefit coastal marten, there may be short-term adverse impacts to individuals where operations are occurring.

<u>Summary of Effects</u>
*<u>Reproduction</u>*
Coastal marten are not currently known to breed in the Action Area and the Proposed Action is not expected to result in reduction of reproduction. If coastal marten breed and den within the

Action Area during the Permit Term, timber harvest will create a mosaic of impacts and habitat for any coastal marten in the vicinity of the harvest. Coastal marten have been documented extensively using recently harvested areas, and may occupy home ranges with slash piles in the future. This is a dynamic landscape where suitable coastal marten habitat may be lost through timber harvest while some areas of recent harvest may be incorporated into coastal marten home ranges for foraging opportunities, and the development and growth of habitat along with the availability of slash piles may support reproduction during the Permit Term.

*Abundance*
Implementation of the Murrelet Plan is not expected to substantially alter coastal marten abundance in the Action Area. The Conservation Strategy will protect additional areas that include some mid- to late-successional habitat characteristics that coastal marten also select for denning, resting and foraging. The expansion of the network of protected lands in the Action Area could support increased coastal marten populations and connectivity.

*Distribution*
Similarly to abundance, the implementation of the Murrelet Plan is not expected to alter the distribution of coastal marten in the Action Area. Coastal marten are generally considered to be limited to two population areas in the Action Area: the Northern Population in the northern part of the Action Area and the Maple Creek Population in the west-central part of the Action Area. The protection of the Suitable Habitat Reserves throughout the Action Area will increase available habitat for coastal marten and may support population expansion, especially for the Maple Creek Population, which is the smallest and was likely recently colonized.

Impact on Coastal Marten Recovery
The draft recovery plan for the coastal marten was published for public review and comment in May of 2026. The final recovery plan for the coastal marten has not been published and it is possible that the recovery criteria, strategy and actions may be updated to reflect public input. The draft recovery criteria focus on the number, distribution and stability of populations, as well as ensuring there is adequate connectivity between the populations (Table 8). The recovery strategy focuses on the stabilization and growth of populations throughout the current range of coastal marten, as well as acknowledging the importance of researching this relatively poorly understood species (Service 2026c). Similarly, the recovery actions also identify uncertainties about coastal marten and population demographics, habitat protection and monitoring, minimize and resolve threats to the species, and improve connectivity and movement within and between populations.

The Murrelet Plan contributes to the protection of habitat for coastal marten. Although there are some differences in habitat needs between the species, both murrelets and coastal marten tend to require forests late-successional characteristics. The Conservation Strategy for the Murrelet Plan protects additional areas within the Action Area that have these characteristics for coastal marten, and this will contribute to the recovery strategy and actions that focus on protection of habitat. Because Green Diamond is a major landowner for the Maple Creek Population, Green Diamond's conservation efforts within the Murrelet Population will be especially important to the progress and achievement of the recovery criteria, strategy and actions to improve the resiliency and stability of that population.

Table 8. Draft recovery criteria for the coastal marten with corresponding contributions from the Murrelet Plan.

| **Draft Recovery Criteria** | **Contribution of the Murrelet Plan** |
|---|---|
| There are, at a minimum, seven Extant Population Areas, with at least one Extant Population Area occurring within the coastal dune habitat. | The Northern Population and Maple Creek Population overlap with the Action Area. The continued management of the Action Area for forest regeneration will ensure there is habitat present for coastal marten populations. |
| Each Extant Population Area, as considered in Criterion 1, has habitat of suitable quality to support a minimum of 100 female home-ranges as described in the Species Status Assessment (Service 2026b) for 20 out of 25 years. | Only a portion of the Northern Population is within the Action Area. The portion that overlaps includes areas of suitable habitat that supports females and may support breeding. It is uncertain whether females are currently denning in the Action Area. The continued management of the Action Area will continue to support coastal marten suitable habitat, though it is unclear whether the habitat is of sufficient quality to support denning. Additional research and monitoring is needed. The Maple Creek Population is currently very small and entirely within the Plan Area. Continued management of the habitat within the Maple Creek Population should support the persistence and hopeful expansion of the Maple Creek Population within the Action Area. The habitat protections of the Murrelet Plan should contribute to this criterion. |
| Each Extant Population Area, as considered in Criterion 1, demonstrates successful dispersal and evidence of either stable or increasing genetic diversity or connectivity and gene flow with other Extant Population Areas, as measured at least every 2 generations. | The protection and management of suitable coastal marten habitat within the Murrelet Plan through the establishment of the Suitable Habitat Reserves will help support dispersal within and between the Northern and Maple Creek Populations. |
| The population size of each Extant Population Area, as considered in Criterion 1, for 20 out of 25 years, are at or above "moderate" condition as described in the Species Status Assessment, with a minimum of three Extant Population Areas meeting "high" condition. | The protection of coastal marten suitable habitat within the Murrelet Plan will contribute to this criterion. |

*Marbled Murrelet Critical Habitat*

Implementation of Covered Activities that remove trees with nesting platforms (Element 1) or forest surrounding trees with nesting platforms (Element 2) could result in the degradation or loss of primary constituent elements within subunit CA-03-a. Covered Activities that remove trees include timber harvest, thinning, salvage, road construction and maintenance, rock pit

development, and water storage development. Single-tree selection harvest within Buffers, part of the Conservation Strategy, also removes trees that may contribute to the conservation value of critical habitat. Salvage is restricted to dead or dying trees that already have degraded conservation value for both primary constituent elements. Salvage is unlikely to further impact the conservation value of the critical habitat designation.

Element 2 is likely more prevalent throughout subunit CA-03-a because trees with nesting platforms (Element 1) are generally rare throughout the landscape. However, there must be trees with nesting platforms present (Element 1) for the surrounding forest to be considered Element 2. Green Diamond estimated that 26 percent of Marginal Habitat patches include trees with potential nest platforms. Therefore, we can expect that at least some areas with at least Marginal Habitat within subunit CA-03-a in the Action Area will have both Elements. Most critical habitat in the Action Area is outside Green Diamond's current ownership. If additional lands are requested to be added pursuant to Murrelet Plan Section 6.4.7.1, Green Diamond will apply the Habitat Suitability Index model to the new lands to identify all Marginal Habitat and protect Suitable Habitat Reserves. The Service expects that high-quality primary constituent elements would be determined by the model and would be protected following the requirements of the Murrelet Plan.

Timber harvest is most likely to result in the degradation of the primary constituent elements in the Action Area. The loss of both primary constituent elements would degrade the conservation value of the subunit. It is possible that in some areas of the subunit the forest is not yet tall enough at the time of harvest to be considered Element 2; however, we assume any trees older that 45 years may be tall enough to contribute to Element 2. Therefore, Green Diamond's regeneration harvest would result in the temporary loss of Element 2, and only if Element 1 was present within one half mile of the timber harvest.

The Conservation Strategy of the Murrelet Plan may result in the protection of the primary constituent elements within the critical habitat designation. At this time, there is an Adjacent Habitat Buffer in designated critical habitat that protects nesting murrelets in Headwaters Preserve, managed by the Bureau of Land Management. The habitat within the Buffer is in an early stage of succession without nest trees (Element 1) but does include Element 2. As new lands are added to the Permit Area with Wildlife Agencies' approval, any areas meeting the definitions of Occupied Reserve, Buffer or Suitable Habitat Reserve will be protected for the duration of the Permit Term. This protection may retain some primary constituent elements within the designation and improve the conservation value of the designation. Single-tree harvest within Buffers will likely improve the condition and conservation value of Element 2 by supporting the growth of remaining trees. There are no timber treatments currently known to accelerate the development of large limbs for murrelet nesting (Element 1), and any treatments found to be successful in the future could voluntarily be implemented by Green Diamond.

There is a total of 32,655 acres of designated critical habitat within the Action Area in subunit Ca-03-a. Green Diamond currently owns 1,400 acres of the designation. Assuming the entire area of the subunit in the Action Area supports primary constituent elements, are acquired by Green Diamond and added to the Permit Area, and are harvested during the Permit Term, this represents approximately 0.8 percent of the range wide designation and 5.6 percent of the designation in California. Green Diamond's current ownership of Ca-03-a is just 0.03 percent of

the entire designation and 0.2 percent of the California portion. Impacts to the critical habitat would be very limited both within the California portion and the overall designation.

*Coastal Marten Critical Habitat*

The implementation of the Murrelet Plan will have similar effects to coastal marten critical habitat as on murrelet critical habitat. All activities that modify or remove vegetation within Unit 5 will degrade the conservation value of the designation. Activities that result in the modification or removal of vegetation include timber harvest, site preparation, thinning, road construction and maintenance, rock pit development, and water drafting and storage. The single-tree selection harvest within Buffers will also modify and remove vegetation and could remove habitat features that contribute to the conservation value of the critical habitat. These activities could result in the removal of the mature, conifer-dominated overstory and any existing shrub layer, as well as any structures that are suitable for resting or denning. The removal of these components will degrade or remove Feature 1 (i.e., denning, resting and foraging habitat) and Feature 2 (i.e., movement habitat) wherever activities are implemented. The degradation of these areas will reduce the conservation value of Unit 5. Given the large area covered by Unit 5 and the relatively small portions on non-governmental ownership (13,008 acres), we anticipate that these small areas of degraded habitat will not impact the overall conservation value of the unit or the designation. The effects are expected to be short-term at any one location as reforested areas quickly recover to provide a dense shrub layer and access to retained high value habitat elements used for resting and denning. There may be repeated, short-term impacts to coastal marten critical habitat over time. As these young forest patches mature, we anticipate that physical and biological features will develop again over the subsequent decades.

There are 13,008 acres of designated critical habitat for coastal marten within the Action Area, and none of these acres are within Green Diamond's current ownership. The critical habitat within the Eligible Plan Area is 1.12 percent of the critical habitat in Unit 5, and 1.07 percent in the entire designation. If Green Diamond acquires coastal marten critical habitat during the Permit Term and implements Covered Activities within the designation, any loss of physical and biological features would be on a very small percentage of critical habitat at the level of the unit and designation.

**Cumulative Effects**

Cumulative effects are those "effects of future State or private activities, not involving Federal activities, that are reasonably certain to occur within the action area of the Federal action subject to consultation" (50 CFR 402.02). Future federal actions are not considered cumulative effects because they are subject to consultation, pursuant to section 7 of the Act.

Timber operations will continue on private lands in the Action Area. Through the implementation of Forest Practice Rules, the Service anticipates there will be continued losses of unoccupied, suitable murrelet habitat depending on what silvicultural methods are used (i.e., even-aged management or selection harvest). Selection harvest that removes the largest trees may remove the potential nest trees for murrelets, even if the broader stand is retained. Other harvest types may create forest edges, remove supporting forest around retained nest trees, or otherwise modify suitable forest stands. This continued loss of suitable habitat for murrelets will

continue to limit nesting opportunities in Conservation Zone 4, making the retention of occupied stands and suitable habitat more important. There is uncertainty about how timber harvest on non-federal ownerships impacts coastal marten. It is likely that timber harvest removes suitable habitat, increases audiovisual disturbance, and increases habitat fragmentation for coastal marten.

The Service is developing a general conservation plan, called the California Forest Conservation Plan, to streamline compliance with the Act for forest management activities intended to reduce wildfire risk. Non-federal entities may apply for an incidental take permit from the Service to complete Covered Activities described in the California Forest Conservation Plan by committing to the applicable avoidance and minimization measures and any required mitigation. Covered Activities within this plan include hazardous fuels reductions, prescribed fire, fuel breaks, post-disturbance tree and debris removal, restoration, treatment maintenance, road construction and maintenance, and water drafting. Implementation of these activities, should this plan be finalized and approved, would result in additional audiovisual disturbance to breeding murrelets and coastal marten, additional habitat fragmentation, and some loss of suitable habitat. These adverse effects would be balanced with the increased fire resiliency across the landscape that could reduce catastrophic wildfire. While this is primarily a permitting process for non-federal entities, federal agencies may elect to seek section 7 compliance through the intra-Service consultation for the California Forest Conservation Plan.

Redwoods Rising is a landscape-scale collaborative project undertaken by the National Park Service, California State Parks and Save the Redwoods League, intended to restore forested areas in California damaged by historical logging. While this partnership has a federal participant and some projects may occur in Redwood National Park, some projects are on non-federal lands, especially California State Parks. Actions proposed under Redwoods Rising include thinning of second-growth forests and road decommissioning. Restoration treatments conducted result in habitat modification and removal, audiovisual disturbance, and temporal losses of habitat. Unlike the Murrelet Plan, many of these restoration treatments are in areas of known murrelet occupancy and coastal marten have been documented breeding in Redwood National Park. However, the restoration of these degraded second-growth forests will improve habitat conditions for both species long-term by creating complex, old-growth stands.

**Conclusion**

The regulatory definition of "to jeopardize the continued existence of the species" focuses on assessing the effects of the proposed action on the reproduction, numbers, and distribution, and their effect on the survival and recovery of the species being considered in this Opinion. For that reason, we have used those aspects of the species' status as the basis to assess the overall effect of the proposed action on the species.

After reviewing the current status of the marbled murrelet and coastal marten, the environmental baseline for the Action Area, the effects of the Proposed Action, and the cumulative effects, it is the Service's biological opinion that the issuance of a Section 10(a)(1)(B) incidental take permit to Green Diamond for their Marbled Murrelet Habitat Conservation Plan, as proposed, is not likely to jeopardize the continued existence of the marbled murrelet or coastal marten. The Service reached this conclusion based on the following:

*Marbled Murrelet*

1) No harvest will occur in the Occupied Reserves or Suitable Habitat Reserves, which have the highest quality nesting habitat for murrelet in the Action Area. These Reserves will be protected for the duration of the Permit Term, which will allow these areas to mature into later successional forests that have the habitat characteristics that murrelet need for nesting.

2) The Suitable Habitat Reserves protect the highest quality nesting habitat for murrelets, which will provide areas for murrelet reproduction. The continued conservation of Occupied Reserves and the protection of Buffers will benefit murrelet reproduction in the Action Area.

3) Green Diamond will establish 300-foot Buffers around Occupied Reserves and Adjacent Habitat to protect known areas of murrelet nesting. Green Diamond may propose selection harvest within these Buffers for approval by the Wildlife Agencies to accelerate the development of old-growth forest characteristics and to expand suitable nesting habitat for murrelets.

4) Green Diamond's Habitat Suitability Index model is based upon high-resolution LiDAR data that provides detailed information on tree heights and tree densities. The model was peer-reviewed and the Service considers the model an appropriate and scientifically supported method to ascertain potential murrelet use of the forests on their northern California ownership. In addition to delineating the Suitable Habitat Reserves, the model was used to identify and delineate Marginal Habitat stands where most incidental take will occur.

5) Green Diamond is requesting the incidental take of 15 marbled murrelets resulting from the harvest of 10,232 acres of Marginal Habitat throughout their ownership over the 50-year permit term. Impacts will happen gradually over the Permit Term while the conservation will happen immediately upon permit issuance.

6) The estimated take of 15 murrelets could result in the potential loss of productivity of 119 murrelet nestlings, a projected loss of 2.7 individuals per year throughout the Permit Term. In contrast, the mitigation (i.e., Suitable Habitat Reserves) is estimated to result in the production of an estimated 474 murrelet nestlings, or 9.5 murrelets per year. The estimated take and potential impact of the taking is not expected to change the abundance of murrelet in Conservation Zone 4 or throughout the range. The estimated production may support continued population growth in Conservation Zone 4.

7) While the Covered Activities and mitigation may result in small-scale shifts of breeding murrelets in the Action Area, the Proposed Action will not result in landscape scale distribution changes or loss of large areas of murrelet habitat or populations in Conservation Zone 4.

8) The Assurance Reserve, 76.3 acres of Occupied Reserve and Buffers, will be protected under deed restriction for 50 years. If the expected forest conditions are not met at the end of the Permit Term (e.g., forest regrowth, development of habitat in Suitable Habitat

Reserves), then the deed restriction may be extended another 50 years to ensure ongoing protection of occupied habitat for the murrelet.

9) The issuance of the permit and implementation of the Murrelet Plan contributes to the recovery actions and criteria identified in the murrelet recovery plan (Service 1997) and support the recovery of murrelet in Conservation Zone 4.

*Coastal Marten*

1) Green Diamond will continue to implement the Marten Agreement (Department and Green Diamond 2018) and Marten Memorandum (Service and Green Diamond 2020) in compliance with applicable laws to support the recovery of coastal marten on their ownership.

2) Implementation of Covered Activities will result in the loss, fragmentation and creation of habitat for coastal marten. The loss of habitat in some areas could result in limits to survival and reproduction of coastal marten in the vicinity but the creation of habitat, may temporarily ameliorate the impacts from timber harvest.

3) Implementation of the Covered Activities will not impact coastal marten reproduction, abundance or distribution in the Action Area.

4) The Conservation Strategy from the Murrelet Plan will result in the protection of additional areas throughout the Action Area that will have some or many suitable habitat characteristics for coastal marten and will increase the available suitable habitat for the species. Some of these areas will be in the Maple Creek Population, which will support the continued growth and expansion of that population.

5) The Murrelet Plan contributes to the criteria, strategy and actions identified in the draft recovery plan for coastal marten. In particular, the protection and monitoring of habitat in the western edge of the Northern Population and all of the Maple Creek Population will support coastal marten populations and growth in those areas.

"Destruction or adverse modification means a direct or indirect alteration that appreciably diminishes the value of critical habitat for the conservation of a listed species" (50 CFR 402.02). We determine whether a proposed action is likely to result in the destruction or adverse modification of critical habitat through an analysis of how a proposed action affects the physical and biological features of critical habitat within the Action Area in relation to the designated critical habitat. For the covered critical habitats, this process involves considering the effects at the level of the Action Area, then at the level of critical habitat unit, and then finally for the entirety of the critical habitat designation.

After reviewing the current status of designated critical habitat for the marbled murrelet and coastal marten, the environmental baseline for the Action Area, the effects of the Proposed Action, and the cumulative effects, it is the Service's biological opinion that the issuance of a Section 10(a)(1)(B) incidental take permit to Green Diamond for their Marbled Murrelet Habitat Conservation Plan, as proposed, is not likely to destroy or adversely modify designated critical habitat. The Service reached this conclusion because the project-related effects to the designated

critical habitat, when added to the environmental baseline and analyzed in consideration of all potential cumulative effects, will not rise to the level of precluding the function of the marbled murrelet and coastal marten critical habitat to serve its intended conservation role for the species based on the following:

*Marbled Murrelet Critical Habitat*

1) There is a small amount (1,400 acres) of critical habitat within Green Diamond's current Plan Area. This area has some patches of primary constituent element 2, but no trees with nesting platforms were found during field inspection (McIver 2025, pers. comm.).

2) The total amount of critical habitat within the Action Area is 32,655 acres, which represents 0.8 percent of the entire designation and 5.6 percent of the designation in California. Removal of primary constituent elements within the critical habitat from Covered Activities is not expected to limit the conservation value of critical habitat.

3) The loss of some primary constituent elements within Marginal or Unsuitable Habitat during Covered Activities is expected to be in small patches and distributed in space and time during the Permit Term such that the conservation value of the subunit and the designation is maintained.

*Coastal Marten Critical Habitat*

1) Timber harvesting units are generally about 15 acres (Green Diamond 2026a) and these small areas where physical and biological features are removed are expected to recover and continue to support the conservation and recovery of coastal marten.

2) There is no critical habitat within Green Diamond's current ownership. However, a small amount of critical habitat (13,008 acres) is present in the Action Area. This is 1.12 percent of Unit 5 and 1.07 percent of the entire designation. Losses of physical and biological features from Covered Activities are not expected to limit the conservation value of the designation.

3) Implementation of Covered Activities may remove some areas with physical and biological features, but these impacts are anticipated to be short-term and distributed across space and time such that the critical habitat unit and overall designation retain its intended conservation value.

## INCIDENTAL TAKE STATEMENT

Section 9 of the Act and federal regulation pursuant to section 4(d) of the Act prohibit the take of endangered and threatened species, respectively, without special exemption. Take is defined as to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or to attempt to engage in any such conduct. Incidental take is defined as take that is incidental to, and not the purpose of, the carrying out of an otherwise lawful activity. Under the terms of section 7(b)(4) and section 7(o)(2), taking that is incidental to and not the purpose of the agency action is not considered to be prohibited taking under the Act provided that such taking is in compliance with

the terms and conditions of an incidental take statement and occurs as a result of the action as proposed.

**Amount or Extent of Take**

*Marbled Murrelet*

The Service anticipates 15 marbled murrelet will be taken as a result of the harvest of 10,232 acres of Marginal Habitat from this Proposed Action, as well as indirect impacts in Suitable Habitat Reserves. The incidental take is expected to be in the form of injury, mortality, harm and harass. Due to the near impossibility of detecting dead or injured murrelets, tracking the amount of incidental take through the harvest of Marginal Habitat is appropriate and described below.

The causal link between using acres of habitat as a surrogate (50 CFR 402.14(i)(1)(i)) for take of marbled murrelet individuals is because individual murrelet eggs, chicks and adults are extremely difficult to detect. Murrelet eggs and chicks are very small and unlikely to be detected during timber harvest and other activities that remove occupied trees. Adult murrelets are also extremely cryptic during the breeding season. While adults may flush from nests during harvest activities, they are small and difficult to see at the top of a forest stand. Timber harvest (i.e., Covered Activities) could result in the death of eggs and chicks in harvested trees, as well as increase the risk of hypothermia and predation if adults are flushed from nests during timber harvest adjacent to the nesting area if Marginal Habitat is occupied and the harvest is conducted during the breeding season.

The Service anticipates incidental take of marbled murrelet will be difficult to detect for the following reasons: marbled murrelet are small and finding a dead or impaired specimen is unlikely, and murrelets breed in dense forests that makes detection difficult. However, the following level of take of this species can be anticipated by loss of Marginal Habitat due to the scarcity of suitable nesting trees and the low density of breeding murrelets in this low-quality nesting habitat. The following amounts of incidental take are authorized: 15 marbled murrelets tracked through the number of acres of Marginal Habitat harvested.

To estimate the amount of incidental take, Green Diamond identified Marginal Habitat throughout the landscape and overlapped the modeled habitat with harvest projections from their Option A. As described in Murrelet Plan Section 5.2.2.1, Green Diamond evaluated several Marginal Habitat patches first for potential nesting platforms, then completed protocol-level surveys to determine occupancy. From this effort, Green Diamond estimated that 5.4 percent of Marginal Habitat patches or stands are occupied. The Service accepts this estimated occupancy as the best available science. Green Diamond used the estimated occupancy, the modeled Marginal Habitat and their harvest projections to estimate take of 7.3 murrelets over the Permit Term from the implementation of their Covered Activities in the Plan Area. Due to the frequent land transactions in timber management, Green Diamond increased their requested incidental take to 15 murrelets for the entire Eligible Plan Area. The estimated take of murrelets is less than one per year. Marginal Habitat harvested will be measured, tracked and reported using a GIS process in which Green Diamond will overlap the unit boundaries from Timber Harvest Plans or GIS boundaries with the modeled Marginal Habitat patches. Areas of overlap will be considered acres removed.

The Service has determined that the level of anticipated take identified above – 15 marbled murrelets, tracked through the removal or modification of 10,232 acres of Marginal Habitat – is not likely to result in jeopardy to the marbled murrelet or in destruction or adverse modification of designated critical habitat, for the reasons set out in the Conclusion section of this Opinion.

*Coastal Marten*

The Service has issued a 4(d) regulation for the coastal marten which excepts take under certain circumstances (85 FR 63806). One exception is for activities implemented under a state-approved Safe Harbor Agreement. The Covered Activities in this Plan are being implemented under the Green Diamond Safe Harbor Agreement and the Department approved Green Diamond's Safe Harbor Agreement in 2018 for a period of 40 years. Therefore, incidental take resulting from the issuance of the Permit and implementation of the Covered Activities has been excepted from the prohibitions of Section 9 (16 U.S.C. §1538).

**Reasonable and Prudent Measures**

The measures described below are non-discretionary, and must be undertaken by the Service or made binding conditions of any grant or permit issued to the Applicant, as appropriate, for the exemption in section 7(o)(2) to apply. The Service has a continuing duty to regulate the activity covered by this incidental take statement. If the Service (1) fails to assume and implement the terms and conditions or (2) fails to require the applicant to adhere to the terms and conditions of the incidental take statement through enforceable terms that are added to the permit or grant document, the protective coverage of section 7(o)(2) may lapse. To monitor the impact of incidental take, the Applicant must report the progress of the action and its impact on the species to the Service as specified in the incidental take statement [50 CFR §402.14(i)(3)].

The Service believes the following reasonable and prudent measures are necessary and appropriate to minimize and offset the impacts of the incidental take of covered species:

1. Track, verify and report the take surrogate.

**Terms and Conditions**

In order to be exempt from the prohibitions of section 9 of the Act, the Service must comply with the following terms and conditions, which implement the reasonable and prudent measure described above. These terms and conditions are nondiscretionary.

1. The following term and condition implements reasonable and prudent measure 1:
    a. Green Diamond shall maintain a cumulative record of acres of Marginal Habitat removed or modified by Covered Activities. Green Diamond will identify the amount of Marginal Habitat harvested and Marginal Habitat and Suitable Habitat Reserves adjacent (i.e., within 50 meters) to harvest.
    b. The annual report due on March 31 shall include:
        i. Acres of Marginal Habitat harvested, the number of acres of Marginal Habitat and Suitable Habitat Reserves within 50 meters of harvest.

ii. Information on the treatments approved by the Wildlife Agencies and implemented in Buffers.

iii. A certification by the Murrelet Plan coordinator that the report is complete and accurate.

**Reporting Requirements**

Green Diamond, as the Permit recipient, will provide the information identified in the Murrelet Plan and summarized in the Description of the Proposed Action in accordance with the reporting requirements of the Murrelet Plan to satisfy conditions of 50 CFR 402.14(i)(3). Green Diamond will ensure that:

1) Annual reports will include a summary of Occupied Reserve Buffer and Adjacent Habitat Reserve Buffer acres harvested (annual and cumulative as a result of adjacent commercial harvest, Section 6.2.3).
2) Annual reports will also include documentation for any noncompliance events related to Covered Activities within Occupied Reserves, Occupied Reserve Buffers or Adjacent Habitat Reserve Buffers.
3) Pre- and post-harvest sampling results will be reported in annual reports for years with samples, and a comparison of the results will be reported in the 49th annual report along with recommendations for future recruitment opportunities.
4) The total amount of annual and cumulative estimated take will also be presented in each annual report. This includes:
    a. Total amount of Marginal Habitat harvested and adjacent to harvest.
    b. Total annual and cumulative Suitable Habitat Reserve acres within 50 m of adjacent harvest areas (within and outside of the breeding season).
5) A summary of Marginal Habitat or unsuitable forest areas retained adjacent to Suitable Habitat Reserves or Buffers (Occupied Reserves and Adjacent Habitat Reserves) is included in the annual reports.
6) Annual reports will include a summary of land and Permit Area adjustments including total acres of Marginal Habitat, Suitable Habitat Reserves, Occupied Reserves, and Buffers for Occupied or Adjacent Habitat Reserves and a revised shapefile of the Plan and Permit Area.
7) The 49th annual report will include the results of the comprehensive performance review. The performance review will include estimates of take and productivity loss based on timing of timber harvest, acquisition and harvest of acquired Marginal Habitat, and any additional compensatory mitigation from acquisition and protection of Suitable Habitat Reserves. The 49th annual report will include a summary of new suitable habitat based on a reassessment of habitat using the model developed at the start of the permit term or based on a refined habitat suitability model if available.
8) For any monitoring work with Automated Recording Units (ARUs), annual reports will include a summary of data collected by the ARUs during that period including the following:

- Name and location of each sampled Suitable Habitat Reserve and Occupied Reserve
- Type of ARUs used and analytical methods/software used to process data and for detecting murrelet calls on ARUs
- Number and locations of ARUs deployed at each Suitable Habitat Reserve and Occupied Reserve
- Within-season range of dates of ARU deployment
- Specific dates and time of day each ARU was recording
- Sampling rates of deployed ARUs
- Specific dates and times of positive detections of murrelets by ARU including type of detection (e.g., keer call, wing sounds).

9) Monitoring reports will be sent (to the appropriate point of contact at the Arcata Fish and Wildlife Office (or applicable Service field office at the time of reporting) by March 31st of the year immediately following the year being reported upon.

10) Green Diamond will notify the Service within seven days of learning that the Changed Circumstance has occurred. Green Diamond will implement the applicable response measure(s) as soon as practicable, but no later than 30 days after learning of the Changed Circumstance. Green Diamond will report to the Service within 15 days after initiating the response measure. If there is damage to or destruction of an Occupied Reserve, Occupied Reserve Buffer, or Suitable Habitat Reserve (due to wildlife, wind, geologic event, or forest pathogen), Green Diamond will notify the Service within 10 days of discovery of the damage, and Green Diamond will provide the Service with an assessment of the damage within 30 days of discovery.

**Salvage and Disposition of Individuals**

The Service must be notified within one (1) working day of finding any live, injured, sick, or dead federally listed or proposed species on or adjacent to any site where Covered Activities are performed or within two (2) working days of any unanticipated damage to habitat on or adjacent to any site where covered activities are performed. Injured or sick listed species must be cared for by a licensed veterinarian or other qualified persons. Dead individuals must be sealed in a resealable plastic bag containing a paper with the date and time when the animal was found, the location where it was found, and the name of the person who found it, and the bag containing the specimen frozen in a freezer located in a secure site, until instructions are received from the Service regarding the disposition of the dead specimen. The Service contact person is the Field Supervisor of the Ecological Services Program, reachable at the Arcata Fish and Wildlife Office at (707) 822-7201. All observations of federally listed or proposed species on or adjacent to any site where Covered Activities are performed should be reported to the California Natural Diversity Database.

## CONSRVATION RECOMMENDATIONS

Section 7(a)(1) of the Act directs federal agencies to utilize their authorities to further the purposes of the Act by carrying out conservation programs for the benefit of endangered and threatened species. The conservation recommendations below are discretionary agency activities to minimize or avoid adverse effects of a proposed action on listed species or critical habitat, to help implement recovery plans, or to develop information and can be use by the Service to fulfill their 7(a)(1) obligations. The Service recommends the following actions:

1) Continue to work with partners such as Green Diamond to facilitate voluntary conservation efforts with private organizations to achieve the recovery of species.

2) Support research efforts with private landowners, such as Green Diamond, to explore the use and value of experimental mitigation options such as artificial nesting platforms for marbled murrelet or the use of corvid management efforts across large landscapes.

3) Develop partnerships with federal, state, local, Tribal and private landowners to implement barred owl removal efforts to conserve listed and at-risk species, such as the murrelet.

4) Support research and monitoring efforts for coastal marten throughout a variety of managed timber lands to improve conservation outcomes and the recovery of the species.

5) Encourage federal and state agencies and private landowners to support at-sea monitoring surveys pursuant to the Northwest Forest Plan to continue to gather critical information on murrelet population status and recovery.

6) Encourage and support the use of murrelet deterrents on powerlines or burying powerlines on any ownership (e.g., federal, private), especially in buffers adjacent to occupied murrelet habitat.

In order for the Service to be kept informed of actions minimizing or avoiding adverse effects or benefiting listed species or their habitats, the Service requests notification of the implementation of any conservation recommendations.

## REINITIATION – CLOSING STATEMENT

This concludes formal consultation on the issuance of the Permit and the implementation of Green Diamond Resource Company’s Marbled Murrelet Habitat Conservation Plan. As provided in 50 CFR §402.16(a), reinitiation of consultation is required and shall be requested by the Service where discretionary federal involvement or control over the action has been retained or is authorized by law, and:

1) If the amount or extent of taking specified in the incidental take statement is exceeded;

2) If new information reveals effects of the action that may affect listed species or critical habitat in a manner or to an extent not previously considered;

3) If the proposed action is subsequently modified in a manner that causes an effect to the listed species or critical habitat that was not considered in the biological opinion; or

4) If a new species is listed or critical habitat designated, or if a 4(d) rule is changed, that may be affected by the proposed action.

5) If one or more of the previous conservation plan permits expires, there is not a new permit in place, and at least one of the species covered by the expired permit is federally listed.

In instances where the amount or extent of incidental take is exceeded, the exemption issued pursuant to section 7(o)(2) may have lapsed and any further take could be a violation of section 4(d) (16 U.S.C. §1533(d)) or 9 (16 U.S.C. §1538).

ecc:
Robert Hawkins, Richard Klug, and Lacy Bauer, California Department of Fish and Wildlife

**LITERATURE CITED**

Abatzoglou, J.T., and A.P. Williams. 2016. Impact of anthropogenic climate change on wildfire across western US forests. PNAS 113(42):11770-11775. https://doi.org/10.1073/pnas.1607171113

Abatzoglou, J.T., D.E. Rupp, and P.W. Mote. 2014. Seasonal climate variability and change in the Pacific Northwest of the United States. J. Climate 27:2125-2142. https://doi.org/10.1175/JCLI-D-13-00218.1

Ainsworth, C.H., J F. Samhouri, D.S. Busch, W.W.L. Cheung, J. Dunne, and T.A. Okey. 2011. Potential impacts of climate change on Northeast Pacific marine foodwebs and fisheries. ICES Journal of Marine Science 68(6):1217-1229. https://doi.org/10.1093/icesjms/fsr043

Alava, J.J., A.M. Cisneros-Montemayor, U.R. Sumaila, and W.W.L. Cheung. 2018. Projected amplification of food web bioaccumulation of MeHg and PCBs under climate change in the Northeastern Pacific. Scientific Reports, 8(1):13460. https://doi.org/10.1038/s41598-018-31824-5

Anderson, E. L., M.E. Martin, M. Gunther, K.L. Pilgrim, S.A. Demers, and S.M. Matthews. 2025. Landscape conditions and elevation interact to influence the distribution and density of state-endangered Humboldt martens. Global Ecology and Conservation 64: e03980.

Anderson, E. 2025. Sympatric carnivores and vegetation structure influence the distribution and abundance of Humboldt martens in northern California. Master's thesis. California State Polytechnic University, Humboldt, CA, USA. 89 pages.

Arimitsu, M.L., J.F. Piatt, S. Hatch, R.M. Suryan, S. Batten, M.A. Bishop, R.W. Campbell, H. Coletti, D. Cushing, K. Gorman, R.R. Hopcroft, K.J. Kuletz, C. Marstellar, C. McKinstry, D. McGowan, J. Moran, S. Pegau, A. Schaefer, S. Schoen, J. Straley, and V.R. von Biela. 2021. Heatwave-induced synchrony within forage fish portfolio disrupts energy flow to top pelagic predators. Global Change Biology 27(9):1859-1878. https://doi.org/10.1111/gcb.15556

Aubrey, D.A., N.M. Nadkarni, and C.P. Broderick. 2013. Patterns of moisture and temperature in canopy and terrestrial soils in a temperate rainforest, Washington. Botany 91:739-744. https://doi.org/10.1139/cjb-2013-0153

Bell, D.M., W.B. Cohen, M. Reilly, and Z. Yang. 2018. Visual interpretation and time series modeling of Landsat imagery highlight drought's role in forest canopy declines. Ecosphere 9:e02195.

Benson, S.B. and A.E. Borell. 1931. Notes on the life history of the red tree mouse, *Phenacomys longicaudus*. Journal of Mammalogy 12(3):226–233.

Biswell, B., M. Blow, L. Finley, S. Madsen, and K. Schmidt. 2000. Survey protocol for the red tree vole *Arborimus longicaudus*, Version 2.0. Unpublished U.S. Department of Agriculture and U.S. Department of the Interior survey protocol. 32 p.

Brode, J.M. 1995. Status review of the southern torrent salamander (*Rhyacotriton variegatus*) in California. Report to the Fish and Game Commission. California Department of Fish and Game. 23 p.

Brode, J.M., H.H. Welsh, A.J. Lind, and L. Diller. 1997. Southern torrent salamander (*Rhyacotriton variegatus*): a summary of ecology and conservation. Proceedings: Forest Amphibian Workshop, Forest Reptile and Amphibian Working Group of the California Board of Forestry, October 28-29, 1997, Korbel, CA. Pp3-12.

Brodrick, P.G., L.D.L Anderegg, and G.P. Asner. 2019. Forest drought resistance at large geographic scales. Geophysical Research Letters 46:2752-2760. https://doi.org/10.1016/j.biocon.2021.109081

Bromirski, P.D., A.J. Miller, R.E. Flick, and G. Auad. 2011. Dynamical suppression of sea level rise along the Pacific coast of North America: indications for imminent acceleration. Journal of Geophysical Research: Oceans 116:C07005. https://doi.org/10.1029/2010JC006759

Buotte, P.C., S. Levis, B.E. Law, T.W. Hudiburg, D.E. Rupp, and J.J. Kent. 2018. Near-future forest vulnerability to drought and fire varies across the western United States. Global Change Biology 2018:1-14. https://doi.org/10.1111/gcb.14490

Burger, A.L. 2001. Using radar to estimate populations and assess habitat associations of marbled murrelets. Journal of Wildlife Management. 65(4): 696-715.

Burger, A.E. 2002. Conservation assessment of Marbled Murrelets in British Columbia: a review of the biology, populations, habitat associations, and conservation Technical Report Series No. 387. Canadian Wildlife Service, Pacific and Yukon Region, British Columbia. Issued under the Authority of the Minister of Environment Canadian Wildlife Service. Victoria, British Columbia. 194 pp.

Burger, A.E., M.M. Masselink, A.R. Tillmanns, A.R. Szabo, M.A. Farnholtz, and M.J. Krkosek. 2004. Effects of habitat fragmentation and forest edges on predators of marbled murrelets and other forest birds on southwest Vancouver Island. In *Species at Risk 2004 Pathways to Recovery Conference.*

[CALFIRE] California Department of Forestry and Fire Protection. 2026. Forest Practice Rules 2026. Sacramento, California. 431 pp.

California Natural Diversity Database (CNDDB). July 2026. State and Federally Listed Endangered and Threatened Animals of California. California Department of Fish and Wildlife. Sacramento, CA. 38 pp.

Carey, A.B. 1991. The biology of arboreal rodents in Douglas–fir forests. Pages 1–46 in M.A. Huff, R.S. Holthausen, and K.B. Aubry (technical coordinators), Biology and management of old–growth forests. General Technical Report. PNW–GTR–276. U.S. Department of Agriculture, Forest Service. Pacific Northwest Research Station. Portland, OR, USA.

Carey, A.B., and M.L. Johnson. 1995. Small mammals in managed, naturally young, and old growth forests. Ecological Applications 5(2):336–352.

Cayan, D., M. Tyree, D. Pierce, and T. Das. 2012. Climate Change and Sea Level Rise Scenarios for California Vulnerability and Adaptation Assessment. California Energy Commission. Publication number: CEC-500-2012-008.

Chan, F., A.B. Boehm, J.A. Barth, E.A. Chornesky, A.G. Dickson, R.A. Feely, B. Hales, T.M. Hill, G. Hofmann, D. Ianson, T. Klinger, J. Largier, J. Newton, T.F. Pedersen, G.N. Somero, M. Sutula, W.W. Wakefield, G.G, Waldbusser, S.B. Weisberg, and E.A. Whiteman. 2016. The West Coast Ocean Acidification and Hypoxia Science Panel: Major Findings, Recommendations, and Actions. California Ocean Science Trust, Oakland, California, USA. April 2016. https://westcoastoah.org/westcoastpanel/

Chapin, T.G., D.J. Harrison, and D.D. Katnik. 1998. Influence of landscape pattern on habitat use by American marten in an industrial forest. Conservation Biology 12:1327–1337.

Chen ,J., J.F. Franklin, and T.A. Spies 1993. Contrasting microclimates among clearcut, edge, and interior of old growth Douglas-fir forest. Agric. For. Meteorol., 63: 219-237.

Christensen, J.H., B. Hewitson, A. Busuioc, A. Chen, X. Gao, R. Held, R. Jones, R.K. Kolli, W.K. Kwon, R. Laprise, V.M. Rueda, L. Mearns, C.G. Menéndez, J. Räisänen, A. Rinke, A. Sarr, and P. Whetton. 2007. Regional climate projections. Pages 847–940 *in* S. Solomon, D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor & H.L. Miller (editors), Climate Change 2007: The Physical Science Basis. Contribution of Working group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change, Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Cushing, D. A., K.J. Kuletz, L. Sousa, R.H. Day, S.L. Danielson, E.A. Labunski, and R.R. Hopcroft. 2023. Differential response of seabird species to warm- and cold-water events in a heterogeneous cross-shelf environment in the Gulf of Alaska. Marine Ecology Progress Series, HEAT. https://doi.org/10.3354/meps14239

Cullen, S.A. 2002. Using Radar to Monitor Populations and Assess Habitat Associations of Marbled Murrelets within the Sunshine Coast Forest District. Roberts Creek, British Columbia. 26 pp.

Cushman, S.A., M.G. Raphael, L.F. Ruggiero, A.S. Shirk, T.N. Wasserman, E.C. O'Doherty. 2011. Limiting factors and landscape connectivity: the American marten in the Rocky Mountains. Landscape Ecology 26:1137–1149.

Dalrymple, R.A., L. Breaker, B. Brooks, D. Cayan, G. Griggs, W. Han, B. P. Horton, C.L Hulbe, J.C. McWilliams, P.W. Mote, W.T. Pfeffer, D.J. Reed, C.K. Shum, R.A. Holman, A.M. Linn, M. McConnell, C.R. Gibbs, and J.R. Ortego. 2012. Sea-level rise for the coasts of California, Oregon, and Washington: past, present, and future. National Research, Council, The National Academies Press, Washington, DC. 217 pp. https://doi.org/10.17226/13389

Dalton, M.M., K.D. Dello, L. Hawkins, P.W. Mote, and D.E. Rupp. 2017. The Third Oregon Climate Assessment Report. Oregon Climate Change Research Institute, College of Earth, Ocean and Atmospheric Sciences, Oregon State University, Corvallis, OR.

[Department] California Department of Fish and Wildlife. 2016. Summary of the 2015-16 Pacific Herring Spawning Population and Commercial Fisheries in San Francisco Bay. California Department of Fish and Wildlife Aquaculture and Bay Management Project Herring Management and Research Marine Region, Santa Rosa, California. 17 pp. https://nrm.dfg.ca.gov/FileHandler.ashx?DocumentID=135492&inline

[Department and Green Diamond] California Department of Fish and Wildlife and Green Diamond Resource Company. 2010. Master Agreement for timber operations No. 1600-2010-0114-R1. Redding, California. 78 pp.

[Department and Green Diamond] California Department of Fish and Wildlife and Green Diamond Resource Company. 2018. Green Diamond Resource Company Humboldt Marten Safe Harbor Agreement. Redding, California. 71 pp.

Divoky, G.J., and M. Horton. 1995. Breeding and natal dispersal, nest habitat loss and implications for marbled murrelet populations. Pages 83-87 In C.J. Ralph, G.L. Hunt, M.G. Raphael, and J.F. Piatt, eds. Ecology and conservation of the marbled murrelet. General Technical Report. PSW-GTR-152, Pacific Southwest Experimental Station, U.S. Forest Service, Albany, California. https://doi.org/10.2737/PSW-GTR-152

Eriksson, C.E., K.M. Moriarty, M.A. Linnell, and T. Levi. 2019. Biotic factors influencing the unexpected distribution of Humboldt marten (Martes caurina humboldtensis) population in a young coastal forest. PLoS ONE 14(5): e021 4653. https://doi.org/10.1371/journal.pone.0214653.

Evans Mack, D., W.P. Ritchie, S.K. Nelson, E. Kuo-Harrison, P. Harrison, and T.E. Hamer. 2003. Methods for surveying Marbled Murrelets in forests: a revised protocol for land management and research. Pacific Seabird Group Technical Publication Number 2. Available from http://www.pacificseabirdgroup.org.

Feely, R.A., C.L. Sabine, J.M. Hernandez-Ayon, D. Ianson, and B. Hales. 2008. Evidence for upwelling of corrosive "acidified" water onto the continental shelf. Science 320(5882):14901492.

Gamblin, H. E. 2019. Distribution and habitat use of a recently discovered population of Humboldt martens in California. M.S. thesis. Humboldt State University. Arcata, CA, USA.

Gao, K., and D.A. Campbell. 2014. Photophysiological responses of marine diatoms to elevated CO2 and decreased pH: a review. Functional Plant Biology 41(5):449-459. https://doi.org/10.1071/FP13247

Garcia-Heras, C. Wolf, J.A. Bailey Guerrero, L.J. Adrean, S.K. Nelson, D.D. Roby, M.G. Betts, J.W. Rivers. 2024. Marine habitat use and movement in response to ocean warming by a threatened forest-nesting seabird. Global Ecology and Conservation 50:e02857.

Giger, R.D. 1972. Ecology and management of coastal cutthroat trout in Oregon. Oregon State Game Commission. Fishery Research Report No. 6, 65 pp.

Gilbert, J.H., P.A. Zollner, A.K. Green, J.L. Wright, and W.H. Karasov. 2009. Seasonal field metabolic rates of American martens in Wisconsin. The American Midland Naturalist. 162:327–334.

[Green Diamond] Green Diamond Resource Company. 2006. Aquatic Habitat Conservation Plan and Candidate Conservation Plan with Assurances. Korbel, California. 1146 pp.

[Green Diamond] Green Diamond Resource Company. 2018. Forest Habitat Conservation Plan on the California Timberlands of Green Diamond Resource Company. Korbel, California. 824 pp.

[Green Diamond] Green Diamond Resource Company. 2023. Green Diamond Resource Company County Line Botanical Management Area and Botanical Management Plan. Korbel, California. 35 pp.

[Green Diamond] Green Diamond Resource Company. 2025a. Property-wide Water Temperature Monitoring Report 2025. Korbel, California. 24 pp.

[Green Diamond] Green Diamond Resource Company. 2025b. Botanical Management Area Expansion Project. Korbel, California. 142 pp.

[Green Diamond] Green Diamond Resource Company. 2026a. Marbled Murrelet Habitat Conservation Plan. Korbel, California. 363 pp.

[Green Diamond] Green Diamond Resource Company. 2026b. 6th Annual Report submitted to the U.S. Fish and Wildlife Service and the California Department of Fish and Wildlife by Green Diamond Resource Company in fulfillment of requirements specified in condition G. of permit # TE43702D-0, incidental take permit for northern spotted owls, under section 10(a)(1)(B) of the Endangered Species Act and the state consistency determination. Korbel, California. 157 pp.

[Green Diamond] Green Diamond Resource Company. 2026c. Fire History within the Marbled Murrelet Habitat Conservation Plan Eligible Plan Area, Del Norte and Humboldt Counties, California, 1908–2025. Report submitted to Nora Papian, U.S. Fish and Wildlife Service. August 25, 2026. Korbel, California. 14 pp.

Hagar, J. C., T. Owen, T. K. Stevens, and L. K. Waianuhea. 2024. Response of corvid nest predators to thinning: implications for balancing short and long-term goals for restoration of forest habitat. Avian Conservation and Ecology 19(1):3. https://doi.org/10.5751/ACE-02578-190103

Halbert, P., and S.W. Singer. 2017. Marbled murrelet landscape management plan for zone 6. California Department of Parks and Recreation, Santa Cruz District, Felton, California. May 2017. 235 pp. https://www.parks.ca.gov/?page_id=29911

Hallerud, M.A., K.M. Moriarty, K. Pilgrim, C.B. Quinn, C. Eriksson, M.K. Schwartz, and T. Levi. In review. Conservation genetics and noninvasive panel development for scat-based demographic and genetic monitoring of Humboldt martens.

Halofsky, J.E., D.L. Peterson, K.A. O'Halloran, and C. Hawkins Hoffman. eds. 2011. Adapting to climate change at Olympic National Forest and Olympic National Park. Gen. Tech. Rep. PNW-GTR-844. Portland, Oregon: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 130 p. https://doi.org/10.2737/PNW-GTR-844

Hamer, T. E. and S.K. Nelson. 1995a. Nesting Chronology of the marbled murrelet. Pages 49-56 in C.J. Ralph, G.L. Hunt, M.G. Raphael, and J.F. Piatt (eds.). Ecology and conservation of the marbled murrelet. Pacific Southwest Experimental Station, U.S. Forest Service, PSW-GTR-152., Albany, California. https://doi.org/10.2737/PSW-GTR-152

Hamer, T.E., and S.K. Nelson. 1995b. Characteristics of marbled murrelet nest trees and nesting stands. Pages 69-82 In C.J. Ralph, G.L. Hunt, M.G. Raphael, and J.F. Piatt, eds. Ecology and conservation of the marbled murrelet, U.S. Department of Agriculture Forest Service, Pacific Southwest Research Station, General Technical Report PSW-GTR-152, Albany, California. https://doi.org/10.2737/PSW-GTR-152

Hamer, T.E., S.K. Nelson, and T.I. Mohagen II. 2003. Nesting chronology of the marbled murrelet in North America. Hamer Environmental and Oregon Cooperative Wildlife Research Unit, Portland, OR, February 2003. 22 pp.

Hayes, J.P., and S.P. Cross. 1987. Characteristics of logs used by western red–backed voles, Clethrionomys californicus, and deer mice, Peromyscus maniculatus. Canadian Field-Naturalist 101:543–546.

Hayhoe, K., D. Cayan, C.B. Field, P.C. Frumhoff, E.P. Maurer, N.L. Miller, S.C. Moser, S.H. Schneider, K.N. Cahill, E.E. Cleland, L. Dale, R. Drapek, R.M. Hanemann, L.S. Kalkstein, J. Lenihan, C.K. Lunch, R.P. Neilson, S.C. Sheridan, and J.H. Verville. 2004. Emissions pathways, climate change, and impacts on California. Proceedings of the National Academy of Sciences of the United States of America 101:12422–12427.

Hébert, P.N., and R.T. Golightly. 2006. Movements, nesting, and response to anthropogenic disturbance of marbled murrelets (Brachyramphus marmoratus) in Redwood National and State Parks, California. California Department of Fish and Game, Habitat Conservation Planning Branch Species Conservation and Recovery Program Report 2006-02 and California Department of Transportation Report Number F/CA/IR-2006/04, Sacramento, California, USA.

Hedd, A., D.F. Bertram, J.L. Ryder, and I.L. Jones. 2006. Effects of interdecadal climate variability on marine trophic interactions: rhinoceros auklets and their fish prey. Marine Ecology Progress Series 309:263-278. https://doi.org/ 10.3354/meps309263

Howell, A.B. 1926. Voles of the genus *Phenacomys*. North American Fauna 48:1–64.

Huff, M.H., M.G. Raphael, S.L. Miller, S.K. Nelson, and J. Baldwin. 2006. Northwest Forest Plan -The first 10 years (1994-2003): Status and trends of populations and nesting habitat

for the marbled murrelet. U.S. Department of Agriculture, Forest Service, General Technical Report: PNW-GTR-650, Portland, Oregon, June, 2006. 149 pp. https://doi.org/10.2737/PNW-GTR-650

Hyrenbach, K.D., and R.R. Veit. 2003. Ocean warming and seabird communities of the southern California Current System (1987–98): response at multiple temporal scales. Deep Sea Research Part II: Topical Studies in Oceanography 50(14):2537-2565. https://doi.org/10.1016/S0967-0645(03)00123-1

Innes, J.C., M.P. North, and N. Williamson. 2006. Effect of thinning and prescribed fire restoration treatments on woody debris and snag dynamics in a Sierran old–growth, mixed–conifer forest. Canadian Journal of Forest Research 36:3183–3193.

[IPCC] Intergovernmental Panel on Climate Change. 2014. Climate change 2014: Synthesis report, contribution of working groups I, II, and III to the fifth assessment report of the intergovernmental panel on climate change. Intergovernmental Panel on Climate Change, Geneva, Switzerland. 151 pp. https://doi.org/10013/epic.45156.d001

[IPCC] Intergovernmental Panel on Climate Change. 2019. IPCC Special report on the ocean and cryosphere in a changing climate. Porter, H.O., D.C. Roberts, V. Masson-Delmotte, P. Zhai, M. Tignor, E. Poloczanska, K. Mintenbeck, M. Nicolai, A. Okem, J. Petzold, B. Rama, and N. Weyer, eds. Cambridge University Press, Cambridge, UK and New York, NY, USA, 755 pp. https://doi.org/10.1017/9781009157964

Jessup, D.A., M.A. Miller, J.P. Ryan, H.M. Nevins, H.A. Kerkering, A. Mekebri, D.B. Crane, T.A. Johnson, and R.M. Kudela. 2009. Mass stranding of marine birds caused by a surfactant producing red tide. PLoS ONE 4(2):e4550. https://www.doi.org/10.1371/journal.pone.0004550

Johannessen, S.C., D. Masson, and R.W. Macdonald. 2014. Oxygen in the deep Strait of Georgia, 1951–2009: the roles of mixing, deep-water renewal, and remineralization of organic carbon. Limnology and Oceanography 59(1):211-222. https://doi.org/10.4319/lo.2014.59.1.0211

Johnson, C.A. 2008. Mammalian dispersal behavior and its fitness correlates. Ph.D. dissertation. University of Guelph. Guelph, ON, Canada.

Johnson, O.W., M.H. Ruckelshaus, W.S. Grant, F.W. Waknitz, A.M. Garrett, G.J. Bryant K. Neely and J.J. Hard. 1999. Status review of coastal cutthroat trout from Washington, Oregon, and California. U.S. Department of Commerce, NOAA Tech. Memo. NMFS-NWFSC-37. 292 pp.

Johnstone, J.A., and T.E. Dawson. 2010. Climatic context and ecological implications of summer fog decline in the coast redwood region. Proceedings of the National Academy of Sciences of the United States of America 107:4533–4538.

Kairis, P. 2008. A spatially explicit relative elevation model for Padilla Bay, Washington. Master’s Thesis. Western Washington University, Bellingham. 145 pp. https://doi.org/10.25710/x20d-6t95

Katnik, D.D., D.J. Harrison and T.P. Hodgman. 1994. Spatial relations in a harvested population of martens in Maine. Journal of Wildlife Management 58:600–607.

Krembs, C. 2013. Eutrophication in Puget Sound. Pages 106-112 In J.R. Irvine and R.W. Crawford, eds. State of physical, biological, and selected fishery resources of Pacific Canadian marine ecosystems in 2012. Research Document 2013/032. Canadian Science Advisory Secretariat, Fisheries and Oceans Canada, Ottawa, Ontario.

Kroeker, K.J., B. Gaylord, T.M. Hill, J.D. Hosfelt, S.H. Miller, and E. Sanford. 2014. The role of temperature in determining species' vulnerability to ocean acidification: a case study using Mytilus galloprovincialis. PloS One 9(7):e100353. https://doi.org/10.1371/journal.pone.0100353

Kuriyama, P.T., J.P. Zwolinski, S.L.H. Teo, and K.T. Hill. 2021. Assessment of the Northern anchovy (Engraulis mordax) central subpopulation in 2021 for U.S. management. Pacific Fishery Management Council, Portland, Oregon. https://www.pcouncil.org/stock-assessments-and-fishery-evaluation-safe-documents/

Larsen, C.J. 1994. Report to the Fish and Game Commission: A status review of the marbled murrelet (Brachyramphus marmoratus) in California. Department Candidate Species Status Report 91-1. California Department of Fish and Game, Wildlife Management Division, Sacramento, California.

Lawonn, M.J., D.D. Roby, J.F. Piatt, W.H. Pyle, and R.M. Corcoran. 2018. Breeding ecology of Kittlitz's murrelets on Kodiak Island, Alaska. Journal of Field Ornithology 89(4):348-362. https://doi.org/10.1111/jofo.12267

Lenihan, J.M., D. Bachelet, R. Neilson, and R. Drapek. 2008. Simulated response of conterminous United States ecosystems to climate change at different levels of fire suppression, CO2 emission rate, and growth response to CO2. Global Planetary Change 64:16–25.

Levy, F.S., J.M. Reed, P.S. McKinley, J.S. Gunn, K. Anderson, and J.M. Hagan. 2025. Increased bird abundances in an extensive commercial forest landscape. Biological Conservation 302: 110934.

Littell, J.S., M.M. Elsner, G.S. Mauger, E. Lutz, A.F. Hamlet, and E. Salathé. 2011. Regional Climate and Hydrologic Change in the Northern US Rockies and Pacific Northwest: Internally Consistent Projections of Future Climate for Resource Management. Climate Impacts Group, College of the Environment. University of Washington, Seattle, WA.

Lopez, C.B., Q. Dortch, E.B. Jewett, and D. Garrison. 2008. Scientific assessment of marine harmful algal blooms. Interagency Working Group on Harmful Algal Blooms, Hypoxia, and Human Health of the Joint Subcommittee on Ocean Science and Technology, Washington, D.C. http://hdl.handle.net/1834/30786

Lorenz, T.J., M.G. Raphael, T.D. Bloxton, and C.A. Hagen. 2016. Marine habitat selection by marbled murrelets (Brachyramphus marmoratus) during the breeding season. PloS ONE 1(9):e0162670. https://doi.org/10.1371/ journal.pone.0162670.

Lorenz, T.J., M.G. Raphael, and T.D. Bloxton. 2019. Nesting behavior of marbled murrelets Brachyramphus marmoratus in Washington and British Columbia. Marine Ornithology 47(2):157-166. https://www.fs.usda.gov/research/treesearch/58516

Lorenz, T.J., M.G. Raphael, R.D. Young, D. Lynch, S.K. Nelson, and B. McIver. 2021. Status and Trend of Nesting Habitat for the Marbled Murrelet Under the Northwest Forest Plan, 1993 to 2017. Gen. Tech. Rep. PNW-GTR-998. Portland, Oregon: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 72 p. https://www.fs.usda.gov/research/treesearch/63314

Low-Décarie, E., G.F. Fussmann, and G. Bell. 2011. The effect of elevated CO2 on growth and competition in experimental phytoplankton communities. Global Change Biology 17(8):25252535. https://doi.org/10.1111/j.1365-2486.2011.02402.x

Luoma, D.L., J.M. Trappe, A.W. Claridge, K.M. Jacobs and E. Cazares. 2003. Relationships among fungi and small mammals in forested ecosystems. Pages 343–373 *in* C.J. Zabel and R.G. Anthony (editors), Mammal community dynamics: management and conservation in the coniferous forests of western North America. Cambridge University Press. Cambridge, UK.

Macias, D., M.R. Landry, A. Gershunov, A.J. Miller, and P.J.S. Franks. 2012. Climatic control of upwelling variability along the western North-American coast. PLoS ONE 7:e30436. https://doi.org/10.1371/journal.pone.0030436

Mackas, D.L., S. Batten, and M. Trudel. 2007. Effects on zooplankton of a warmer ocean: recent evidence from the Northeast Pacific. Progress in Oceanography 75(2):223-252. https://doi.org/10.1016/j.pocean.2007.08.010

Malt, J., and D. Lank. 2007. Temporal dynamics of edge effects on nest predation risk for the marbled murrelet. Biological Conservation 140: 160-173.

Manley, I.A. 1999. Behaviour and Habitat Selection of Marbled Murrelets Nesting on the Sunshine Coast. Master's Thesis. Simon Fraser University. British Columbia, Canada. 178 pp.

Manley, I., A. Harfenist, and G. Kaiser. 2001. Marbled Murrelet telemetry study on Queen Charlotte Islands/ Haida Gwaii. Report prepared for British Columbia Ministry of Environment Lands and Parks. British Columbia, Canada. 35 pp.

Manley, I.A. and S.K. Nelson. 1999. Habitat Characteristics associated with nest success and predation at marbled murrelet nest trees. Abstract. Pacific Seabirds 26:40.

Martin, M.E., K.M. Moriarty, and J.N. Pauli. 2020. Forest structure and snow depth alter the movement patterns and subsequent expenditures of a forest carnivore, the Pacific marten. Oikos 129:356-366.

Martin, ME, M.S. Delheimer, A.M. Roddy, K.M. Moriarty, C.E. Eriksson, M.S. Gunther, J. Allen, J. Hartman, B.H. Smith, and T. Levi. 2025. In final prep. From coastlines to

mountain crests – regional and continental variation in the diet and foraging patterns of North American martens.

Martin, S.K. 1994. Feeding ecology of American martens and fishers. Pages 297–315 in S. Buskirk, A. Harestad, M. Raphael and R. Powell, editors, Martens, sables, and fishers. Comstock Publishing Associates, Cornell University Press, Ithaca, NY, USA.

Mauger, G., J. Casola, H. Morgan, R. Strauch, B. Jones, B. Curry, T. Busch Isaksen, L. Whitely Binder, M. Krosby, and A. Snover. 2015. State of knowledge: climate change in Puget Sound. Report prepared for the Puget Sound Partnership and the National Oceanic and Atmospheric Administration. Climate Impacts Group, University of Washington, Seattle. 281 pp. https://doi.org/10.7915/CIG93777D

McIver, W.R., J. Baldwin, M.M. Lance, S.F. Pearson, C. Strong, M.G. Raphael, A. Duarte, K. Fitzgerald, and J. Goldberg. 2025. Marbled murrelet effectiveness monitoring, Northwest Forest Plan - 2024 summary report, Northwest Forest Plan Interagency Regional Monitoring Program. January 2025, final report. 29 pp.

McShane, C., T. Hamer, H. Carter, G. Swartzman, V. Friesen, D. Ainley, R. Tressler, K. Nelson, A. Burger, L. Spear, T. Mohagen, R. Martin, L. Henkel, K. Prindle, C. Strong, and J. Keany. 2004. Evaluation report for the 5-year status review of the marbled murrelet in Washington, Oregon, and California. EDAW, Inc. Seattle, Washington. Prepared for the U.S. Fish and Wildlife Service, Region 1. Portland, Oregon. 370 pp.

Meyer, C.B., S.L Miller, and C.J. Ralph. 2002. Multi-scale landscape and seascape patterns associated with marbled murrelet nesting areas on the U.S. west coast. Landscape Ecology 17: 95-115.

Moore, S.K., N.J. Mantua, J.P. Kellogg, and J.A. Newton. 2008. Local and large-scale climate forcing of Puget Sound oceanographic properties on seasonal to interdecadal timescales. Limnology and Oceanography 53(5):1746-1758.

Moriarty, K.M., C.W. Epps, and W.J. Zielinski. 2016a. Forest thinning changes movement patterns and habitat use by Pacific marten. The Journal of Wildlife Management 80:621–633.

Moriarty, K.M, J. Verschuyl, A.J. Kroll, R. Davis, J. Chapman, and B. Hollen. 2019. Describing vegetation characteristics used by two rare, forest–dwelling species: Will established reserves provide for coastal marten in Oregon? PLoS ONE 14(1): e0210865. https://doi.org/10.1371/journal.pone0210865.

Moriarty, K. M., J. Thompson, M. Delheimer, B. R. Barry, M. Linnell, T. Levi, K. Hamm, D. Early, H. Gamblin, M. Szykman Gunther, J. Ellison, J. S. Prevéy, J. Hartman, and R. Davis. 2021. Predicted distribution of a rare and understudied forest carnivore: Humboldt marten (Martes caurina humboldtensis). PeerJ 9:e11670.

Mote, P., E. Salathé, V. Duliere, and E. Jump. 2008. Scenarios of future climate for the Pacific Northwest. A report for the Climate Impacts Group, University of Washington, Seattle, Washington. 12pp. http://hdl.handle.net/1773/34590

Mote, P.W., and E.P. Salathé Jr. 2010. Future climate in the Pacific Northwest. Climate Change 102:29-50. https://doi.org/10.1007/s10584-010-9848-z

Murray, J.W., E. Roberts, E. Howard, M. O'Donnell, C. Bantam, E. Carrington, M. Foy, B. Paul, and A. Fay. 2015. An inland sea high nitrate-low chlorophyll (HNLC) region with naturally high pCO2. Limnology and Oceanography 60(3):957-966. https://doi.org/10.1002/lno.10062

Nagelkerken, I., and S.D. Connell. 2015. Global alteration of ocean ecosystem functioning due to increasing human CO2 emissions. Proceedings of the National Academy of Sciences 112:13272-13277. https://doi.org/10.1073/pnas.1510856112

Nelson, S.K., and T.E. Hamer. 1995. Nesting biology and behavior of the marbled murrelet. Pages 57-67 In C.J. Ralph, G.L. Hunt, M.G. Raphael, and J.F. Piatt, eds. Ecology and conservation of the marbled murrelet. General Technical Report. PSW-GTR-152, Pacific Southwest Experimental Station, U.S. Forest Service, Albany, California. https://doi.org/10.2737/PSW-GTR-152

Nelson, S.K. 1997. The birds of North America, No. 276 - marbled murrelet (Brachyramphus marmoratus). Pages 1-32 In A. Poole, and F. Gill, eds. The birds of North America: Life histories for the 21st century, The Academy of Natural Sciences & The American Ornithologists' Union, Philadelphia, PA; Washington, D.C.

Nelson, S.K., and A.K. Wilson. 2002. Marbled murrelet habitat characteristics on state lands in western Oregon. Oregon Cooperative Fish and Wildlife Research Unit, OSU, Department of Fisheries and Wildlife. Corvallis, Oregon. 151 pp.

Newton, J., and K. van Voorhis. 2002. Seasonal patterns and controlling factors of primary production in Puget Sound's Central Basin and Possession Sound. Publication No. 02-03-059. Washington State Department of Ecology, Olympia, Washington. 38 pp.

Oswald, E.M., and R.B. Rood. 2014. A trend analysis of the 1930-2010 extreme heat events in the continental United States. J. Applied Meteorology and Climatology 53:565-582. https://doi.org/10.1175/JAMC-D-13-071.1

Pacific Seabird Group. 2024a. A revised protocol for surveying marbled murrelets in forests. Technical Publication Number 6. Pacific Seabird Group, Marbled Murrelet Technical Committee, The Marbled Murrelet Habitat Management Team. Available at https://pacificseabirdgroup.org/psg-publications/technical-publications/

Pacific Seabird Group. 2024b. Terrestrial habitat management recommendations for marbled murrelets. Pacific Seabird Group Technical Publications Number 7, 38 pp. Available at https://pacificseabirdgroup.org/psg-publications/technical-publications/

Pastran, S.A., and D.B. Lank. 2021. Marbled Murrelets prefer stratified waters close to freshwater inputs in Haida Gwaii, British Columbia, Canada. Ornithological Applications 123(4):1-17.

Paton, P.W.C., and C.J. Ralph. 1990. Distribution of the marbled murrelet at inland sites in California. Northwestern Naturalist 71: 72-84.

Perry, D.A. 1995. Status of forest habitat of the marbled murrelet. Pages 381-83 In Ralph, C.J., G.L. Hunt, M.G. Raphael, and J.F. Piatt (eds). Ecology and conservation of the marbled murrelet. General Technical Report. PSW-GTR-152. Pacific Southwest Experimental Station, U.S. Forest Service, Albany, California. https://doi.org/10.2737/PSW-GTR-152

Peery, M.Z., S.R. Beissinger, E.E. Burkett, and S.H. Newman. 2006. Local survival of marbled murrelets in central California: roles of oceanographic processes, sex, and radiotagging. Journal of Wildlife Management 70(1):78-88. https://doi.org/10.2193/0022-541X(2006)70[78:LSOMMI]2.0.CO;2

Peery, M.Z., S.R. Beissinger, S.H. Newman, E.B. Burkett, and T.D. Williams. 2004. Applying the declining population paradigm: diagnosing causes of poor reproduction in the Marbled Murrelet. Conservation Biology 18: 1088-1098.

Petersen, S., J. Bell, I. Miller, C. Jayne, K. Dean, and M. Fougerat. 2015. Climate change preparedness plan for the north Olympic Peninsula. Report prepared for the North Olympic Peninsula Resource Conservation and Development Council and the Washington Department of Commerce, Port Townsend. 101 pp.

Phillips, E.M., J.E. Zamon, H.M. Nevins, C.M. Gibble, R.S. Duerr, and L.H. Kerr. 2011. Summary of birds killed by a harmful algal bloom along the south Washington and north Oregon coasts during October 2009. Northwestern Naturalist 92:120-126. https://doi.org/10.1898/10-32.1

Piatt, J.F., J.K. Parrish, H.M. Renner, S.K. Schoen, T.T. Jones, M.L. Arimitsu, K.J. Kuletz, B. Bodenstein, M. Garcia-Reyes, R.S. Duerr, R.M. Corcoran, R.S.A. Kaler, G.J. McChesney, R.T. Golightly, H.A. Coletti, R.M. Suryan, H.K. Burgess, J. Kindsey, K. Lindquist, P.M. Warzybok, J. Jahncke, J. Roletto, and W.J. Sydeman. 2020. Extreme mortality and reproductive failure of common murres resulting from the northeast Pacific marine heatwave of 2014-2016. PLoS ONE 15:e0226087. https://doi.org/10.1371/journal.pone.0226087

Pierce, D.W., D.R. Cayan, T. Das, E.P. Maurer, N.L. Miller, Y. Bao, M. Kanamitsu, K. Yoshimura, M.A. Snyder, L.C. Sloan, G. Franco, and M. Tyree. 2013a. Probabilistic estimates of future changes in California temperature and precipitation using statistical and dynamical downscaling. Climate Dynamics 40**:**839–856.

Pierce, D.W., D.R. Cayan, T. Das, E.P. Maurer, N.L. Miller, Y. Bao, M. Kanamitsu, K. Yoshimura, M.A. Snyder, L.C. Sloan, G. Franco, and M. Tyree. 2013b. The key role of heavy precipitation events in climate model disagreements of future annual precipitation changes in California. Journal of Climate 26(6):5879–5896.

Powell, R.A. 1994. Structure and spacing of Martes populations. In martens, sables and fishers: biology and conservation: Pages 101---–121 in Buskirk, S.W., Harestad, A.S., Raphael, M.G., and Powell, R.A. (Eds.). Cornell University Press, Ithaca, NY.

Raphael, M.G., D. Evans Mack, J.M. Marzluff, and J. Luginbuhl. 2002. Effects of forest fragmentation on populations of the marbled murrelet. Studies in Avian Biology 25:221-235.

Raphael, M.G., A.J. Shirk, G.A. Falxa, and S.F. Pearson. 2015. Habitat associations of marbled murrelets during the nesting season in nearshore waters along the Washington to California coast. Journal of Marine Systems. 146:17–25. https://doi.org/10.1016/j.jmarsys.2014.06.010

Raphael, M.G., A.J. Shirk, G.A. Falxa, D. Lynch, S.K. Nelson, S.F. Pearson, C. Strong, and R.D. Young. 2016. Chapter 3: Factors influencing status and trend of Marbled Murrelet populations: an integrated perspective. Pages 95-124 In Falxa, G.A. and M.G. Raphael, technical editors. Northwest Forest Plan—The first 20 years (1994-2013): status and trend of marbled murrelet populations and nesting habitat. General Technical Report PNW-GTR-933. Pacific Northwest Research Station, U.S. Forest Service, Portland, Oregon. https://doi.org/10.2737/PNW-GTR-933

Raphael, M.G., J. Baldwin, G.A. Falxa, M.H. Huff, M. Lance, S.L. Miller, S.F. Pearson, C.J. Ralph, C. Strong, and C. Thompson. 2007. Regional population monitoring of the marbled murrelet: field and analytical methods. Gen. Tech. Rep. PNW-GTR-716. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 70 p.

Raphael, M.G., G.A. Falxa, and A.E. Burger. 2018. Chapter 5: Marbled Murrelet. Pages 301-370 In Spies, T.A., P.A. Stine, R. Gravenmier, J.W. Long, and M.J. Reilly, tech. coords. Synthesis of science to inform land management within the Northwest Forest Plan area. Gen. Tech. Rep. PNW-GTR-966. U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station, Portland, Oregon. https://doi.org/10.2737/PNW-GTR-966

Riche, O., S.C. Johannessen, and R.W. Macdonald. 2014. Why timing matters in a coastal sea: trends, variability and tipping points in the Strait of Georgia, Canada. Journal of Marine Systems 131:36-53. https://dx.doi.org/10.1016/j.jmarsys.2013.11.003

Roa, M. 2007. Redwood Ed: a guide to the coast redwoods for teachers and learners. California State Parks. Published by Stewards of the Coast and Redwoods. Sacramento, California. 442 pp.

Roberts, M., T. Mohamedali, B. Sackmann, T. Khangaonkar, and W. Long. 2014. Puget Sound and the Straits dissolved oxygen assessment: impacts of current and future nitrogen sources and climate change through 2070. Publication No. 14-03-007. Washington State Department of Ecology, Olympia. 151 pp.

Robinson, C.L.K, D.F. Bertram, H. Shannon, V.R. von Biela, W. Greentree, W. Duguid, and M.L. Arimitsu. 2023. Reduction in overwinter body condition and size of Pacific sand lance has implications for piscivorous predators during marine heatwaves. Mar Ecol Prog Ser :HEATav5. https://doi.org/10.3354/meps14257

Rogers, C. 2016. The impact of climate change on coastal fog hours of California's central coast. M.S. Thesis, San José State University, San José, California, USA.

Rosenberg, D.K., K.A. Swindle and R.G. Anthony. 1994. Habitat associations of California redbacked voles in young and old–growth forests in western Oregon. Northwest Science 68(4):266–272.

Salathé Jr., E.P., L.R. Leung, Y. Qian, and Y. Zhang. 2010. Regional climate model projections for the State of Washington. Climatic Change 102:51-75. https://doi.org/10.1007/s10584-010-9849-y

[Service] U.S. Fish and Wildlife Service. 1997. Recovery Plan for the Threatened Marbled Murrelet *(Brachyramphus marmoratus)* in Washington, Oregon, and California. Portland, Oregon. 203 pp.

[Service] U.S. Fish and Wildlife Service. 2007. Conference Opinion for the Candidate Conservation Agreement with Assurances for the Green Diamond Resource Company. Arcata, California. 217 pp.

[Service] U.S. Fish and Wildlife Service. 2019a. Final Environmental Impact Statement for the Green Diamond Forest Habitat Conservation Plan. Prepared by CH2MHILL. Arcata, California. 243 pp.

[Service] U.S. Fish and Wildlife Service. 2019b. Intra-Service Biological Opinion on the Issuance of a Section 10(a)(1)(B) Permit for the Green Diamond Forest Habitat Conservation Plan, Del Norte and Humboldt Counties, California. Arcata, California. 70 pp.

[Service] U.S. Fish and Wildlife Service. 2019c. Northern spotted owl (*Strix occidentalis caurina*) species status report. Prepared by Oregon Fish and Wildlife Office. Portland, Oregon. 130 pp.

[Service] U.S. Fish and Wildlife Service. 2020. Estimating the effects of auditory and visual disturbance to northern spotted owls and marbled murrelets in northwestern California. Unpublished agency document. U.S. Fish and Wildlife Service, Arcata Fish and Wildlife Office, Arcata, California. October 1, 2020. 47 pp.

[Service] U.S. Fish and Wildlife Service. 2024a. Marbled Murrelet (*Brachyramphus marmoratus*) California, Oregon and Washington distinct population segment 5-Year Review: Summary and Evaluation. Washington Fish and Wildlife Office. Lacey, Washington. 23 pp.

[Service] U.S. Fish and Wildlife Service. 2024b. Species Biological Report for Marbled Murrelet (*Brachyramphus marmoratus*) California, Oregon and Washington distinct population segment. Version 1.0. Lacey, Washington. iv + 92 pp.

[Service] U.S. Fish and Wildlife Service. 2025a. Species status assessment report for Fisher (Pekania pennanti), Northern California-Southern Oregon Distinct Population Segment. Version 1.0. U.S. Fish and Wildlife Service, Portland, OR. 237 pp.

[Service] U.S. Fish and Wildlife Service. 2025b. 5 Year-Review McDonald's rock-cress (*Arabis mcdonaldania*). Arcata Fish and Wildlife Office. Arcata, California. 4 pp.

[Service] U.S. Fish and Wildlife Service. 2026a. 5-year review Pacific Marten, Coastal Distinct Population Segment (*Martes caurina*). Arcata Fish and Wildlife Office. Arcata, California. 17 pp.

[Service] U.S. Fish and Wildlife Service. 2026b. Species status assessment for the coastal distinct population segment of the pacific marten (*Martes caurina*). Version 3.0. U.S. Fish and Wildlife Service, Arcata, California. 176 pp.

[Service] U.S. Fish and Wildlife Service. 2026c. Draft Recovery Plan for the coastal DPS of the Pacific marten (*Martes caurina*). Arcata Fish and Wildlife Office, U.S. Fish and Wildlife Service, USA. 10 pp.

[Service] U.S. Fish and Wildlife Service and Green Diamond Resource Company. 2020. Memorandum of Understanding between U.S. Fish and Wildlife Service and Green Diamond Resource Company on Coastal Marten Conservation. Arcata, California. 21 pp.

[Services] U.S. Fish and Wildlife Service and National Marine Fisheries Service. 2006. Final Environmental Impact Statement for Authorization for Incidental Take and Implementation of a Multiple Species Aquatic Habitat Conservation Plan and Candidate Conservation Agreement with Assurances. Prepared by CH2MHILL. 1381 pp.

Shearn-Bochsler, V., E.W. Lance, R. Corcoran, J. Piatt, B. Bodenstein, E. Frame, and J. Lawonn. 2014. Fatal paralytic shellfish poisoning in Kittlitz's murrelet (Brachyramphus brevirostris) nestlings, Alaska, USA. Journal of Wildlife Diseases 50(4):933-937. https://doi.org/10.7589/2013-11-296

Sheehan, T., D. Bachelet, and K. Ferschweiler. 2015. Projected major fire and vegetation changes in the Pacific northwest of the coterminous United States under selected CMIP5 climate futures. Ecological Modelling 317:16-29.

SHN Consulting Engineers & Geologists. 2001. 2001 population monitoring report and summary of critical habitat: Kneeland Prairie penny-cress, Kneeland Prairie, Humboldt County, CA. Report prepared for U.S. Fish and Wildlife Service, Arcata, California. 14 pp.

Simpson Timber Company. 1992. Habitat conservation plan for the northern spotted owl on the California timberlands of Simpson Timber Company. Korbel, CA. 332 pp.

Slauson, K.M., W.J. Zielinski, and J.P. Hayes. 2007. Habitat selection by American martens in coastal California. Journal of Wildlife Management 71:458–468.

Slauson, K.M. and W.J. Zielinski. 2017. Seasonal specialization in diet of the Humboldt marten (*Martes caurina humboldtensis*) in California and the importance of prey size. Journal of Mammalogy 98(6):1697-1708.

Smith, J.E., R. Molina, M.M.P. Huso, D.L. Luoma, D. McKay, M.A. Castellano, T. Lebel and Y. Valachovic. 2002. Species richness, abundance, and composition of hypogenous and epigeous ectomycorrhizal fungal sporocarps in young, rotation–age, and old–growth stands of Douglas–fir (Pseudotsuga menziesii) in the Cascade Range of Oregon, USA. Canadian Journal of Botany 80:186–204.

Snyder, N.F.R., R.R. Ramey, and F.C. Sibley. 1986. Nest-site biology of the California condor. Condor 88(2): 228-241.

Stebbins, R.C. 1985. Tailed Frogs. A field guide to western reptiles and amphibians. Houghton Mifflin, New York, NY. 2 pp.

Sutton, J.N., S.C. Johannessen, and R.W. Macdonald. 2013. A nitrogen budget for the Strait of Georgia, British Columbia, with emphasis on particulate nitrogen and dissolved inorganic nitrogen. Biogeosciences 10(11):7179-7194. https://doi.org/10.5194/bg-10-7179-2013

Taboada, F.G., C.A. Stock, S.M. Griffies, J. Dunne, J.G. John, R.J. Small, and H. Tsujino. 2019. Surface winds from atmospheric reanalysis lead to contrasting forcing and coastal upwelling patterns. Ocean Modelling 133:79-111. https://doi.org/10.1016/j.ocemod.2018.11.003

Taylor, W.P. 1915. Description of a new subgenus (*Arborimus*) of *Phenacomys*, with a contribution to knowledge of the habits and distribution of *Phenacomys longicaudus* True. Proceedings of the California Academy of Science, 4(5):111–161.

Taylor, S.L. 1993. Thermodynamics and energetics of resting site use by the American marten (*Martes americana*). M.S. thesis. University of Wyoming. Laramie, WY, USA.

Tebaldi, C., K. Hayhoe, J.M. Arblaster, and G.A. Meehl. 2006. Going to the Extremes. Climatic Change 79:185–211.

Thayer, J.A., D.F. Bertram, S.A. Hatch, M.J. Hipfner, L., Slater, W.J. Sydeman, and Y. Watanuki. 2008. Forage fish of the Pacific Rim as revealed by diet of a piscivorous seabird: Synchrony and relationships with sea surface temperature. Canadian Journal of Fisheries and Aquatic Sciences, 65(8):1610–1622. https://doi.org/10.1139/F08-076

Thom, R.M. 1996. CO2-Enrichment effects on eelgrass (Zostera marina L.) and bull kelp (Nereocystis luetkeana (mert.) P & R.). Water, Air, & Soil Pollution 88(3):383-391. https://doi.org/10.1007/BF00294113

Thompson, A.R., E.P. Bjorkstedt, S.J. Bograd, J.L. Fisher, E.L. Hazen, A. Leising, J.A. Santora, E.V. Satterthwaite, W.J. Sydeman, M. Alksne, T.D. Auth, S. Baumann-Pickering, N.M. Bowlin, B.J. Burke, E.A. Daly, H. Dewar, J.C. Field, N.T. Garfield, A. Giddings, R. Goericke, J. Hildebrand, C.A. Horton, K.C. Jacobsen, M.G. Jacox, J. Jahncke, M. Johns, J. Jones, R.M. Kudela, S.R. Melin, C.A. Morgan, C.F. Nickels, R.A. Orben, J.M. Proquez, E.J. Portner, A. Preti, R.R. Robertson, D.L. Rudnick, K.M. Sakuma, I.D. Schroeder, O.E. Snodgrass, S.A. Thompson, J.S. Trickey, P. Warzybok, W. Watson, and E.D. Weber. 2022. State of the California Current Ecosystem in 2021: Winter is coming? Frontiers in Marine Science, 9. 23 pp. https://doi.org/10.3389/fmars.2022.958727

Tranquilla, L.M., R.W Bradley, N.R. Parker, D.B. Land, and F. Cooke. 2003. Replacement laying in marbled murrelets. Marine Ornithology 31:75-81.

United States Forest Service and Bureau of Land Management. 1994. Standards and Guidelines for management of habitat for late-successional and old-growth forest related species

within the range of the Northern spotted owl: Attachment A to the Record of Decision for Amendments to Forest Service and Bureau of Land Management Planning Documents within the Range of the Northern spotted owl. https://www.fs.usda.gov/r6/reo/library/downloads/documents/NWFP-S&G-1994.pdf

[USGCRP] United States Global Change Research Program. 2017. Climate science special report: fourth national climate assessment, volume I. U.S. Global Change Research Program, Washington, DC. 477 pp. https://doi.org/10.7930/J0J964J6

Valente, J.J., S.K. Nelson, J.W. Rivers, D.D. Roby, and M.G. Betts. 2021. Experimental evidence that social information affects habitat selection in Marbled Murrelets. Ornithology 138:1-13. DOI: 10.1093/ornithology/ukaa086

Valente, J.J., J.W. Rivers, Z. Yang, S.K. Nelson, J.M. Northrup, D.D. Roby, C.B. Meyer, and M.G. Betts. 2023. Fragmentation effects on an endangered species across a gradient from the interior to edge of its range. Conservation Biology, 00:e14091. https://doi.org/10.1111/cobi.14091

van Rooyen, J.C., J.M Malt, and D. B. Lank. 2011. Relating microclimate to epiphyte availability: edge effects on nesting habitat availability for the marbled murrelet. BioOne 85(4):549-561. https://doi.org/10.3955/046.085.0405

von Biela, V.R., M.L. Arimitsu, J.F. Piatt, B. Heflin, S.K. Schoen, J.L. Trowbridge, and C.M. Clawson. 2019. Extreme reduction in nutritional value of a key forage fish during the Pacific marine heatwave of 2014-2016. Marine Ecology Progress Series 613:171-182. https://doi.org/10.3354/meps12891

Wang, D., T.C. Gouhier, B.A. Menge, and A.R. Ganguly. 2015. Intensification and spatial homogenization of coastal upwelling under climate change. Nature 518:390-394. https://doi.org/ 10.1038/nature14235

Waters, J.R., and C.J. Zabel. 1995. Northern flying squirrel densities in fir forests of northeastern California. Journal of Wildlife Management 59: 858-866.

Welsh Jr., H.H. and A.J. Lind. 1996. Habitat correlates of the southern torrent salamander, Rhyacotriton variegatus (Caudata: Rhyacotritonidae), in northwestern California. Journal of Herpetology 30:385-398.

Zhang, L. and T.L. Delworth. 2016. Simulated response of the Pacific Decadal Oscillation to climate change. Journal of Climate 29:5999-6018. Abatzoglou, J.T., and A.P. Williams. 2016. Impact of anthropogenic climate change on wildfire across western US forests. PNAS 113(42):11770-11775. https://doi.org/10.1073/pnas.1607171113

Zielinski, W.J., W.D. Spencer, and R.H. Barrett. 1983. Relationship between food habits and activity patterns of pine martens. American Society of Mammalogists 64(3): 387–396.

**PERSONAL COMMUNICATIONS**

Hallerud, M. 2025. Electronic mail correspondence dated November 3, 2025, sent to Jenny Hutchinson, U.S. Fish and Wildlife Service, Arcata, California. Subject: Following up on SSA review.

Lamphear, D. 2026. Meeting discussion between Green Diamond Resource Company and U.S. Fish and Wildlife Service on August 28, 2026. Discussion with Nora Papian, U.S. Fish and Wildlife Service, Arcata, California. Subject: Rate of harvest of Marginal Habitat.

McIver, W. 2025. Electronic mail correspondence dated September 30, 2025, sent to Nora Papian and Nathan Berg, U.S. Fish and Wildlife Service, Arcata, California. Subject: UPDATED NOTE TO FILE: Green Diamond property site visit re: possible MAMU CH

[Service] U.S. Fish and Wildlife Service. 2024. Letter dated April 10, 2024, sent to forest land managers and shared with U.S. Fish and Wildlife Offices, from Washington Fish and Wildlife Office. Subject: Marbled Murrelet Inland Survey Protocol Update

## APPENDIX A: AVOIDANCE AND MINIMIZATION MEASURES

The following provides a high-level summary of minimization measures described in Appendix D of the Murrelet Plan. This summary is not exhaustive. Please refer to the Appendix D text for the complete list of measures and detailed descriptions.

- The marbled murrelet breeding season shall be from March 24 through September 15 with an early end to the breeding season (August 1) for certain Covered Activities described below.
- No vegetation modification shall occur in stands identified as Occupied Reserves or Suitable Habitat Reserves except as described for road use (access, maintenance, construction, upgrading, decommissioning, etc.).
- A 300-foot vegetation buffer shall be established around Occupied Reserves and Adjacent Habitat Reserves except as described below:
    - Where a powerline right-of-way passes through the buffer for murrelet habitat associated with the Del Norte Coast Redwoods State Park and Harry A. Merlo State Recreation Area such that a portion of the buffer is isolated/separated from the murrelet habitat and fails to provide protection for the murrelet habitat (i.e., hard edge), vegetation modification restrictions shall only apply to the portion of the buffer providing protection/security habitat for the reserves.
- A 300-foot seasonal disturbance buffer shall be established around Occupied Reserves and Adjacent Habitat Reserves.
- Road Use and Maintenance
    - Use and Maintenance of rocked roads shall be allowed within the 300-foot buffers during the breeding season with the following provisions:
        - Hauling operations including log, rock, and equipment shall be permitted provided all other protection measures listed below are implemented.
        - The maximum speed limit shall be 15 miles per hour.
        - Tracked equipment shall be transported on a trailer unless safe passage by trailer is not possible or passage by trailer is not feasible. If passage by trailer is not possible due to safety or other operational constraints, then walked equipment will be allowed with the following provisions:
            - Activity within the buffer shall only occur between two hours after sunrise and two hours before sunset.
            - Noise emissions and the number of passes through the buffer shall be minimized.
            - Stopping or backing while in the buffer shall be minimized.
        - Slamming of dump truck gates, use of horns, use of “jake” brakes and other loud noises shall not occur within the 300-foot buffer during the breeding season except for safety or emergency purposes.
        - Stationary road activities (maintenance, use, upgrading, decommissioning, etc.) required to comply with Green Diamond’s Aquatic Habitat Conservation Plan, the Forest Practice Rules, and other permits such as culvert replacement or ditch clearing shall be allowed within the 300-foot buffer outside of the breeding season and during the breeding season between August 1 and September 15. For activities occurring during the

breeding season between August 1 and September 15, the following provisions apply:

- Work shall be scheduled as late in the breeding season as operationally feasible and encroach on the buffer gradually when possible.
- Activities shall only occur between two hours after sunrise and two hours before sunset.
- Noise emissions and the extent of activity within the buffer shall be minimized.

▪ Emergency road maintenance activities such as cleaning of culverts during storm events and the removal of fallen trees on the permanent roads shall be permitted so long as noise and amount of activity within the 300-foot buffer during the breeding season is minimized.

▪ Routine road maintenance activities to maintain the running surface of the rocked roads including dust abatement (water or lignin application), light surface grading, and mechanical control of roadside vegetation (brushing) shall be allowed within the buffer during the breeding season so long as the following conditions are applied:

- Noise emissions and the number of passes through the buffer shall be minimized.
- Stopping or backing when in the buffer shall be minimized.
- Road grading and brushing shall only occur between two hours after sunrise and two hours before sunset.

▪ Administrative traffic shall be allowed within the buffer during the breeding season without restrictions so long as noise is kept to a minimum and stopping only occurs for safety or wildlife survey purposes.

▪ Signs indicating seasonal restrictions shall be placed along the roads at the perimeter of the buffer at the start of the breeding season.

o Use and Maintenance of dirt roads shall be allowed within the 300-foot buffers during the breeding season with the following provisions:

▪ Covered Activities described below shall be allowed on dirt roads within the 300-foot buffers during the breeding season where less than 500 continuous feet of the road passes within the buffer of a stand.

▪ Vegetation disturbing activities shall only occur outside of the breeding season.

▪ All activities described below shall be allowed within the buffer during the breeding season between two hours after sunrise and two hours before sunset provided all other listed protection measures are implemented.

- Hauling operations including log, rock, and equipment shall be permitted provided all other protection measures listed below are implemented:
  - o The maximum speed limit shall be 15 miles per hour.
  - o Tracked equipment shall be transported on a trailer unless safe passage by trailer is not possible or passage by trailer is not feasible. If passage by trailer is not possible due to safety or other operational constraints, then walked equipment will

be allowed so long as all other provisions listed below are implemented.

- Noise emissions and the number of passes through the buffer shall be minimized.
- Stopping or backing while in the buffer shall be minimized.

- Slamming of dump truck gates, use of horns, use of "jake" brakes and other loud noises shall not occur within the 300-foot buffer during the breeding season except for safety or emergency purposes.
- Stationary road activities (maintenance, use, upgrading, decommissioning, etc.) required to comply with Green Diamond's Aquatic Habitat Conservation Plan, the Forest Practice Rules, or other permits such as culvert replacement or ditch clearing shall be allowed within the 300-foot buffer outside of the breeding season and during the breeding season between August 1 and September 15. For activities occurring during the breeding season between August 1 and September 15, the following provisions apply:
  - Vegetation disturbing activities shall only occur outside of the breeding season.
  - Work shall be scheduled as late in the breeding season as operationally feasible and encroach on the buffer gradually when possible.
  - Noise emissions and the extent of activity within the buffer shall be minimized.
- Emergency road maintenance activities such as cleaning of culverts during storm events and the removal of fallen trees on the roads shall be permitted so long as noise and amount of activity within the 300-foot buffer during the breeding season is minimized.
- Routine road maintenance activities to maintain the running surface of the roads including dust abatement (water or lignin application) and light surface grading shall be allowed within the buffer during the breeding season so long as the following conditions are applied:
  - Noise emissions and the number of passes through the buffer shall be minimized.
  - Stopping or backing when in the buffer shall be minimized.

- Administrative traffic shall be allowed within the buffer during the breeding season without restrictions so long as noise is kept to a minimum and stopping only occurs for safety or wildlife survey purposes.
- Signs indicating seasonal restrictions shall be placed along the roads at the perimeter of the buffer at the start of the breeding season.
- Road Construction
  - Road construction shall not be allowed within the buffers during the breeding season.
  - Road construction shall only be allowed within the buffer outside of the breeding season if construction is restricted to the outer 200-feet of the buffer and only occurs within stands 15 years or younger.

        - Road construction within the buffer shall be limited to the minimum road prism width necessary to facilitate safe passage and comply with Green Diamond's AHCP, the Forest Practice Rules, and other permits.
        - Any site-specific modifications shall be approved through the technical assistance process with Service.
    - Road Reconstruction
        - Road reconstruction shall be allowed within the buffer outside of the breeding season so long as the following provisions are implemented:
            - Activities only occur within the buffer in stands lacking in height to provide security habitat (generally stands less than 37 years old or less than 80 feet tall) or in stands providing security habitat but where removal is limited to vegetation not meeting the criteria for security habitat.
            - No modification of Occupied Reserves or Adjacent Habitat Reserves shall occur.
            - No modification of potential platform trees (as determined by a qualified wildlife biologist) within the buffer shall occur.
            - Reconstruction within the buffer shall be limited to the minimum road prism width necessary to facilitate safe passage and comply with Green Diamond's AHCP, the Forest Practice Rules, or other permits.
            - Any site-specific modifications shall be approved through the technical assistance process with Service.
- Commercial Harvest
    - Activities related to commercial timber harvest such as felling, bucking, yarding and loading shall not occur within the 300-foot buffer except as described for Road Use and Maintenance, Reforestation Activities, and Unevenaged Management to Recruit Marbled Murrelet Habitat.
    - For helicopter operations, the disturbance buffer is extended to 0.25 mile during the breeding season.
- Tailholds shall be allowed within the buffers during the breeding season but not within Occupied Reserves or Suitable Habitat Reserves. Use of drones to set tailholds within the buffers shall be allowed during the breeding season so long as flights over or within 50 meters of the Occupied Reserve are avoided.
- Forest Regeneration Activities
    - Site preparation including prescribed burning, machine piling of slash, mechanical scarification, bio-mass harvesting, and slash pile burning shall not occur within the buffer during or outside of the breeding season.
    - Prescribed burning shall not occur adjacent to the buffers or Suitable Habitat Reserves unless the fire can be isolated to outside of the buffers or outside of Suitable Habitat Reserves with no obvious risk to the buffer or reserves.
    - Tree planting and control of competing vegetation shall be allowed within the buffer during the breeding season without restrictions.
    - Precommercial thinning and pruning shall be allowed within the buffers during the breeding season between August 1 and September 15 or outside of the breeding season.

- Rock pit blasting shall not occur within 0.25 mile of Occupied Reserves or Adjacent Habitat Reserves during the breeding season.
- Covered Activities shall be allowed within areas identified as Unsuitable or Marginal Habitat during and outside of the breeding season without restrictions.